UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DENISE PAYNE, | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | Civil Action No. 18-cv-1442 (GTS/ML) |
| CORNELL UNIVERSITY, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that on <u>April 2, 2020</u> at <u>10:00 a.m.</u> at the United States District Court for the Northern District of New York, United States Courthouse, 100 South Clinton Street, Syracuse, New York, Defendant Cornell University ("Cornell") will move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment as a matter of law and dismissing the complaint in its entirety against Cornell, and directing the Clerk of the Court to enter judgment in its favor.

This motion pursuant to Rule 56 is made on the grounds that the undisputed material facts revealed through the record evidence do not support any claim of disparate treatment, hostile work environment, failure to accommodate, or retaliation, and therefore, there is no basis in law to hold Cornell liable to plaintiff for any cause of action pled in her complaint.  Summary judgment should be granted as a matter of law dismissing all claims alleged against Cornell.

This motion is based on the Statement of Material Facts, dated March 2, 2020, Exhibits A-YY thereto, and the arguments contained in the Memorandum of Law submitted herewith.

Dated:  March 2, 2020

                                         /s/ Adam G. Pence
                                         VALERIE CROSS DORN, ESQ. (505158)
                                         CONRAD R. WOLAN, ESQ. (512286)
                                         ADAM G. PENCE, ESQ. (701233)
                                         Attorneys for Cornell University
                                         235 Garden Avenue
                                         300 CCC Building
                                         Ithaca, NY 14853
                                         (607) 255-2796

To:    Andrew T. Miltenberg, Esq.
Gabrielle M. Vinci, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY  10001