**EXHIBIT AA**



Margaret B. Shackell
Lecturer of Accounting

Assistant Director,
Business Simulation Lab

Samuel Curtis Johnson
Graduate School of Management
437 Sage Hall
Ithaca, NY 14853

Telephone: 607-255-6054
Fax: 607-255-5993
E-mail: shackell@cornell.edu
www.johnson.cornell.edu

August 14, 2015

Denise Payne
█████████
Cortland, NY 13045

Dear Denise:

Congratulations! I am very pleased to confirm my verbal offer and your acceptance of the Research Aide III position, Band C, with Johnson effective August 31, 2015. Your business title will be Business Simulation Lab Administrator. As a nonexempt employee, you will be paid on a biweekly basis every other Thursday at an hourly rate of $23.00. You will normally be scheduled to work 20 hours per week. Cornell pays overtime on all hours paid over 40 per workweek. If applicable, you will be paid overtime at the rate of $34.50. If you have two or more non-exempt appointments at the University your overtime rate will be 1.5 times the weighted average of your hourly rates. The weighted average is the total regular pay divided by the total hours worked in the week. The overtime rate may vary from week to week depending upon the number of hours worked at each rate of pay. The duties and responsibilities of the position are outlined in the position description that was reviewed during your interview, but may be modified as our objectives and mission change.

You will continue to be covered under the provisions of the Endowed benefits program.

To confirm your acceptance of this offer, please return a signed copy of this letter to Teather Maricle, Human Resources Assistant, 221 Sage Hall.

I look forward to a mutually rewarding employment experience for you here in Johnson. It is my hope that you will find this job exciting and rewarding.

Sincerely,

*Margaret Shackell*
Margaret Shackell
Assistant Director, Business Simulation Lab

My signature indicates my acceptance of this position and my acknowledgement that this is an at-will employment relationship. In compliance with New York State (NYS) Wage Theft Prevention Act I acknowledge that I have been informed in writing of my start date, rate of pay and pay frequency. Based on the translations provided by NYS, upon your request, Cornell will provide the required terms of the offer in one of the following languages:

Circle one:   Chinese   Korean   Haitian Creole   Polish   Russian   Spanish

*Denise Payne* _____       8/21/15 _____
Signature                                                        Date

447