**EXHIBIT BB**

To: Vrinda Kadiyali <kadiyali@cornell.edu>; ElizaBeth Ann Fox <beth.fox@cornell.edu>
Subject: FW: Role at BSL

Vrinda and Beth, I am not quite sure how to respond to this. Pls advise.

-----Original Message-----
From: Denise Payne
Sent: Wednesday, June 22, 2016 11:14 AM
To: Manoj Thomas
Subject: Role at BSL

Dear Manoj,

Margaret has told me that my position will be eliminated or perhaps that I will be replaced by somebody with programming skills. I would like to express my disappointment that I was never offered an opportunity to be included in discussions about the BSL and my role.

I have a wide skill set, I am willing to learn and coachable. I am disappointed that I was not offered the chance to be coached or developed into this role. It is especially troublesome considering that I work with Management professionals/experts.

I hope to be of some use in the next coming months as you make changes to the BSL and I will continue to be supportive and professional to the BSL researchers.

Best,
Denise Payne