**EXHIBIT CC**

**Katherine A. Doxey**

**From:** Manoj Thomas
**Sent:** Thursday, June 23, 2016 9:25 AM
**To:** Vrinda Kadiyali; ElizaBeth Ann Fox; Katherine A. Doxey
**Subject:** FW: Role at BSL

**From:** Denise Payne
**Sent:** Thursday, June 23, 2016 9:22 AM
**To:** Margaret B. Shackell; Manoj Thomas
**Subject:** Role at BSL

Dear Margaret, Manoj,

I would like to provide you an update and some thoughts on my role. I had a great meeting with HR this morning and I feel supported and hopeful that I will have great opportunities here at Johnson.

With respect to my role here at the BSL, I feel that there has been an unfair assessment of my performance coupled with a lack of basic communication and development that an employee is entitled to. In short, I feel that I have been treated more like an experiment and less like an employee during my short time here. In addition to that, due to minor glitches with some data collection I was unfairly targeted and written off by Professors who are unwilling to work with me.

There has been very little to no communication of what goals/tasks/skills you would like me to obtain in order to meet expectations, this should be provided to all employees. In addition, I should be provided with the coaching and professional development needed to meet those goals. For example, what additional tools and goals would warrant hiring a programmer? I was told that there would be a BSL board and that I would be a part of this team to understand and help grow the BSL, that has not happened. I reached out to Sunita months ago with a personal message letting her know how much I respected and admired her, I told her that I recognized that she has high expectations and I asked that she help me to meet them and understand how to grow the BSL. She stopped communication with me after that. Mistakes will happen as someone is learning a process and even beyond, but in every case the researcher was able to collect their data and use it for their research. It is not ok that a few people can decide that they don't like somebody and then work behind the scenes to get them fired. It is unprofessional and it is wrong. I hope that the next person in this role is not set up for failure.

I look forward to finding a position that meets my expectations by providing me clear goals, expectations coupled with professional development and coaching. I will remain here at the BSL until I can move into that position but it is my goal to move as soon as I can, as soon as my health allows.

Margaret, you have provided me wonderful support and guidance and I appreciate that very much!

Best,
Denise

1