# EXHIBIT DD

**Katherine A. Doxey**
___

**From:** Margaret B. Shackell
**Sent:** Thursday, June 30, 2016 3:12 PM
**To:** Denise Payne; Katherine A. Doxey
**Subject:** RE: Question regarding my performance appraisal

Denise:
You will be graded as successful. Kathy and I will follow up with you about this when we meet after you return. I hope all goes well for you next week!

msd

**Margaret Shackell, Ph.D.**
Lecturer, Assistant Director Business Simulation Lab
Samuel Curtis Johnson Graduate School of Management
Cornell University
437 Sage Hall
Ithaca, NY 14853-6201

Email: shackell@cornell.edu

Office: 607-255-6054
Cell: 607 229-2530

JOHNSON
Cornell University

---

**From:** Denise Payne
**Sent:** Wednesday, June 29, 2016 12:41 PM
**To:** Katherine A. Doxey
**Cc:** Margaret B. Shackell
**Subject:** RE: Question regarding my performance appraisal

Dear Margaret, Katherine,

I found the letter regarding my performance on my desk, however, I have not been given a corresponding performance rating/score?

If my performance will be marked as 'fails to achieve' or 'needs improvement', I feel that I will have no choice but to file a formal grievance with the University. I believe that a thorough investigation would show that I am meeting the expectations given to me and any mistakes were minor and should be considered a normal part of learning a new job. I am unsure what goals/expectations I am not meeting.

In addition, an investigation would likely show that I was unfairly targeted by a few faculty members. There were two instances when I was forced to indicate to Sunita that her study design or implementation went against IRB (ethical rules), I did so in a very professional and non-confrontational manner and I never used the term "unethical". The first instance happened at a Faculty meeting during the Fall 2015 semester, Sunita indicated that she was allowed (at another University) to force students to take studies during class-time. I spoke up and mentioned that the Cornell IRB would not allow that (it goes against a basic research premise that all participants must voluntarily participate). The second instance involved a participant in one of Sunita's studies that complained repeatedly that he was not paid for his

1

participation. I forwarded each complaint to Sunita and requested that she determine his payment (and others) as soon as possible but this lingered on for months. Finally, Sunita blamed the lack of payment on me due to the fact that I did not collect the correct data to pay the participants, however, that was incorrect because the data was already embedded within her study materials. I mentioned to Sunita where she could locate the data (I gave her the specific page numbers) and I also told her that if she did not pay the participants as stated in her study, she would need to file an 'unexpected event' report with the IRB.

I do appreciate all of your help with this matter and I look forward to resolving this and moving on.

Best,
Denise Payne


**From:** Denise Payne
**Sent:** Friday, June 24, 2016 9:30 AM
**To:** Katherine A. Doxey <kam357@cornell.edu>
**Subject:** Question

Dear Katherine,

I have a follow-up question regarding our discussion the other day. I need to know if my formal review will indicate that I am not meeting expectations?

Thank you,
Denise Payne