# EXHIBIT EE

**Jill M. Tubbs**

| | |
|---|---|
| **From:** | Jill M. Tubbs |
| **Sent:** | Thursday, November 9, 2017 10:08 AM |
| **To:** | Katherine A. Doxey |
| **Subject:** | Denise Payne time taken summary |
| **Importance:** | High |

Hi Kathy,

This is what I have for time taken by Denise for Short term dbl.

1st day out    7/5/16 – 7/12/16 Satisfies 1 week waiting period
               8/4/16 – 8/9/16   5 days – 1 week
               8/29/16 – 9/3/16   5 days – 1 week
               9/12/16 – 9/17/16 5 days – 1 week
               9/26/16 – 10/1/16 5 days – 1 week
               10/13/16 – 1/12/17        13 weeks
               2/22/17 – 2/28/17          1 week

Total time taken        19 weeks     Minus one week (waiting period) = 18 weeks used out of possible 26 for Short term disability

She has 8 weeks short term disability time that she could use prior to 7/4/18.

Please let me know if there is anything else you need.

Jill

Jill M. Tubbs
Medical Leaves Case Consultant
Medical Leaves Administration
Cornell University, Division of Human Resources
395 Pine Tree Road, Suite 102
Ithaca, NY 14850
Phone 607-255-2359
Fax 607-255-1888
jmt21@cornell.edu