**EXHIBIT GG**

## Julie K. Weaver

**From:** Julie K. Weaver
**Sent:** Monday, February 27, 2017 11:28 AM
**To:** Tammy Lindsay
**Subject:** RE: Grossman and Lennox

Tammy,

I spoke to Medical Leaves about this late last week. With the Flex Agreement in place that states Denise can work remotely "2-5 days/week from February 6th through mid-April" there's little we can do to push back as the agreement seems to imply that we would have ample remote work for her to complete through mid-April.

I think for now, since she's back on disability until her doctor deems her fit to return to work, this isn't an issue. If her doctor clears her to work remotely but with a restriction to work from home, we may then need to stretch to find her activities to complete. Is it possible the necessary training could be delivered via Zoom, Skype, or another technology? Are there other tasks or project work Denise could be given in the interim until she's able to report to the office for training?

When she returns it may be worthwhile to revisit the Flex Agreement to place additional limits on the remote work and/or further qualify the conditions under which she works from home.

Please let me know if you have other questions.

Thanks,
Julie

**From:** Tammy Lindsay
**Sent:** Monday, February 27, 2017 10:22 AM
**To:** Julie K. Weaver <jkw82@cornell.edu>
**Subject:** FW: Grossman and Lennox

FYI on this. If you could advise what my options are? While I may be able to find a few things for her to do, it's not going to be enough to keep her busy for long term until she gets more training.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Tammy Lindsay
**Sent:** Monday, February 27, 2017 10:19 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: Grossman and Lennox

Hi Denise:

1

484

I received your text about not returning to work on Wednesday with the restriction of not being around pregnant people. First, I want to make sure that you know you should not be working while the doctor has you out. Second, I need to talk to HR about your restriction as I have run out of things for you to do at home without coming into the office for further training. I will touch base with you before Wednesday after I talk to HR about our options.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu


**From:** Denise Payne
**Sent:** Monday, February 27, 2017 9:57 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Cc:** Meghan Hellwitz-Karandeyev <mh955@cornell.edu>
**Subject:** Re: Grossman and Lennox

Hi Tammy,

I'm just reviewing emails, I don't think I pulled these reports, can somebody check?

I'm so sorry, last week was kind of a blur.

D

On Feb 21, 2017, at 1:26 PM, Tammy Lindsay <tsl33@cornell.edu> wrote:

> Hi Denise:
>
> You can run these reports as well.  They are in green on the spreadsheet and color them after you finish.  Thanks.
>
> Tammy Lindsay
> Associate Director
> Business Analytics
> Cornell SC Johnson College of Business
> 237 Statler Hall, Ithaca, NY  14850
> Phone: 607.254.8954
> Email: tsl33@cornell.edu

2

485