**EXHIBIT HH**

## Denise Payne

| | |
|---|---|
| **From:** | Tammy Lindsay |
| **Sent:** | Tuesday, May 9, 2017 9:50 AM |
| **To:** | Denise Payne |
| **Subject:** | RE: today |
| **Attachments:** | Workfront Licenses/Training |

Denise - Are you saying you do not have anything to do?  Cindy said she mentioned the Workfront training to you as well.  That is about 6 hours I believe.  I have attached the information on the training for you to start.  We can talk more about the Workfront in detail.  I would do the training first and then go through the survey and ranking files.

As I said, I have a meeting tomorrow.  I need to fully understand what your role will be and what Cindy's role will be in surveys and rankings.  We need to hold tight for a week or so.

I'm sorry you are feeling isolated.  The many changes are having an effect on all of us unfortunately.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Denise Payne
**Sent:** Tuesday, May 09, 2017 9:31 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** RE: today

I would love to make up time if you give me some work to do? Cindy indicated that I may not be working on the Tableau project so I don't want to do any more work on that-there hasn't been any data put on the server anyway. Sarah has put a bunch of stuff on the server for rankings and surveys so I will be going through that until I hear from you.

I would really love to shadow her today with Amanda, I need to start making those connections if I will be doing rankings and surveys! I guess I don't know what harm there is in accompanying her to a meeting? I'm starting to feel very isolated here....

Denise Payne
607.255.6689
dlp35@cornell.edu

**From:** Tammy Lindsay
**Sent:** Tuesday, May 9, 2017 9:25 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: today

Hi Denise:

P000459

Thanks for letting me know.  Are you planning to make it up today?  You are missing a lot of time and we are going to need to talk about your time off and your Kronos when we meet on Thursday. You are not reaching the 39 hours and are using your time as fast as you are accruing it unrelated to your medical. I know you have a lot going on right now, but we need to talk about.

I have asked Sarah to hold off on having you go to the meeting until I have had a chance to meet with her on your training for surveys and rankings.  I'm hoping to meet with her tomorrow.


Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Denise Payne
**Sent:** Tuesday, May 09, 2017 8:55 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** today

Hi Tammy,

I'm having lunch with a former coworker today so it will likely be an hour instead of 30 minutes.

I'm also going to shadow Sarah at her meeting with Amanda Shaw today from 2-2:30pm.

Thanks,
D

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

2

P000460

Subject: RE: today
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Tue May 09 08:39:23 UTC 2017

I've cancelled my lunch today.

Best,

**Denise Payne**
607.255.6689
dlp35@cornell.edu

**From:** Tammy Lindsay
**Sent:** Tuesday, May 9, 2017 9:25 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: today

Hi Denise:

Thanks for letting me know.  Are you planning to make it up today?  You are missing a lot of time and we are going to need to talk about your time off and your Kronos when we meet on Thursday. You are not reaching the 39 hours and are using your time as fast as you are accruing it unrelated to your medical.  I know you have a lot going on right now, but we need to talk about.

I have asked Sarah to hold off on having you go to the meeting until I have had a chance to meet with her on your training for surveys and rankings.  I'm hoping to meet with her tomorrow.


Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu


**From:** Denise Payne
**Sent:** Tuesday, May 09, 2017 8:55 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** today

Hi Tammy,

I'm having lunch with a former coworker today so it will likely be an hour instead of 30 minutes.

I'm also going to shadow Sarah at her meeting with Amanda Shaw today from 2-2:30pm.

Thanks,
D

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

P000506