# EXHIBIT II

Subject: FW: Today  
From: Denise Payne <dlp35@cornell.edu>  
To: 'Cindy Allen' <lma36@cornell.edu>  
Time: Mon May 08 09:10:37 UTC 2017

Hi Cindy, I'm here! When is a good time?

**Denise Payne**  
607.255.6689  
dlp35@cornell.edu

**From:** Tammy Lindsay  
**Sent:** Monday, May 8, 2017 10:05 AM  
**To:** Denise Payne <dlp35@cornell.edu>  
**Subject:** Re: Today

Okay thanks. Please contact Cindy when you get in, she has been looking for you to meet.

Tammy Lindsay  
Associate Director  
Business Analytics  
Cornell SC Johnson College of Business  
237 Statler Hall  
Ithaca, NY 14850  
Phone: (607) 254-8954

On May 8, 2017, at 8:41 AM, Denise Payne <dlp35@cornell.edu> wrote:

> Running late this morning, more drama with the foreclosure so I'm waiting for bank to open and then I'll be in.
>
> D
>
> On May 5, 2017, at 2:24 PM, Denise Payne <dlp35@cornell.edu> wrote:
>
>> Hi Tammy,
>>
>> I need to leave around 3pm if that's ok to have an attorney review our contract on the foreclosure house, we only have two days and of course it's a weekend….grrrr.
>>
>> D
>>
>> **Denise Payne**  
>> Data Analyst  
>> Business Analytics  
>> Cornell SC Johnson College of Business  
>> 237 Statler Hall, Ithaca, NY 14853  
>> Phone: 607.255.6689 | Mobile: 607.423.7326  
>> dlp35@cornell.edu

P000555

```
Subject: RE: Friday
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Tue May 23 12:56:38 UTC 2017
```

Yes, ½ day for funeral. Put it on my calendar. Thanks.

**Tammy Lindsay**
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Denise Payne
**Sent:** Tuesday, May 23, 2017 1:32 PM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** RE: Friday

I just looked it up and I think I only get half-day. I may have to use vacation or make up the rest, I don't think they've adjusted my time yet but I should be getting more vacation time.

**Denise Payne**
607.255.6689
dlp35@cornell.edu

**From:** Denise Payne
**Sent:** Tuesday, May 23, 2017 1:06 PM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** Friday

Hi Tammy,

Can I get Friday off for a Funeral? It's for an Uncle, can't remember the Cornell policy.

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu