**EXHIBIT JJ**

## Julie K. Weaver

**From:** Julie K. Weaver
**Sent:** Thursday, June 15, 2017 3:53 PM
**To:** Tammy Lindsay; Katherine A. Doxey; Lucinda M. Allen
**Subject:** RE: Denise

Tammy:

Thanks for sharing this detail. As for tomorrow, I would recommend leaving things as planned and allow Denise to work from home and attend her appointment. In looking at the Flex Work Agreement recently sent over, I do think this could be revised to be more specific about the expectations when she works from home (i.e., she will have access to internet, will be available by phone, will maintain a standard schedule of 8:30a until 4:30p unless other arrangements are made, etc.) will help and leave less to interpretation.

I did speak with Denise this AM at her request. As for today, I advised her not to work and to take care of herself. I suggested she take the afternoon as vacation (since her HAP accruals are low) or take the time unpaid and look to work extra between now and Wednesday in order to reach her 78 hours for the period. My expectation is she will do the latter.

Regards,
Julie

**From:** Tammy Lindsay
**Sent:** Thursday, June 15, 2017 3:25 PM
**To:** Katherine A. Doxey <kam357@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>; Lucinda M. Allen <lma36@cornell.edu>
**Subject:** RE: Denise
**Importance:** High

Hi All:

Please find a summary of my meeting with Denise today. I do have a concern that she insisted she was working at home today and I asked her not to, especially after she said she was going home because she had a concern that this place was making her physically ill. There was a couple times today during our conversation she was a little insubordinate. She was previously scheduled to work from home tomorrow and go to a doctor's appointment. My question, is should she be working from home tomorrow or should we ask for a doctor's note saying she can come back to work since she left due to work. Does that make sense. Or should I just leave things the way they are and see what happens tomorrow. Please let me know.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Tammy Lindsay
**Sent:** Thursday, June 15, 2017 11:21 AM
**To:** Katherine A. Doxey <kam357@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>; Lucinda M. Allen

1

497

&lt;lma36@cornell.edu&gt;
**Subject:** Denise

Hi Everyone:

I met with Denise this morning at 9:00 AM regarding issues we talked about yesterday. Our meeting ended about 9:45. She was out of the office since we talked so I'm assuming she may have come to see one of you. However, before she left, she had sent Sarah Miller an email for Sarah to meet her in the office at 10:30 because I had asked that their meetings be over here so I could understand the process and learn as well. She returned to the office at 10:50 and I asked her at 10:50 if Sarah was coming and she said no. She then said she needed to go and she was working from home. I asked her why she needed to go but refused to answer. I again asked if something happened and she then said she was having health related issues from being here today and having heart palpitations. I told her that I felt it wasn't a good idea to work from home then and told her I would not approve it. She then grabbed her computer and left. As I had imagined, the meeting didn't go so well and I will be forwarding you on a summary of our meeting with documentation by the end of the day of things we discussed. I wanted to give you a heads up though because of her stating she had health issues from being here.


Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu