**EXHIBIT LL**

**Denise Payne**
___

| | |
|---|---|
| From: | Lucinda M. Allen |
| Sent: | Friday, July 7, 2017 9:54 AM |
| To: | Denise Payne |
| Subject: | RE: Eduniversal-do we submit student contact lists? |

Hi Denise,

Can you stop down to see me before you leave, after you submit the Eduniversal?

Thanks,

Cindy


*Lucinda M. Allen*
Executive Director
Academic Operations, School of Hotel Administration
Business Analytics, SC Johnson College of Business
Cornell University
146 Statler Hall
Ithaca, NY  14853
Ph.: 607-255-3448

---

**From:** Denise Payne
**Sent:** Friday, July 07, 2017 9:46 AM
**To:** Lucinda M. Allen <lma36@cornell.edu>
**Cc:** Sarah Nielsen Miller <snm8@cornell.edu>; Amanda Soule Shaw <afs6@cornell.edu>; Tammy Lindsay <tsl33@cornell.edu>
**Subject:** RE: Eduniversal-do we submit student contact lists?

Hi All,

I am definitely thinking about it. I was told to use the number on the website for these smaller surveys. Sorry I didn't catch the missing last page of the pdf, I think the portal did that.

Best,
Denise


**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

1

**P000469**

**From:** Lucinda M. Allen
**Sent:** Friday, July 7, 2017 9:44 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: Eduniversal-do we submit student contact lists?

Here's her responses to me.  This is what I mean about thinking about what she is producing.

*Lucinda M. Allen*
Executive Director
Academic Operations, School of Hotel Administration
Business Analytics, SC Johnson College of Business
Cornell University
146 Statler Hall
Ithaca, NY  14853
Ph.: 607-255-3448


**From:** Denise Payne
**Sent:** Friday, July 07, 2017 9:38 AM
**To:** Lucinda M. Allen <lma36@cornell.edu>
**Cc:** Sarah Nielsen Miller <snm8@cornell.edu>; Amanda Soule Shaw <afs6@cornell.edu>
**Subject:** RE: Eduniversal-do we submit student contact lists?

Hi Cindy,

Good questions!:

1-We pull the total number of alumni from the website, see below, which would be all of Johnson. I can reach back out to Crystal Marsh in AAD to get a number for the 2-year Alumni only (if they track that)

2