**EXHIBIT NN**

Jill M. Tubbs

**From:** Denise Payne
**Sent:** Tuesday, September 5, 2017 3:50 PM
**To:** Jill M. Tubbs
**Subject:** RE:

The accommodations are working fine, I'm grateful that the medical leaves board approved and HR has backed up my flex time etc.

Thanks for checking in!

Best,
Densie

Denise Payne
607.255.6689
dlp35@cornell.edu

**From:** Jill M. Tubbs
**Sent:** Tuesday, September 5, 2017 3:24 PM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:**

Good afternoon Denise,

Just checking in to see how you are doing and how your accommodations are working for you.

Let me know if you have any questions or concerns.

Sincerely,

Jill

Jill M. Tubbs
Medical Leaves Case Consultant
Medical Leaves Administration
Cornell University, Division of Human Resources
395 Pine Tree Road, Suite 102
Ithaca, NY 14850
Phone 607-255-2359
Fax 607-255-1888
jmt21@cornell.edu