**EXHIBIT VV**

**Julie K. Weaver**

| | |
|---|---|
| From: | Denise Payne |
| Sent: | Monday, September 26, 2016 5:36 PM |
| To: | Julie K. Weaver |
| Subject: | Re: Offer with Decision Support |

Thank you! I agree to all the terms and I provide a signed copy next week.

Best,
Denise Payne

From: Julie K. Weaver
Sent: Monday, September 26, 2016 4:29:01 PM
To: Denise Payne
Subject: Offer with Decision Support

Denise,
In the interest of being responsive and timely, I wanted to share the attached offer for your position with Decision Support (formerly BI). I would ask that you review and let me know via reply email of your agreement to the terms.  With that, we will proceed with enacting this in the system and allow for you to return a signed copy when back in the office next week.

I'm happy to answer any questions or concerns should you have them.

Take care,
Julie

**Julie Weaver**
Assistant Director of Human Resources
Cornell College of Business
225 Sage Hall, Ithaca, NY 14853
Phone: 607.255.0885 | Fax: 607.255.2823
jkw82@cornell.edu
business.cornell.edu | Facebook | Twitter

1