# EXHIBIT 4

Lucinda Allen
December 03, 2019                                                    1

```
 1   UNITED STATES DISTRICT COURT              ORIGINAL

 2   NORTHERN DISTRICT OF NEW YORK

 3   _____

 4   DENISE PAYNE,

 5                    Plaintiff,

 6                          INDEX NO.: 18-cv-1442

 7            vs.

 8

 9   CORNELL UNIVERSITY,

10                    Defendant.

11   _____

12

13        This is the Examination Before Trial of

14              LUCINDA ALLEN

15        held on the 3rd day of December, 2019,

16        held at Cornell University Counsel's Office,

17        235 Garden Avenue, Ithaca, New York.

18

19

20

21            REPORTED BY:  CAITLYN A. SHAYLOR
                            Shorthand Reporter
22

23

24

25
```

Lucinda Allen
December 03, 2019                                                    2

1                    A P P E A R A N C E S

2

3        NESENOFF & MILTENBERG, LLP

4             363 Seventh Avenue, 5th Floor

5             New York, New York 10001

6             Attorneys for Plaintiff

7             BY:   GABRIELLE M. VINCI, ESQUIRE

8

9        OFFICE OF UNIVERSITY COUNSEL

10            235 Gardne Avenue, CCC Building

11            Ithaca, New York 14853

12            Attorneys for Defendant

13            BY:   ADAM G. PENCE, ESQUIRE

14

15

16                   S T I P U L A T I O N S

17

18

19            It is stipulated by and between the

20        parties hereto that the filing of the

21        deposition is waived; that the deposition

22        may be signed before any Notary Public;

23        and that all objections except as to the

24        form of the question are reserved to the

25        time of the trial.

Lucinda Allen
December 03, 2019                                                3

```
 1              L U C I N D A   A L L E N
 2              having been called as a witness,
 3              having been duly sworn, was examined
 4              and testified as follows:
 5   EXAMINATION BY
 6   MS. VINCI:
 7         Q    Good afternoon, Ms. Allen.  We met a
 8   couple minutes ago off the record.  My name is
 9   Gabrielle Vinci.  I represent Denise Payne in a
10   lawsuit she has brought against Cornell
11   University.  You're here today to answer some
12   questions regarding the allegations in that
13   lawsuit, and to testify as to what information
14   you know or can recall regarding the
15   circumstances surrounding Ms. Payne's lawsuit.
16   Have you ever been deposed before?
17         A    Yes.
18         Q    Okay.  When was the last time you were
19   deposed?
20         A    I don't recall the date.
21         Q    Do you recall was it more than a year
22   ago?
23         A    More than a year ago.
24         Q    Was that an action that you were a party
25   to?
```

Lucinda Allen
December 03, 2019                                          4

1         A     Yes.

2         Q     Okay.  Were you the plaintiff or the

3    defendant in that case?

4         A     Plaintiff.

5         Q     Okay.  And what type of suit was that?

6         A     It was a discrimination suit.

7         Q     Okay.  And who were you suing in that

8    lawsuit?

9         A     I know the acronym, ADIC, advanced

10   digital, I think it was information corporation.

11        Q     And when you say a discrimination, was it

12   discrimination based on something in particular?

13        A     It was sexual discrimination.

14        Q     Okay.  Is that lawsuit ongoing?

15        A     No.

16        Q     At the time -- strike that.  Did that

17   lawsuit go to trial?

18        A     No.

19        Q     Other than the deposition you had for

20   your suit against ADIC, have you ever been

21   deposed?

22        A     No.

23        Q     Okay.  So similar to what I'm sure were

24   the ground rules during that deposition, I'm just

25   going to go over some guidelines for today, just

1    to help make sure that it goes smoothly.  The

2    first is, as you can see we have a court reporter

3    here.  She's taking down all the questions and

4    answers, so I just ask that all of your responses

5    be verbal.

6         A    Uh-huh.

7         Q    And if you can just articulate your

8    response, so something like an uh-huh doesn't

9    translate very well on the transcript, and we

10   just want to make sure we have all of your

11   responses clearly and accurately.  In addition, I

12   would just ask that you allow me to finish my

13   question before you go on and answer it, and I

14   will also allow you to finish your answer before

15   I go on to my next question just so we have a

16   clear transcript.  It's difficult for the

17   reporter to take two people speaking at once; is

18   that okay?

19        A    Okay.

20        Q    If at any point in time you don't

21   understand a question that I've asked, or if

22   you'd like me to repeat it, please let me know.

23   If you answer the question as it's posed to you,

24   I'm going to assume that you understood it; is

25   that okay?

Lucinda Allen
December 03, 2019                                          6

1        A     Yes.

2        Q     Okay.  If at any time you need a break

3    for whatever reason, I'm happy to take as many

4    breaks as you need.  I don't anticipate that we

5    will be all day today, but that being said, I'm

6    happy to break at any time.  I just ask that if

7    there's a question pending, you answer that

8    question and then we'll take that break; is that

9    okay?

10       A     Yes.

11       Q     Okay.  These next questions are not meant

12   at all to -- to offend you, they're just to see

13   your fitness to testify today.  Are you on any

14   medications that would inhibit your ability to

15   understand my questions today?

16       A     No.

17       Q     Are you on medications that would inhibit

18   your ability to truthfully answer my questions

19   today?

20       A     No.

21       Q     What, if anything, did you do to prepare

22   for today's deposition?

23       A     I met with Adam and Valerie probably a

24   month ago.

25       Q     Okay.  And did you meet with Adam and

Lucinda Allen
December 03, 2019                                        7

```
1    Valerie together or in separate meetings?

2         A    Together.

3         Q    Was anybody else in that meeting with

4    you?

5         A    No.

6         Q    How long was that meeting?

7         A    I don't recall entirely, but I would say

8    two to three hours.

9         Q    Since that meeting about a month ago,

10   until today, have you done anything else to

11   prepare for your deposition?

12        A    No.

13        Q    Did you review any documents?

14        A    No.

15        Q    Okay.  Are you aware that Ms. Payne has

16   been deposed in this case?

17        A    I don't recall being told that.

18        Q    Okay.

19        A    Okay.

20        Q    So have you -- is it fair to say that you

21   have not seen the transcript of her deposition in

22   this case?

23        A    That's fair to say.

24        Q    Okay.  Have you ever seen the complaint

25   that was filed on Ms. Payne's behalf in this
```

1    case?

2        A    Yes.

3        Q    When was the last time you reviewed --

4            MS. VINCI:  Sorry.

5            MR. PENCE:  Just wait for her to

6        finish the question.

7        A    Okay.

8        Q    It goes against how you talk in like

9    normal conversation, but it's for the sake of our

10   court reporter today.  When was the last time you

11   reviewed Ms. Payne's complaint?

12       A    A month ago when I met with Adam and

13   Valerie.

14       Q    Did you review any other -- withdraw

15   that.  I'm going to preface this by saying that I

16   don't want you to tell me anything about what you

17   discussed during that meeting, that is privileged

18   and I'm not asking for any of that information.

19   During the meeting with Adam and Valerie did you

20   review any other documents?

21       A    Yes.

22       Q    What other documents did you review?

23       A    A couple of e-mails --

24       Q    Okay.

25       A    -- I believe, and I think that was all.

Lucinda Allen
December 03, 2019

9

1      Q      Okay.  Can you recall what any of the

2    e-mails you reviewed were about, what the

3    substance of them was?

4      A      Yes, there was one that was under my name

5    and it was an e-mail that I had inadvertently

6    sent to Denise, to Ms. Payne, as opposed to

7    another party.

8      Q      Who did you intend to send that e-mail

9    to, if you can recall?

10      A      It was intended for Amanda Shaw.

11      Q      And what were you saying in that e-mail

12    that was meant to go to Amanda Shaw?

13      A      The basis of the e-mail was that I did

14    not have confidence in Denise's skills or

15    abilities to handle a certain job task.

16      Q      And we'll talk more about that later in

17    the day.  Can you recall the substance of any

18    other e-mails that you reviewed when you met with

19    counsel about a month ago?

20      A      I don't recall any specifics.

21      Q      What's your highest level of education?

22      A      A Master's of Science.

23      Q      And where did you earn that degree from?

24      A      Rochester Institute of Technology.

25      Q      Do you recall the year that you earned

Lucinda Allen
December 03, 2019                                    10

1    your Master's?

2         A    2010 I think.

3         Q    And are you currently employed?

4         A    Yes.

5         Q    Where are you currently employed?

6         A    Cornell University.

7         Q    What is your current position at Cornell?

8         A    I'm Director of Administration at

9    Chemical and Biomolecular Engineering in the

10   College of Engineering.

11        Q    How long have you been in that role?

12        A    Two years.

13        Q    How long have you worked for Cornell

14   University?

15        A    Nearly 13 years, since March of 2006.

16        Q    And to the best of your ability can you,

17   from start to your current role now can you tell

18   me the job positions you've held throughout your

19   time at Cornell University?

20        A    All of the positions at Cornell?

21        Q    Let's limit it to this.  The director

22   role that you're in now, that's a supervisory

23   role, correct?

24        A    Correct.

25        Q    For how long have you held a supervisory

Lucinda Allen
December 03, 2019                                                11

1    role at Cornell?

2         A    At Cornell?

3         Q    Yes.

4         A    I -- I don't recall the specific year of

5    the supervisory, the start of supervisory, but I

6    -- I can't give you a specific --

7         Q    Okay.

8         A    -- for sure.  It's probably, I want to

9    say close to ten years.

10        Q    Okay.  So to the best of your ability can

11   you lay out for me all of the supervisory roles

12   that you've held at Cornell?

13        A    Sure.  So prior to this position I was in

14   the School of Hotel Administration, so most all

15   of the roles are there.  I supervised all the

16   teaching chefs, I supervised all the admins.  Let

17   me correct that.  I supervised managers that

18   supervised them.  I had at one point in time two

19   individual contributors that reported directly to

20   me, not through a manager.  I supervised all the

21   center and institute employees.  So the positions

22   at the School of Hotel Administration went

23   anywhere from two reports to a maximum, I think,

24   I believe, at one point in time I had close to

25   ten direct reports, managers, or individual

Lucinda Allen
December 03, 2019                                                        12

1    contributors who had worked -- who had employees

2    under them.

3         Q    When you supervised the managers who also

4    have employees under them, do you have any

5    day-to-day oversight over the employees?  Not the

6    managers, but the employees under them.

7         A    No.

8         Q    Okay.  Are you -- but you're still

9    considered higher in the chain of command than

10   them?

11        A    Yes.

12        Q    You're familiar with Denise Payne?

13        A    Yes.

14        Q    When did you first meet Ms. Payne?

15        A    I don't recall the specific date.  I

16   don't -- yeah, I don't recall the specific date.

17        Q    Okay.  Do you recall the year that you

18   met her?

19        A    That's a -- it's a while back.  It was

20   when the College of Business was formed.

21        Q    Okay.  When was the College of Business

22   formed, if you can recall?

23        A    Well, it was announced and formed between

24   the fall of 2015 and spring of 2016.

25        Q    And under what circumstances did you meet

Lucinda Allen
December 03, 2019                                                   13

1     Ms. Payne?

2          A     It was an exploratory discussion.   HR had

3     asked that I -- I meet with her.

4          Q     And an exploratory discussion about what?

5          A     A new department that was being formed.

6          Q     What was the department?

7          A     Business analytics within the college.

8          Q     Was that intended at that time -- to your

9     knowledge, was that intended to be a department

10    that you would have oversight of?

11         A     Yes.

12               MR. PENCE:   Object to the form.

13         Q     Do you know why human resources asked you

14    to meet and speak with Ms. Payne about that

15    department?

16         A     The thought was that she might play a

17    potential role in that department.

18         Q     Prior to when you first met her regarding

19    the business analytics department, had you ever

20    heard of Ms. Payne before?

21         A     Only through HR.

22         Q     Okay.   So let me rephrase that.   Prior to

23    human resources reaching out to you to meet with

24    Ms. Payne, had you ever heard about her before?

25         A     No.

Lucinda Allen
December 03, 2019                                                    14

1        Q    Okay.  Where did you meet with Ms. Payne?

2        A    In my office.

3        Q    If I -- strike that.  When you met with

4   Ms. Payne, what did you discuss?

5        A    It was exploratory, as I said.  We talked

6   that this new group might be formed.

7        Q    Did you discuss at all at that time any

8   specific position that she might fill?

9        A    No.

10       Q    Okay.

11       A    Not that I recall.

12       Q    Did Ms. Payne eventually join the

13   business analytics department?

14       A    Yes.

15       Q    Okay.  Do you recall when that was?

16       A    I don't recall the specific date.

17       Q    If you can give just a general time

18   frame.

19       A    It was in 2016, I know that, so --

20       Q    Okay.  Do you recall interviewing Ms.

21   Payne for the data analyst II position?

22       A    No, I don't recall that.

23       Q    Was there a data analyst II position

24   within the business analytics department?

25       A    No, the employees that came to the

Lucinda Allen
December 03, 2019                                          15

1   department moved in, to the best of my knowledge.

2   I think everybody moved in at their band level

3   that they were.  They came in at their job level

4   and everybody moved in.  We didn't know what the

5   jobs were going to be.

6        Q    Okay.  Did you ever interview Ms. Payne

7   for any job in the business analytics department?

8        A    Not that I recall.  I don't recall a

9   formal interview ever.

10       Q    Do you recall an informal interview?

11       A    This exploratory discussion.

12       Q    How long did that discussion last?

13       A    I don't recall.

14       Q    Was it more than ten minutes?

15       A    I really don't recall.

16       Q    Was there anybody else present for that

17   discussion besides yourself and Ms. Payne?

18       A    No.

19       Q    When you say that the employees came in

20   at the same band level --

21       A    Uh-huh.

22       Q    -- what do you mean by band level?

23       A    There were several -- when the College of

24   Business formed, there were individuals

25   throughout the three colleges that were doing

1    like task.  They were at different levels within

2    the job family and the thought was to group them

3    together, bring them into a group, figure out

4    what things we were keeping and what things we

5    were letting go, and then actually look at what

6    residual -- what remained.  Like normal

7    organizational change, look what was remaining

8    and create then position descriptions for those

9    jobs.

10        Q    Are there -- is there a different -- is

11   there a salary differentiation between the band

12   levels?

13        A    Yes.

14        Q    Do you recall what band level Ms. Payne

15   was at when the business analytics department was

16   formed?

17        A    No, I don't recall.

18        Q    Did you speak -- strike that.  Do you

19   recall when Ms. Payne joined the business

20   analytics department?

21             MR. PENCE:  Objection, asked and

22        answered, but you may --

23        A    Yeah, I thought I said -- I don't recall

24   exactly.  I think it was in 2016.

25        Q    Let me do it this way.  It might be a

Lucinda Allen
December 03, 2019                                    17

1    little easier.  I'm going to hand you what's been

2    previously marked as Exhibit 9.  Just take your

3    time to review that and let me know when you have

4    had a chance to do so.  Have you had a chance to

5    look at Exhibit 9?

6        A    I have.

7        Q    Have you ever seen this before?

8        A    I don't recall, but normally I would get

9    a copy of all letters, so --

10       Q    Okay.  So this appears to be, and has

11   been previously identified, as an offer letter

12   sent to Ms. Payne on September 23rd, 2016 from

13   Kathryn Doxey; would you agree with that?

14       A    Yes.

15       Q    Okay.  And Ms. Doxey starts that the

16   letter is being sent on behalf of Cindy Allen,

17   that's you, correct?

18       A    Uh-huh, yes.

19       Q    And it's offering -- it's offering Ms.

20   Payne a position of data analyst in the College

21   of Business, correct?

22       A    Correct.

23       Q    Okay.  During the exploratory discussion

24   that you had with Ms. Payne did you specifically

25   talk about a data analyst role in the Cornell

Lucinda Allen
December 03, 2019                                    18

1    College of Business?

2         A    No, not that I recall.

3         Q    Did you discuss any specific position

4    with her?

5         A    Not that I recall.

6         Q    Did you discuss any terms of compensation

7    with her?

8         A    Not that I recall.

9         Q    Okay.  Did you have any discussion with

10   Ms. Doxey regarding this offer -- this job offer

11   to Ms. Payne?

12        A    Not that I recall.  HR was quite frankly

13   handling most of that in the College of Business.

14   They would not have put an employee in my

15   department without me knowing.

16        Q    When you say that HR was handling most of

17   that, would HR seek your approval before placing

18   an employee in your department or would they just

19   notify you that an employee was coming?

20             MR. PENCE:  Object to form, but you

21        may answer.

22        A    It -- they didn't seek approval, no.

23        Q    Okay.

24        A    They did not seek approval.

25        Q    Okay.

Lucinda Allen
December 03, 2019                                                    19

1        A     It would have been discussed that this

2    individual would be coming to my group.

3        Q     Okay.  Do you recall any discussion with

4    anyone from HR regarding Ms. Payne coming to your

5    group?

6        A     Yes.

7        Q     Okay.  And who did you speak to about

8    that?

9        A     Kathy Doxey.

10       Q     Okay.  Do you recall when that

11   conversation took place?

12       A     No, I don't recall.

13       Q     Okay.  Can you recall what you and Ms.

14   Doxey discussed during that conversation?

15       A     I don't recall.

16       Q     Did you have any objection to Ms. Payne

17   starting at the department?

18       A     No.

19       Q     Prior to Ms. Payne beginning in the data

20   analyst role were you aware that she had been

21   diagnosed with cancer?

22       A     Yes, she shared that with me.

23       Q     When did she share that with you?

24       A     In the exploratory meeting.

25       Q     What did she tell you in that exploratory

Lucinda Allen
December 03, 2019                                    20

1    meeting about her cancer diagnosis?

2         A    I don't know specifics, but she disclosed

3    and said that she would be going through

4    treatment.

5         Q    And what, if anything, was your response

6    to that?

7                   MR. PENCE:  Object to form.

8         A    I wished her all the best and told her

9    that what she needed to concentrate on was her

10   health.

11        Q    Did you have any -- did you have any

12   apprehension about a -- an employee who you knew

13   would be undergoing cancer treatment starting at

14   the department?

15                  MR. PENCE:  Object to form, but to

16            the extent you understand the question, you

17            may answer.

18        A    No.

19        Q    Did you ever speak to Ms. Doxey -- strike

20   that.  Prior to this offer letter did you ever

21   speak to Ms. Doxey about Ms. Payne's cancer

22   diagnosis and treatment?

23        A    I don't recall.

24        Q    Okay.  All right.  So the offer letter

25   states that in the, at least the beginning of Ms.

1    Payne's employment as a data analyst her time

2    would be split until December 31st, 2016; do you

3    see that?

4        A    Uh-huh.

5        Q    Okay.  And did she in fact split her time

6    to your knowledge?

7        A    Yes.

8        Q    Okay.  Did she remain employed -- strike

9    that.  There came a time, however, that Ms. Payne

10   went on a medical leave, correct?

11       A    Yes.

12       Q    Okay.  Do you recall when that medical

13   leave was?

14       A    I don't.  I don't remember the dates.

15       Q    Okay.  Do you recall if, just generally,

16   if it was before or after she was supposed to

17   split her time?

18       A    I don't recall.

19       Q    Okay.  I will represent to you that the

20   medical leave began in October of 2016.

21       A    Okay.

22       Q    During -- and went through the remainder

23   of 2016 into January of 2017.  During the time

24   that Ms. Payne was out on medical leave, was

25   there anybody in place to cover the work that she

Lucinda Allen
December 03, 2019                                          22

```
1    was supposed to be doing for the College of

2    Business?

3                   MR. PENCE:  Object to form.

4           Counselor, you -- you can lay foundation

5           any way you want, but you just represented

6           a time period for leave that the witness

7           says she's not familiar with, so I'm not

8           entirely sure she can answer a question

9           based on something she said she didn't

10          recall.  But to the extent the witness

11          understands the question and is comfortable

12          answering it, you may do so.

13      A    Could you repeat the question, please?

14      Q    Sure.  During the time that Ms. Payne was

15   on medical leave, to your recollection, did

16   anybody cover the work that she was supposed to

17   be doing for the College of Business?

18                   MR. PENCE:  Same objection.  You may

19          answer to the extent you can.

20      A    So there's two things I would say:  The

21   group was brand new, so we didn't really know

22   what we were doing entirely.  To the extent that

23   things that she was going to be doing in business

24   analytics, there were people doing them, and I

25   don't know about at BSL.
```

Lucinda Allen
December 03, 2019                                               23

1      Q    Okay.  Focussing just on the business

2   analytics.  When you say there were people doing

3   them, do you mean that there were people within

4   the group already that were doing those tasks?

5      A    Ms. Payne was entirely new to the group,

6   she didn't have a lot of assigned tasks at that

7   point in time.  We were still figuring out as an

8   organization what this group was going to be

9   doing.  Other individuals who had moved into the

10  group were doing the things that they had

11  previously been doing in their college

12  assignments.

13     Q    Okay.

14          MS. VINCI:  I'm sorry, can we just

15      take a five minute break?

16          (OFF THE RECORD.)

17     Q    Ms. Payne accepted this offer, correct,

18  for the data analyst role?

19     A    I'm not certain.

20     Q    Let me rephrase.  Ms. Payne assumed the

21  data analyst role with the College of Business,

22  correct?

23     A    Correct.

24     Q    Okay.  At any point in time while she was

25  serving in that role, did she discuss her

Lucinda Allen
December 03, 2019                                              24

1    compensation with you?

2         A    No.

3         Q    Okay.  Do you know if she discussed her

4    compensation with anybody at Cornell?

5         A    I don't know that for a fact.

6         Q    Okay.  When Ms. Payne started in the

7    business analytics department, who did she report

8    to directly?

9         A    I don't recall entirely.  I -- I believe

10   there was a period where it was a direct report

11   to me; however, that was quickly addressed

12   because I still had an organization of -- I was

13   actually doing two positions and I still had all

14   the employees -- it was a bandwidth issue and I

15   still had all the employees in the School of

16   Hotel Administration, plus I was doing project

17   work to support the Dean, and had business

18   analytics, so I had two appointments, and I --

19   she may have reported to me for a short period of

20   time, but I don't entirely recall.

21        Q    Do you know a woman by the name of Tammy

22   Lindsay?

23        A    Yes.

24        Q    Who is Tammy Lindsay?

25        A    Tammy was an employee in the business

Lucinda Allen
December 03, 2019                                          25

1    analytics, and she was a manager for me at that

2    group.

3         Q    During the time that Ms. Payne was

4    employed as a data analyst in the business

5    analytics department, did she report to Tammy

6    Lindsay?

7         A    Yes.

8         Q    Do you know for how long Ms. Payne

9    reported to Ms. Lindsay?

10        A    I don't recall specifics.

11        Q    Okay.  Other than the time where Ms.

12   Payne reported directly to you, were -- can you

13   recall any other times where she was not

14   reporting to Ms. Lindsay?

15        A    No.

16        Q    Okay.  Do you know what a flexible work

17   agreement is?

18        A    Yes.

19        Q    What is your understanding of a flexible

20   work agreement?

21        A    My understanding?

22        Q    Yes.

23        A    Well, it's according to Cornell policy,

24   and it can be flexible days or times, or working

25   remotely.

Lucinda Allen
December 03, 2019                                                        26

1        Q     Are you aware that Ms. Payne -- strike

2    that.   When Ms. Payne returned from her medical

3    leave, did she enter into a flex work agreement

4    with Cornell?

5        A     Yes, I believe so.

6        Q     Okay.   Do you recall when she entered

7    into that agreement?

8        A     No, I don't recall the date.

9        Q     Okay.   Do you recall whether there was

10   more than one agreement that she entered into?

11       A     I don't recall.

12       Q     Okay.   I'll show you a couple of

13   documents that were previously marked.   Okay.

14   This has been previously marked as Exhibit 1.

15             MR. PENCE:   We're just keeping the

16        same designation?

17             MS. VINCI:   Yeah.

18             MR. PENCE:   So this is --

19             MS. VINCI:   Yeah, that's fine.

20       Q     Have you ever seen this document before?

21       A     I don't recall specifically seeing the

22   document.

23       Q     So I'll represent to you that at Ms.

24   Payne's prior deposition where this exhibit was

25   identified, she identified that this was her

Lucinda Allen
December 03, 2019                                              27

1    flexible work agreement with Cornell dated

2    February 2nd, 2017; would you agree with that

3    description?

4                    MR. PENCE:  Object to form, but you

5         may answer.

6         A    Well, I'd like to clarify.

7         Q    Sure.

8         A    Effective February 16th, but it has an

9    end date.

10        Q    Yes.  So this was effective February, I

11   believe it's 6th, 2017 until May 1st, 2012?

12        A    Uh-huh.

13        Q    And you don't recall ever having seen

14   this document before?

15        A    Not seeing it.  I don't recall seeing it.

16        Q    Okay.  Did you ever have any discussions

17   about this flexible work agreement with Ms.

18   Payne?

19        A    No.

20        Q    Okay.  Did you ever have discussions

21   about -- with -- about this agreement with Ms.

22   Lindsay?

23        A    Yes.

24        Q    How many times did you discuss any work

25   agreement with Ms. Lindsay?

Lucinda Allen
December 03, 2019                                          28

1        A     I don't recall that.

2        Q     Okay.

3        A     How many times you said?

4        Q     Yes.

5        A     Yeah, I don't recall that.

6        Q     Okay.  What was the substance of your

7    discussions with Ms. Lindsay regarding this work

8    agreement?

9        A     Ms. Lindsay wanted to support Denise's

10   reentry into the organization and knew -- they

11   knew that there were going to be times where she

12   would have a follow-up doctor's appointment and

13   hence the report work -- remote work portion.

14       Q     Did you and Ms. Lindsay discuss the --

15   the arrangement here allowing for the, it says

16   change to standard time, end time and remote

17   work?

18       A     Where is that?

19       Q     If you look about midway down the first

20   page it says arrangement, check all that apply?

21       A     Oh, yeah.

22       Q     And it's checked change to standard time,

23   end time and then also remote work, complete

24   pages two to three, do you see that?

25       A     Uh-huh.

Lucinda Allen
December 03, 2019                                    29

1        Q     Okay.  Did you discuss with Ms. -- with

2    Ms. Lindsay that arrangement, that the agreement

3    would include a change to standard start and end

4    time and remote work?

5        A     Not specifically to the boxes checked.

6    We talked about the ability to work remote, so we

7    didn't talk about an address.  We took -- talked

8    about the ability to work remote and to work

9    around any follow-up doctor appointments she

10   might have, and we talked about prior

11   notification.

12       Q     What did you discuss with Ms. Lindsay

13   about prior notification?

14       A     Well, it's written -- it's actually

15   written in here (indicating) I believe.  It's

16   Cornell policy.

17            MS. VINCI:  Just for the record when

18        the witness says it's written here, she was

19        indicating to the second page of the

20        exhibit.

21       A     Request to work overtime, second

22   paragraph.

23       Q     Okay.  Did you discuss with Ms. Lindsay,

24   with respect to prior notification, what specific

25   notification was needed prior to Ms. Payne

Lucinda Allen
December 03, 2019                                    30

1    needing to either work from home or change her

2    start or end time?

3         A    No, I don't manage at that level.

4         Q    Okay.  Show -- I'll show you these two

5    together.  Please take your time to review them.

6    Showing you what's been previously marked as

7    Exhibits 4 and 5.  Again, just take your time to

8    review them.  Let me know when you've had a

9    chance to do so.

10              MR. PENCE:  Do you have -- oh, go

11         ahead.  Thanks.  Apologies, did we get on

12         the record what these are exhibit-wise?

13              MS. VINCI:  Identify?  No, I just

14         said --

15              MR. PENCE:  4 and 5, that's what I

16         mean.

17              MS. VINCI:  Yes, yes, 4 and 5, yes.

18              MR. PENCE:  I'm sorry.

19         A    Okay.

20         Q    Have you had a chance to review the

21    exhibits?

22         A    I have.

23         Q    Okay.  Have you ever seen Exhibit 4

24    before, which I'll identify for the record as

25    another flex work agreement for Denise Payne with

Lucinda Allen
December 03, 2019                                        31

1    an effective date of May 1st, 2017 and a review

2    date of October 30th, 2017?

3         A    I don't recall seeing this.

4         Q    Okay.  Have you ever seen Exhibit 5

5    before, which, again, for the record I'll

6    identify as another flex work arrangement

7    agreement for Denise Payne, the signature date of

8    October 28th, 2017, and if you turn to the last

9    page it says begin date May 1st, 2017, review

10   date 10/30/2017.  Have you ever seen Exhibit 5

11   before?

12        A    I don't recall seeing it.  I don't recall

13   seeing these.

14        Q    Okay.  Did you ever have any discussion

15   with Ms. Payne regarding the renewal of her flex

16   agreements at Cornell?

17        A    Not that I recall.

18        Q    Did you ever have any discussions with

19   Ms. Lindsay about the renewal of Ms. Payne's flex

20   work agreements?

21        A    Yes.

22        Q    Okay.  Do you recall how many times you

23   discussed the renewal of Ms. Payne's agreements

24   with Ms. Lindsay?

25        A    No, I don't.

Lucinda Allen
December 03, 2019                                              32

1      Q     Okay.  Do you recall the substance of any

2    of the discussions you've had with Ms. Lindsay

3    regarding the renewal of Ms. Payne's work

4    agreements?

5      A     I remember at the review date Denise had

6    rung the bell and was done with cancer

7    treatments, cancer chemo and we were going to put

8    more of a standard remote work flex agreement in

9    place, which is more when needed.  And I think

10   this says as needed, you can't read it.

11            MR. PENCE:  Okay.  Could we clarify

12        which exhibit the witness is referring to?

13     A     Number 4 is more of what I would think

14   not a special circumstance, but this I -- this

15   time frame is about, I believe, when she rang the

16   bell on her cancer treatments.

17     Q     Okay.

18     A     And was -- was back to work full time.

19     Q     Okay.  So -- so just to clarify for the

20   record, when you say at the time of the renewal

21   she had rang the bell or -- or finished her

22   cancer treatments.

23     A     Uh-huh.

24     Q     Are you talking about in May 2017?  By

25   May 2017 when the second work agreement was being

Lucinda Allen
December 03, 2019                                    33

1    entered into she had finished her cancer

2    treatments, to your knowledge?

3         A    I can't be definite about that, but I

4    think it was around that time frame.

5         Q    Okay.  Okay.  And to clarify, are you

6    saying that based on that she entered into a

7    more, as you said, standard remote work

8    agreement?

9                   MR. PENCE:  Object to form, but you

10        may answer.

11        A    Well, it would always be up for review

12   and this is for a non-exempt hourly employee.

13   Working remote as needed is not uncommon.

14        Q    Okay.  Was there anything about Ms.

15   Payne's initial flex work agreement, Exhibit 1,

16   that was uncommon?

17                  MR. PENCE:  Object to form, but you

18        may answer.

19        A    I think in this -- she was still, I

20   believe -- I may be wrong.  I believe she was

21   still undergoing some treatments and had some

22   doctor appointments and we were trying to be

23   supportive of that.

24        Q    Okay.

25        A    And accommodate.

Lucinda Allen
December 03, 2019                                              34

1        Q    Okay.  Do you know why, excuse me, in

2    Exhibit 4 and 5 under the arrangement section the

3    box for change to standard start and end time is

4    not checked?

5        A    I didn't fill it out, I -- I don't know.

6        Q    Do you know if that arrangement or that

7    accommodation to Ms. Payne was rescinded when she

8    renewed her flex work agreement?

9               MR. PENCE:  Objection.  We're talking

10          about several agreements at once now, so we

11          should just clarify, if you could, which

12          one you're asking about because there could

13          be a different answer.  So you just grouped

14          them two together, could we do one at a

15          time?

16               MS. VINCI:  Sure.

17        Q    Do you know why when Ms. Payne entered

18    into the second flex agreement, which is Exhibit

19    4 --

20        A    Uh-huh.

21        Q    -- she -- part of it was no longer that

22    she changed -- she changed her standard start and

23    end time, that arrangement was not checked?

24        A    I don't know specifically.

25        Q    Okay.  When Ms. Payne, if you know,

Lucinda Allen
December 03, 2019                                          35

```
1    renewed her -- strike that.  From May 1st, 2017,

2    the date -- the effective date of Exhibit 4, the

3    second work agreement, to August 28th, 2017, the

4    signature date on Exhibit 5 the third work

5    agreement, do you know if Ms. Payne was still

6    allowed to have flexible start and end work

7    times?

8         A    I don't know.

9         Q    Okay.  After August 28th, 2017, which was

10   the signature date on Exhibit 5, do you know if

11   Ms. Payne was still allowed to have flexible

12   start and end work times?

13        A    Could you repeat that again?

14        Q    Sure.  After August 28th, 2017, which is

15   the signature date on Exhibit 5 --

16        A    Right.

17        Q    -- do you know if Ms. Payne was allowed

18   to have flexible start and end work times?

19        A    I don't know specifically.  It looks like

20   they're pretty clearly detailed.

21        Q    Okay.  Do you know why the change to

22   standard start and end time in Exhibit 4 was not

23   checked?

24        A    No.

25        Q    Do you know why --
```

Lucinda Allen
December 03, 2019                                                    36

1       A      Yeah, are you talking on Exhibit 4?

2       Q      Exhibit 4.

3       A      No, I don't.

4       Q      Okay.  Do you know why the change to

5    standard start and end time arrangement box on

6    Exhibit 5 was not checked?

7       A      No.

8       Q      Okay.

9       A      I didn't fill these out.

10       Q      Okay.  Exhibit 4 at the top notes that

11    the effective date is May 1st, 2017 and the

12    review date is October 30th, 2017, correct?

13       A      Say that again.  Exhibit 4?

14       Q      Exhibit 4, in the first page at the top

15    it notes that the effective date is May 1st, 2017

16    and the review date is October 30th, 2017,

17    correct?

18       A      Uh-huh.

19       Q      Do you know why Ms. Payne signed a new

20    flexible work agreement in August of 2017?

21       A      I don't recall specifics.

22       Q      Okay.  I understand you've said that you

23    did not draft any of the work agreements.

24       A      No.

25       Q      Did you review them before they were

Lucinda Allen
December 03, 2019                                    37

1    signed?

2         A    I don't recall.

3         Q    Okay.  Do you know who drafted Exhibit 1,

4    the first work agreement?

5         A    I don't know, but I -- well, it's

6    conjecture.

7         Q    Certainly don't want any -- any guessing,

8    so if you don't know, it's okay to say you don't

9    know.

10        A    I don't know.

11        Q    Do you know who drafted the Exhibit 4,

12   the second work flex agreement?

13        A    No.

14        Q    And what about Exhibit 5, do you know who

15   drafted that?

16        A    No.

17        Q    Okay.  So I'm going to try to limit my

18   questions, and they might be somewhat repetitive

19   to time periods.

20        A    Okay.

21        Q    So the first time period I'll focus on is

22   between the first two flex agreements.  So

23   between February -- just make it easy, February

24   of 2017 to May 2017 did Ms. Payne ever complain

25   to you about her ability to work with Ms. Lindsay

1    under the flex agreement between February of 2017

2    and May of 2017?

3         A    We're talking about Exhibit 1, that

4    agreement?  I -- I don't recall that she did.

5         Q    Okay.  Are you aware of any issues that

6    arose between Ms. Lindsay and Ms. Payne in that

7    time period, so the February of 2017 to May of

8    2017?

9                   MR. PENCE:  Object to form, but to

10              the extent you understand the question, you

11              may answer.

12        A    I believe there were concerns regarding

13   notification of hours she was working and when

14   she was working and getting, according to the

15   documentation here, pre-approved and running it

16   by the staff supervisor.

17        Q    When you say there were concerns, did

18   somebody bring those concerns to your attention?

19        A    Tammy.

20        Q    Okay.  What specifically did Ms. Lindsay

21   tell you her concerns were regarding notification

22   and pre-approval?

23        A    Lack of it.

24        Q    When did Ms. Lindsay bring these concerns

25   to your attention?

Lucinda Allen
December 03, 2019                                        39

1        A    I don't remember a specific date.

2        Q    Did she bring these concerns to your

3   attention more than once?

4        A    I don't recall.

5        Q    Did you discuss Ms. Lindsay's concerns

6   regarding notification -- lack of notification

7   and lack of approval with Ms. Payne?

8        A    No.

9        Q    Why not?

10       A    She didn't report directly to me.

11       Q    Did you discuss these concerns with

12   anybody besides Ms. Lindsay?

13       A    I don't recall.

14       Q    Again, limited to the time period between

15   the first and the second agreement, so February

16   of 2017, May of 2017, did Ms. Payne ever complain

17   to you that Ms. Lindsay was not allowing her to

18   work remotely?

19       A    Not that I recall.

20       Q    Okay.  During that time period, excuse

21   me, did Ms. Payne complain to you that Ms.

22   Lindsay was scrutinizing her timecard?

23       A    Not that I recall.  During the 2/6 to

24   5/1, no.

25       Q    All right.  During this time period did

Lucinda Allen
December 03, 2019                                        40

1    Ms. Payne ever complain to you that Ms. Lindsay

2    was not abiding by the flex agreement that is

3    Exhibit 1?

4         A    No.

5         Q    Okay.

6         A    Not that I recall.

7         Q    Do you know if Ms. Lindsay ever discussed

8    her concerns regarding -- regarding pre-approval

9    and notification with Ms. Payne?

10        A    I don't know specifically if she did or

11   not.

12        Q    Okay.  Do you know if she brought those

13   concerns to anyone in HR?

14        A    I don't know specifics.  Again, anything

15   I would say would be assumptions.

16        Q    Okay.  Don't want you to assume or to

17   guess.  Okay.  And I'm going to go run through

18   the same type of concerns for the next time

19   period, which would be between the second and the

20   third agreement, so May of 2017 to we'll go by

21   the signature date of August 2017.  During that

22   time period, did Ms. Payne --

23        A    I'm sorry.

24        Q    Sorry?

25        A    Which dates are we going --

Lucinda Allen
December 03, 2019                                                41

1      Q    So from the effective date of Exhibit 4,

2  May 1, 2017 and we'll go to the signature date of

3  Exhibit 5, August 28th, 2017.

4      A    Okay.

5      Q    During that time period did Ms. Payne

6  ever complain to you that Ms. Lindsay was not

7  abiding by the flexible work agreement?

8      A    Not that I recall.

9      Q    Okay.  During that time period did Ms.

10 Payne complain that Ms. Lindsay was scrutinizing

11 her timecard?

12     A    She may have.  I don't specifically

13 recall it, but I would like to point out that

14 supervisors are supposed to review time cards,

15 that is their job, that's their role.  We sign

16 off on hours worked.  Supervisors sign off on

17 hours worked, so that is a standard procedure.

18     Q    Okay.  During this time period did Ms.

19 Payne ever complain that Ms. Lindsay would not

20 approve her for -- to work remotely?

21     A    So this isn't a given.  This is not a

22 right.  These are agreements and both parties

23 need to comply with the terms of the agreement.

24 And pre-approval is pre-approval and in writing

25 is a requirement.

Lucinda Allen
December 03, 2019                                    42

```
 1              MS. VINCI:  Okay.  Move to strike as
 2         non-responsive.
 3         Q    My question was during this time period
 4    -- I understand that this is not a -- a right
 5    that she has to do at any point in time and there
 6    are mechanisms for getting approval.  My question
 7    was, however, whether or not during this time
 8    period Ms. Payne ever complained to you that Ms.
 9    Lindsay would not approve her to work from home?
10         A    Not that I recall.
11         Q    Okay.  During this time period did Ms.
12    Payne complain to you that Ms. Lindsay was not
13    allowing her to have a flexible start or end
14    time?
15         A    Again, not that I recall specifically.
16         Q    Okay.  During this time period did Ms.
17    Payne ever complain to you that Ms. Lindsay was
18    changing her timecard?
19         A    I don't recall that.
20         Q    Okay.  Are -- in supervising and
21    reviewing and approving timecards, are managers
22    permitted to change them in any way, change the
23    hours worked?
24         A    I would have to look at policy
25    specifically.  I think we are requested to -- I
```

Lucinda Allen
December 03, 2019                                    43

1   can talk to -- yeah, I'd have to look at the

2   policy.

3       Q    Which policy is that that you're

4   referring to?

5       A    There's a time entry and hours worked.

6       Q    Okay.  During this time period, again,

7   the May 1, 2017 to August 28th, 2017 did Ms.

8   Lindsay bring to your attention any more concerns

9   she had regarding Ms. Payne?

10               MR. PENCE:  Object to form, but to

11          the extent you understand the question, you

12          may answer.

13      A    Yes.

14      Q    Okay.  What concerns did Ms. Lindsay

15  bring to your attention?

16      A    There were concerns about her developing

17  skills and being able to work analytically on

18  things.  There were concerns about excessive time

19  off unrelated to any medical leave, and there was

20  concern that without being present and being on

21  the job that it was going to be difficult to get

22  her up to speed of the rest of the group.

23      Q    With respect to Ms. Lindsay's concern

24  that Ms. Payne was taking excessive time off

25  unrelated to her medical needs, do you know how

Lucinda Allen
December 03, 2019                                          44

1    she knew that her absences were unrelated to

2    medical needs?

3         A     When you fill out the time off request

4    you put in.

5         Q     Do you know was there a set amount of

6    time that Ms. Payne had available to her to take

7    off for non-medical needs?

8                    MR. PENCE:  Object to form, but you

9          may answer.

10        A     I don't think -- so she accumulated time,

11   she would accumulate time, but Ms. Lindsay gave

12   her time off in addition.  When she rang the bell

13   -- when she had rang the bell and her cancer

14   treatment was done, she asked to please spend

15   some -- a week vacation.  She felt it was really

16   needed for her family and felt that they really

17   needed an opportunity to bond and put this beyond

18   them, and that was approved, time off with

19   basically no -- you know, an unpaid time.  And

20   then there was things related to buying a house

21   that came up.  So I mean your time off is your

22   time off, it accumulate -- it doesn't accumulate

23   in a leave bucket and a non-leave bucket, but --

24        Q     After Ms. Payne, as you said, rang the

25   bell after her cancer treatments, to your

Lucinda Allen
December 03, 2019                                                45

```
1     knowledge --

2          A    Uh-huh.

3          Q    -- had been completed, do you know what,

4     if anything, her treatment plan was after that

5     for followup?

6          A    Not specifically.

7          Q    Okay.  Do you know just generally at all?

8          A    Not specifically.  I know that we had a

9     celebration and she said she was very excited to

10    be released fully to work and become a part of

11    the team in that celebration that we had for her,

12    so --

13         Q    Did you ever speak to Ms. Payne about Ms.

14    Lindsay's concerns that she was not developing

15    the necessary skills in her role?

16         A    No, I don't believe so.  I don't believe

17    I did.

18         Q    Okay.  Did you ever discuss with Ms.

19    Payne Ms. Lindsay's concern that she was taking

20    too much time off unrelated to her medical needs?

21         A    No, but I know that Ms. Lindsay did.

22         Q    How do you know that Ms. Lindsay did?

23         A    She told me she was going to.

24         Q    She told she was going to speak with Ms.

25    Payne?
```

Lucinda Allen
December 03, 2019                                    46

1        A      Uh-huh.

2        Q      Or that she had spoke to Ms. Payne?

3        A      Going to speak to her and had spoke to

4    her, both.

5        Q      Okay.  And what did Ms. Lindsay tell you

6    about the conversation she had had with Ms. Payne

7    regarding Ms. Lindsay's concern that she was

8    taking too much time off unrelated to her medical

9    needs?

10       A      Basically they weren't in agreement.

11       Q      Did you ever speak to Ms. Payne about Ms.

12   Lindsay's concern that she wasn't able to get up

13   to speed as other members in the group?

14       A      No.

15       Q      Okay.  Did you have any opinion related

16   to Ms. Payne's work performance as a data

17   analyst?

18       A      Yes.

19              MR. PENCE:  Object to form, but you

20          may answer.

21       A      Yes.

22       Q      And what was that opinion?

23              MR. PENCE:  Same objection.  You may

24          answer.

25       A      I hadn't seen that she was able to take

Lucinda Allen
December 03, 2019                                    47

1    on a project and handle it fully independently.

2    There were a lot of errors in her work.  There

3    were things that were not thought through.  There

4    were times where she would not ask the questions

5    to get the full information, and I was concerned

6    that we hadn't gotten her up to speed.

7        Q    Did you discuss these performance issues

8    with Ms. Payne?

9        A    No, she didn't report to me.

10       Q    Did -- strike that.  Did you supervise

11   Ms. Payne's day-to-day work?

12                 MR. PENCE:  Under which time period?

13       Q    At any time period.

14       A    Day-to-day work, no, but I would see

15   reports she produced.  So that's how I knew there

16   were errors.

17       Q    Would you discuss those errors with

18   anybody?

19       A    Her supervisor Tammy.

20       Q    That would be Ms. Lindsay?

21       A    Yes.

22       Q    Do you know if Ms. Lindsay spoke to Ms.

23   Payne regarding those errors?

24       A    I don't know for sure.

25       Q    You said earlier that you had reviewed an

1   e-mail meant for Ms. Shaw regarding your lack of

2   confidence in Ms. Payne's skills and abilities,

3   do you remember that?

4       A    Yes.

5       Q    Did you ever actually send that e-mail to

6   Ms. Shaw?

7                  MR. PENCE:  Object to form.  We don't

8           have the document in front of us, but to

9           the extent you can recall.

10      A    I don't know.

11      Q    Okay.

12      A    I definitely sent it in error to Denise.

13      Q    Okay.  Did you ever discuss with Ms. Shaw

14  your concerns regarding Ms. Payne's performance?

15      A    I wouldn't characterize it exactly that

16  way.

17      Q    How would you characterize it?

18      A    I would characterize it that we were

19  looking for a task and responsibilities that

20  Denise could do.  And I did not feel that she was

21  developed enough for some specific task.

22      Q    What tasks was, did you feel she was not

23  developed enough for?

24      A    So this specific e-mail was related to

25  rankings and there's an art to submitting data

Lucinda Allen
December 03, 2019                                    49

1    for rankings.  A lot depends on it for the

2    college and the College of Business in terms of

3    how you interpret and how you answer the

4    question.  And Denise was not one to think

5    strategically through those things, nor to run

6    responses by other individuals, or to ask for

7    their incite.

8         Q    Did you discuss these issues with her

9    ability to -- to perform or run the rankings with

10   Denise?

11        A    After I sent the e-mail I did.

12        Q    Okay.

13        A    I went up immediately and asked to talk

14   to her, told her that I had growing concerns

15   about how she had developed in the group and that

16   I thought, you know, that I wanted to make

17   certain that we were getting her to the point

18   where she could handle some of these tasks, but I

19   had concerns.  And she screamed and yelled at me

20   and walked out.

21        Q    What did she scream and yell at you?

22        A    That she didn't want to talk about it,

23   that she was as good as anybody in the group and

24   she walked out on that meeting.

25        Q    Was anybody in that meeting besides

Lucinda Allen
December 03, 2019                                    50

```
 1    yourself and Ms. Payne?

 2         A    No.

 3         Q    Did there come a point in time that Ms.

 4    Payne complained that her work environment was

 5    affecting her health?

 6         A    I don't recall specifics of that to me, I

 7    believe she was seeking the counsel of HR.

 8              MS. VINCI:  Could we mark this as

 9         Exhibit A?

10    (EXHIBIT A MARKED FOR IDENTIFICATION.)

11         Q    Ms. Allen, you've been handed what's been

12    marked as Plaintiff's Exhibit A.  If you could

13    review that and let me know when you've had a

14    chance to do so.  Have you had a chance to review

15    Exhibit A?

16         A    I have.

17         Q    Do you recognize this e-mail?

18         A    It's an e-mail from Denise to me.

19         Q    So the -- it appears to be a chain of

20    e-mails, or a series of e-mails, and the top

21    e-mail is from Ms. Payne to yourself dated May

22    9th, 2017 at 9:50 a.m. and it reads:  Hi, Cindy,

23    do you have some time to talk to me today?  I

24    have some concerns with the turmoil of this team

25    and how it may impact my health; do you see that?
```

Lucinda Allen
December 03, 2019                                          51

1       A    Uh-huh, yes.

2       Q    Do you recall receiving this e-mail?

3       A    I don't recall receiving it, but clearly

4   I did, so --

5       Q    Do you --

6       A    Well --

7       Q    Sorry, were you finished?

8       A    Uh-huh.

9       Q    Okay.  Do you recall speaking to Ms.

10  Payne in May of 2017 regarding what she

11  considered turmoil within the team?

12      A    I don't recall if I spoke with her after

13  this or not.

14      Q    Okay.  Do you recall Ms. Payne ever

15  stating to you that her health was being affected

16  by working on the team?

17      A    She does right here.

18      Q    I understand that she says that in this

19  e-mail.  I'm saying separately from this.  Do you

20  recall her ever complaining to you that working

21  on the team was affecting her --

22      A    Health.

23      Q    -- health?

24      A    No.

25      Q    Did Ms. Payne ever complain to you about

Lucinda Allen
December 03, 2019                                    52

1    working with Ms. Lindsay?

2         A    I don't recall specifically.  I do know

3    things were degrading.

4         Q    When you say degrading, what do you mean

5    by that?

6         A    My interpretation of the events, Denise

7    did not appreciate being managed.  A supervisor

8    that looks at the time you're taking or your

9    request for time off, or how you're developing

10   and getting up to speed and tries to have those

11   developmental conversations, she was not

12   receptive to them.

13        Q    Are you aware of any specific issue or

14   complaint Ms. Payne had regarding how she was

15   being managed?

16             MR. PENCE:  Object to form, but you

17        may answer.

18        A    Well, you mentioned it previously, she

19   didn't like having her timecard reviewed.  She

20   did not like being required to get approval on

21   taking time -- taking time off.  She did not like

22   people asking her questions, Ms. Lindsay asking

23   her questions about why she did something a

24   certain way.  In terms of reporting or the work.

25        Q    Was it that she -- your understanding --

Lucinda Allen
December 03, 2019                                        53

1    in your understanding, was that she did not like

2    having to get pre-approval for time off, or that

3    her time off was not being approved?

4                    MR. PENCE:  Object to form.  Calls

5         for speculation.

6         A    Yeah, I have lots of opinions.

7         Q    Well -- well, you just in response

8    mentioned -- well, strike that.  Did she ever

9    complain to you that Ms. Lindsay was not

10   approving her time?

11                   MR. PENCE:  Under what time period

12        again?

13        Q    At any point.

14        A    Not that I recall.

15        Q    Okay.  You mentioned that you were aware

16   Ms. Payne was engaging in some way with human

17   resources, correct?

18        A    Uh-huh.

19        Q    When did you first become aware that Ms.

20   Payne had gone to human resources with any

21   complaints about her work environment?

22        A    I don't remember a specific date.  I

23   don't remember a specific date.

24        Q    Do you recall any time period, whether it

25   was -- what year or the month?

Lucinda Allen
December 03, 2019                                    54

1        A     No, I don't, and it was through

2    conversation with Kathy Doxey, but I don't

3    remember specifics.

4        Q     Do you recall anything that Ms. Doxey

5    told you about Ms. Payne reaching out to human

6    resources?

7        A     No.

8        Q     Okay.  Do you know the nature of Ms.

9    Payne's complaints to human resources?

10       A     Not specifically that I would restate.

11       Q     Do you know generally the nature of her

12   complaints to human resources?

13       A     Generally it was about time and time off

14   and not necessarily liking to get the

15   pre-approval.

16       Q     Do you know if Ms. Payne ever accused Ms.

17   Lindsay of discriminating against her?

18       A     No.

19            MR. PENCE:  Object to form, but you

20       may answer.

21       A     No, no, I don't recall.

22       Q     Okay.  Do you know if Ms. Payne ever

23   accused Ms. Lindsay of not giving her disability

24   accommodations?

25            MR. PENCE:  Object to form.

Lucinda Allen
December 03, 2019

55

1    A    Yes.

2    Q    Okay.  How are you aware of that?

3    A    From Ms. -- from Ms. Lindsay.  When she

4    rang the bell back on this 5/1 (indicating).

5    Q    Okay.

6    A    We were under the understanding from her

7    work release that she was released entirely in

8    full.  And it came up post that release, post

9    this agreement (indicating).

10    Q    When you say it came up post this

11    agreement, what's the it or the that?

12    A    When Tammy told me that Denise felt she

13    was still on medical leave.

14    Q    Okay.  At that time did Ms. Lindsay

15    elaborate about what she -- well, strike that.

16    When you say that Ms. Lindsay told you Denise

17    felt like she was still on medical leave, is that

18    a direct quote of Ms. Lindsay or are you just --

19    A    No.

20    Q    -- summarizing the --

21    A    I'm summarizing.

22    Q    Okay.  Okay.  Did Ms. Lindsay give you

23    any examples, or specifics about in what way Ms.

24    Payne felt she was still on medical leave?

25    A    No.

Lucinda Allen
December 03, 2019

56

```
1          Q    What she did or said?

2          A    No.

3          Q    Okay.  Other than hearing from Ms.

4    Lindsay that Ms. Payne felt she was not getting

5    accommodations, did you hear from anyone in HR

6    that Ms. Payne felt she was not getting proper

7    accommodations at Cornell?

8          A    I don't recall that.

9          Q    Okay.  Do you recall having a meeting

10   with human resources regarding Ms. Payne and her

11   flex work agreements?

12         A    No.

13         Q    Do you recall having any meeting with

14   Kathy Doxey, Ms. Payne, Ms. Lindsay and Julie

15   Weaver regarding Ms. Payne's complaints to human

16   resources?

17         A    Not -- no.

18         Q    Okay.

19         A    Not specifically.

20         Q    Did you have any meetings with human

21   resources regarding Ms. Payne?

22         A    I don't recall any specifics.

23         Q    Okay.  You said that you learned Ms.

24   Payne had gone to human resources through Kathy

25   Doxey; is that correct?
```

Lucinda Allen
December 03, 2019                                    57

1      A    Yes.

2      Q    What did Ms. Doxey tell you about Ms.

3   Payne reaching out to human resources?

4      A    She told me that Ms. Payne had concerns

5   about time off and working with Tammy Lindsay.

6      Q    Did Ms. Doxey elaborate on what the --

7   Ms. Payne's concerns were about working with Ms.

8   Lindsay?

9      A    No, she didn't.  She -- I mean, she may

10  have.  I'm sure she probably -- I don't remember

11  specifics.

12     Q    Again, we're not asking you to guess.

13     A    Yeah.

14     Q    I understand that these questions are

15  geared toward a time period --

16     A    Uh-huh.

17     Q    -- that happened many years ago.  If you

18  don't remember, it's perfectly okay to say you

19  don't remember.  How many times did you speak

20  with Ms. Doxey regarding Ms. Payne's discussions

21  or complaints to human resources?

22     A    I don't recall.  I don't know how many

23  times.

24     Q    Was it more than once?

25     A    I don't know.

Lucinda Allen
December 03, 2019                                                58

1          Q     Do you know an individual named Julie

2     Weaver?

3          A     Yes.

4          Q     Did she also work in human resources?

5          A     She did.

6          Q     Did you ever speak with Ms. Weaver about

7     Ms. Payne's complaints to HR?

8          A     Not that I recall.

9          Q     What, if anything, did you say to Ms.

10    Doxey in response to learning about Ms. Payne's

11    complaints to HR?

12         A     I don't recall.  I don't recall specifics

13    of what her conversation was or how I responded.

14    I don't recall any specifics at all really.

15         Q     Did you ever speak to Ms. Payne about her

16    going to human resources?

17         A     No.

18         Q     Did you ever speak to Ms. Lindsay about

19    Ms. Payne going to human resources?

20         A     Yes.

21         Q     Do you recall when you did that?

22         A     No.

23         Q     Do you recall when Ms. Doxey told you

24    about Ms. Payne going to human resources?

25         A     No.

Lucinda Allen
December 03, 2019                                              59

```
 1        Q     What did you discuss with Ms. Lindsay

 2   when you spoke about Ms. Payne going to human

 3   resources?

 4        A     I don't remember specifics, but it would

 5   be common.  And I'm sure I did it here, to talk

 6   to her about a situation where an employee was

 7   feeling uncomfortable and how -- basically, coach

 8   her.

 9        Q     Coach her, did you say?

10        A     Yeah, coach Ms. Lindsay and --

11        Q     Do you recall what, if any, response Ms.

12   Lindsay had to that?

13        A     No, I don't.

14        Q     Okay.  Do you know if Ms. Lindsay ever

15   spoke to Ms. Payne about going to HR?

16        A     I don't, no.

17        Q     Did you ever go to HR to complain about

18   Ms. Payne?

19        A     Not that I recall.

20        Q     Okay.  Did you ever speak to Ms. Doxey

21   about Ms. Payne's work performance?

22        A     Yes.

23        Q     Okay.  When did that happen?  Well,

24   strike that.  How many times did you speak with

25   Ms. Doxey about Ms. Payne's work performance?
```

Lucinda Allen
December 03, 2019                                          60

1       A    I don't know specifically how many, but

2    it would've been common for -- to talk about

3    developing an employee and getting them up to

4    speed, and so I do know I talked about that.  And

5    also, we were -- again, we were still trying to

6    figure out what this group was going to do, you

7    know, or if there was even going to be a group.

8    So we would have strategic planning meetings to

9    talk about who could go where.  Prior to my

10   leaving, they were talking about disbanding the

11   group.

12      Q    When did you leave?

13      A    November of 2017.

14      Q    Do you know who, if anyone, replaced you?

15      A    No, no one replaced me.

16      Q    Do you know what happened to the group

17   upon your departure?

18      A    Yes, it was disbanded.  Those functions

19   were to be done by the colleges.

20      Q    Do you know what happened to Ms. Payne

21   after the group disbanded?

22      A    I know they laid off everybody remaining

23   in the group.

24      Q    How many people were remaining in the

25   group at that time, the time of your departure?

Lucinda Allen
December 03, 2019                                         61

```
1       A    So I'm going to go back to that last

2    question, saying they laid off everybody.  I

3    think one individual may have taken a different

4    job and moved, but then the remaining people --

5    someone had already resigned, someone took

6    another job, and then the remaining people were

7    laid off.

8       Q    Okay.  Do you know how many people were

9    ultimately laid off from that group at that time?

10      A    I believe two.

11      Q    Who were they?

12      A    Tammy Lindsay and Denise Payne.

13      Q    Do you know if following the disbandment

14   of the group Ms. Lindsay continued to work for

15   Cornell for a time?

16               MR. PENCE:  Object to form, but you

17         may answer.

18      A    I think she came back as a temporary

19   doing a project.

20      Q    Do you know if Ms. -- following being

21   laid off, do you know if Ms. Payne put in any

22   applications to work at Cornell again?

23      A    I don't know that.

24      Q    Okay.  Did you ever speak to Ms. Weaver

25   about your concerns regarding Ms. Payne's work
```

Lucinda Allen
December 03, 2019                                                62

1    performance?

2         A    I don't recall.  I don't know if I did or

3    not.

4         Q    Okay.

5              MS. VINCI:  Let's mark this as B.

6         (EXHIBIT B MARKED FOR IDENTIFICATION.)

7         Q    You've been handed what's been marked as

8    Exhibit B.  Just take your time to review that.

9    Let me know when you've had a chance to do so.

10   Have you had a chance to review Exhibit B?

11        A    Yes.

12        Q    Okay.  Have you ever seen this document

13   before?

14        A    No.

15        Q    Okay.  Would you agree this is an e-mail

16   from Tammy Lindsay to Denise Payne dated Tuesday

17   June 13th, 2017?

18        A    Yes.

19        Q    Okay.  And the first line Ms. Lindsay

20   writes:  Cindy did call me to talk to me about

21   the conversation she had with you; do you see

22   that?

23        A    Uh-huh.

24        Q    Do you recall having a conversation with

25   Ms. Lindsay around June 13th, 2017 about a

Lucinda Allen
December 03, 2019                                              63

1    conversation you had with Ms. Payne?

2        A    No.

3        Q    Okay.  Do you know what Ms. Lindsay is

4    referring to here in that first line?

5        A    Nope.

6        Q    Okay.

7        (EXHIBIT C MARKED FOR IDENTIFICATION.)

8        Q    You've been handed what's been marked as

9    Exhibit C.  Once again, just take your time to

10   review that.  Let me know when you've had a

11   chance to do so.

12       A    Okay.

13       Q    Do you recognize this document?

14       A    I don't recognize this document.  I mean,

15   I don't recall it, but I know about when it

16   happened.

17       Q    Okay.  So this appears to be an e-mail

18   chain between yourself and Ms. Payne.

19       A    Uh-huh.

20       Q    With Ms. Lindsay copied on the top e-mail

21   from July 11th, 2017; do you see that?

22       A    Yes.

23       Q    And in the bottom e-mail, Ms. Payne

24   writes:  Hi, Cindy.  When we met briefly last

25   Friday, you mentioned that I am making a lot of

Lucinda Allen
December 03, 2019                                    64

1    mistakes.  This is just a reminder that I will

2    need further clarification and examples to

3    understand and improve; do you see that?

4        A    Yes.

5        Q    Do you recall meeting with Ms. Payne

6    around July 11th, 2017 regarding your opinion

7    that she was making a lot of mistakes?

8        A    Yes, I think this specific e-mail is a

9    followup to -- that Friday she's speaking about

10   is the one where she was screaming and yelling at

11   me and walked out.

12       Q    Okay.  So --

13       A    So I had mentioned when I went up to see

14   her, the concerns that I had about the

15   performance.

16       Q    Okay.  So this meeting that she's

17   referencing happened last Friday.

18       A    Uh-huh.

19       Q    Is that the meeting you told us about

20   occurred after you accidentally sent the e-mail

21   to her?

22       A    I believe so.  We'd have to look at the

23   e-mail stream, but I think that's the case.

24       Q    Okay.  She goes on to write:  When we

25   discussed my cards/flexible work arrangement, you

Lucinda Allen
December 03, 2019                                          65

1    also mentioned that may be the cause of my

2    mistakes, so I'm hoping you can give me more

3    information and clarify that statement as well;

4    do you see that?

5        A    Yes.

6        Q    During that meeting that happened --

7    during the meeting that happened on that Friday

8    that she's referencing here, did you discuss Ms.

9    Payne's timecard with her?

10       A    I don't recall that specifically.

11       Q    Okay.  Did you discuss her flexible work

12   arrangement with her during that Friday meeting?

13       A    I don't recall that.

14       Q    Okay.  Prior to July 11th, 2017 do you

15   recall ever discussing Ms. Payne's timecard with

16   her?

17       A    Say that again, please.

18       Q    Prior to July 11th, 2017 do you recall

19   ever discussing Ms. Payne's timecard with her?

20       A    No.

21       Q    Okay.  And prior to July 11th, 2017 do

22   you ever recall discussing Ms. Payne's flexible

23   work arrangement with her?

24       A    No.

25       Q    Did you ever tell Ms. Payne that her work

Lucinda Allen
December 03, 2019                                          66

1    arrangement was causing her to make mistakes?

2         A    No, I believe this is her interpretation.

3         Q    Okay.  Did you believe that Ms. Payne's

4    work arrangement was causing her to make

5    mistakes?

6                   MR. PENCE:  Excuse me, sorry.  During

7              which time period; this time period?

8                   MS. VINCI:  At any point.

9                   MR. PENCE:  Well, there were three

10             flexible work agreements spanning a

11             significant period of time, so --

12                  MS. VINCI:  During any part of that

13             time.

14        Q    Did you ever believe that Ms. Payne's

15   flexible work arrangement caused her to make

16   mistakes?

17        A    No.

18        Q    Okay.  Did you ever believe that Ms.

19   Payne's flexible work arrangement caused her to

20   not develop the skills --

21        A    Yes.

22        Q    -- to be in the group?  Okay.

23        A    Wait a second, I want to clarify that.

24        Q    Okay.

25        A    Not the work agreement.  I -- not the

Lucinda Allen
December 03, 2019                                    67

1    work agreement or the flexible agreement.  I

2    think the excess -- excessive non-medical time

3    off made it hard to develop her, and her lack of

4    an ability to take coaching, but not the work

5    agreement.

6         Q    How often would Ms. Payne take

7    non-medical time off?

8              MR. PENCE:  Again, during which time

9         period?

10        Q    Okay.  So let's do it for, as we had

11   before, so from February 2017 to May of 2017 how

12   often would Ms. Payne take non-medical time off?

13        A    I don't know.

14        Q    Okay.  From May of 2017 to August 2017

15   how often would Ms. Payne take non-medical time

16   off?

17        A    I can't give specifics.  I know there's a

18   lot of things that she had going on that we

19   agreed to give her time off for.

20        Q    During that time period or during the

21   entire employment as a data analyst?

22        A    During that time period.

23        Q    Okay.  What things did you agree to give

24   her time off for?

25        A    She had a house that she was trying to

Lucinda Allen
December 03, 2019                                          68

1    buy and land.  She wanted to take the trip after

2    she rang the bell, she wanted to take that trip

3    with the family and we approved that.  There were

4    odds and ends that came up.  She wanted to take a

5    course and was looking into some of that, we

6    agreed to that.

7        Q    Okay.  So -- so far you've told me of

8    three non-medical time off circumstances.

9        A    Uh-huh.

10       Q    The house and purchasing land, taking the

11   trip with the family after she finished her

12   treatments, and some odds and ends that came up

13   within the --

14       A    Uh-huh.

15       Q    -- May of 2017 to August 2017 time

16   period.  Were all of those times off approved to

17   your knowledge?

18               MR. PENCE:  Object to form.  You may

19         answer.

20       A    I do believe they were approved.

21       Q    Okay.  Who would approve them?

22       A    Tammy.

23       Q    Did Tammy ever consult with you before

24   approving one of Ms. Payne's requested time off

25   for non-medical reasons?

Lucinda Allen
December 03, 2019

69

1      A    I don't recall specifically that she

2    would say yay or nay, but I think when they were

3    an aggregate of, you know, the types of things we

4    were giving off, we talked about it.

5      Q    Okay.  Did you ever discuss with Ms.

6    Payne that you felt her absences for non-medical

7    reasons was causing her to make mistakes --

8      A    No.

9      Q    -- in her job performance?

10      A    No.

11      Q    Okay.

12              MS. VINCI:  We'll take a break.

13              (OFF THE RECORD.)

14      Q    Do you recall if Ms. Payne ever

15    complained to you that she did not have enough

16    work to do?

17      A    I don't recall that.

18      Q    Okay.  Do you know if she ever complained

19    to anybody that she did not have enough work to

20    do in the business analytics department?

21      A    I -- I don't know.

22      Q    Okay.  Did you ever have a meeting with

23    -- or do you recall having a meeting with Ms.

24    Doxey and Ms. Weaver and Ms. Lindsay in the

25    summer of 2017 regarding your and Ms. Lindsay's

Lucinda Allen
December 03, 2019                                                    70

```
 1    concerns about Ms. Payne's work performance?

 2         A    I don't recall that meeting.  Not that

 3    there wasn't one, I don't recall it.

 4         Q    Okay.

 5         A    The other thing I would -- I just want to

 6    clarify.

 7         Q    Sure.

 8         A    When you say -- maybe I'm taking this too

 9    literally.  When you say did Ms. Payne ever tell

10    me, I'm assuming you mean like verbally in a

11    meeting, but I -- I was copied on a lot of

12    e-mails.  I don't specifically remember an e-mail

13    that addressed that, but, you know, it -- it's

14    not uncustomary to be copied on things, so --

15         Q    Okay.  So --

16         A    So I'm thinking verbally, face-to-face.

17         Q    I understand.  So I'm going to kind of

18    like go back through a couple of questions from

19    today.

20         A    Yeah.

21         Q    To your knowledge did Ms. Payne ever

22    express either verbally, in an e-mail to you, in

23    an e-mail you were copied on, or in any way, that

24    she did not have enough work to do in the

25    business analytics department?
```

Lucinda Allen
December 03, 2019                                        71

```
1        A    I don't recall that.

2        Q    Okay.  Did Ms. Payne ever, to your

3    knowledge, complain or -- well, not complain.  Or

4    express, again, either face-to-face, verbally to

5    you, on a phone call, in an e-mail, in any way,

6    that she felt that Ms. Lindsay was not abiding by

7    any of the flex work agreements?

8        A    I don't recall --

9        Q    Okay.

10        A    -- that specifically.

11        Q    Did Ms. Payne ever express to you, again,

12    in any way, shape, or form that she -- that she

13    felt discriminated against at Cornell?

14              MR. PENCE:  Object to form, but to

15         the extent you understand the question, you

16         may answer.

17        A    No.

18        Q    Did Ms. Payne express in any way to you,

19    or in any correspondence you were copied on, that

20    Ms. Lindsay was not providing her with the

21    accommodation under her work agreements?

22        A    No, not that I recall.

23        Q    Okay.  And you -- I believe you testified

24    already that you're not aware of any applications

25    Ms. Payne submitted after she was laid off from
```

Lucinda Allen
December 03, 2019                                    72

1    the business analytics department?

2        A    That's true.  I don't know if she applied

3    or not.

4             MS. VINCI:  I don't have any further

5        questions.

6             MR. PENCE:  Okay.  I don't have any

7        redirect.  We'll reserve and sign.

8                 *    *    *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Lucinda Allen
December 03, 2019                                    73

```
1                    A F F I D A V I T

2

3     STATE OF NEW YORK

4     COUNTY OF _____

5

6         I have read my deposition, and the

7     same is true and accurate, save and except for

8     changes and/or corrections, if any, as indicated

9     by me on the correction sheet attached hereto.

10

11                 _____

12                 LUCINDA ALLEN

13

14

15         SUBSCRIBED AND SWORN TO before me this

16     _____ day of _____, 20_____.

17

18

19                 _____

20                 NOTARY PUBLIC

21

22

23     My commission expires on _____.

24

25
```

Lucinda Allen
December 03, 2019                                                    74

```
1    STATE OF NEW YORK

2    COUNTY OF CHEMUNG

3              I, Caitlyn A. Shaylor, do hereby certify

4    that before the taking of the deposition, the said

5    witness was by me first duly sworn to testify

6    to the truth, the whole truth and nothing but the

7    truth and that the above deposition was recorded by

8    me in stenotype and reduced to typewriting under my

9    supervision.

10             I further certify that the said

11   deposition constitutes a true record of the

12   testimony given by said witness to the best of my

13   ability.

14             I further certify that the said

15   deposition was taken before me at the time and

16   place specified in the notice.

17             I further certify that I am not a

18   relative or employee or attorney or counsel of any

19   of the parties, or a relative or employee of such

20   attorney or counsel or financially interested

21   directly or indirectly in this action.

22

23   _____

24   CAITLYN A. SHAYLOR

25
```

Lucinda Allen
December 03, 2019
75

```
 1                    I N D E X

 2

 3   Witness              Examination By        Pages

 4   Lucinda Allen        Ms. Vinci             3-72

 5

 6

 7

 8

 9

10

11

12

13

14                    E X H I B I T S

15

16   Number              Description           Page

17    A         E-mail chain dated May 9th, 2017  50

18    B           E-mail dated June 13th, 2017    62

19    C        E-mail chain dated July 11th, 2017 63

20

21

22

23

24

25
```

Lucinda Allen
December 03, 2019                                                1

## 1

**1**  26:14 33:15 37:3
38:3 40:3 41:2 43:7
**10/30/2017**  31:10
**11th**  63:21 64:6
65:14,18,21 75:19
**13**  10:15
**13th**  62:17,25 75:18
**16th**  27:8
**1st**  27:11 31:1,9 35:1
36:11,15

## 2

**2/6**  39:23
**20**  73:16
**2006**  10:15
**2010**  10:2
**2012**  27:11
**2015**  12:24
**2016**  12:24 14:19
16:24 17:12 21:2,20,
23
**2017**  21:23 27:2,11
31:1,2,8,9 32:24,25
35:1,3,9,14 36:11,
12,15,16,20 37:24
38:1,2,7,8 39:16
40:20,21 41:2,3 43:7
50:22 51:10 60:13
62:17,25 63:21 64:6
65:14,18,21 67:11,14
68:15 69:25 75:17,
18,19
**23rd**  17:12
**28th**  31:8 35:3,9,14
41:3 43:7
**2nd**  27:2

## 3

**3-72**  75:4
**30th**  31:2 36:12,16
**31st**  21:2

## 4

**4**  30:7,15,17,23 32:13

34:2,19 35:2,22
36:1,2,10,13,14
37:11 41:1

## 5

**5**  30:7,15,17 31:4,10
34:2 35:4,10,15 36:6
37:14 41:3
**5/1**  39:24 55:4
**50**  75:17

## 6

**62**  75:18
**63**  75:19
**6th**  27:11

## 9

**9**  17:2,5
**9:50**  50:22
**9th**  50:22 75:17

## A

**a.m.**  50:22
**abiding**  40:2 41:7
71:6
**abilities**  9:15 48:2
**ability**  6:14,18 10:16
11:10 29:6,8 37:25
49:9 67:4 74:13
**absences**  44:1 69:6
**accepted**  23:17
**accidentally**  64:20
**accommodate**  33:25
**accommodation**  34:7
71:21
**accommodations**  54:24
56:5,7
**accumulate**  44:11,22
**accumulated**  44:10
**accurate**  73:7
**accurately**  5:11
**accused**  54:16,23
**acronym**  4:9
**action**  3:24 74:21

**Adam**  6:23,25 8:12,19
**addition**  5:11 44:12
**address**  29:7
**addressed**  24:11 70:13
**ADIC**  4:9,20
**Administration**  10:8
11:14,22 24:16
**admins**  11:16
**advanced**  4:9
**affected**  51:15
**affecting**  50:5 51:21
**afternoon**  3:7
**aggregate**  69:3
**agree**  17:13 27:2
62:15 67:23
**agreed**  67:19 68:6
**agreement**  25:17,20
26:3,7,10 27:1,17,
21,25 28:8 29:2
30:25 31:7 32:8,25
33:8,15 34:8,18
35:3,5 36:20 37:4,12
38:1,4 39:15 40:2,20
41:7,23 46:10 55:9,
11 66:25 67:1,5
**agreements**  31:16,20,
23 32:4 34:10 36:23
37:22 41:22 56:11
66:10 71:7,21
**ahead**  30:11
**allegations**  3:12
**Allen**  3:7 17:16 50:11
73:12 75:4
**allowed**  35:6,11,17
**allowing**  28:15 39:17
42:13
**Amanda**  9:10,12
**amount**  44:5
**analyst**  14:21,23
17:20,25 19:20 21:1
23:18,21 25:4 46:17
67:21
**analytically**  43:17
**analytics**  13:7,19
14:13,24 15:7 16:15,
20 22:24 23:2 24:7,
18 25:1,5 69:20
70:25 72:1
**and/or**  73:8
**announced**  12:23

Lucinda Allen
December 03, 2019

2

answering  22:12
answers  5:4
anticipate  6:4
Apologies  30:11
appears  17:10 50:19
  63:17
applications  61:22
  71:24
applied  72:2
apply  28:20
appointment  28:12
appointments  24:18
  29:9 33:22
apprehension  20:12
approval  18:17,22,24
  39:7 42:6 52:20
approve  41:20 42:9
  68:21
approved  44:18 53:3
  68:3,16,20
approving  42:21 53:10
  68:24
arose  38:6
arrangement  28:15,20
  29:2 31:6 34:2,6,23
  36:5 64:25 65:12,23
  66:1,4,15,19
art  48:25
articulate  5:7
assigned  23:6
assignments  23:12
assume  5:24 40:16
assumed  23:20
assuming  70:10
assumptions  40:15
attached  73:9
attention  38:18,25
  39:3 43:8,15
attorney  74:18,20
August  35:3,9,14
  36:20 40:21 41:3
  43:7 67:14 68:15
aware  7:15 19:20 26:1
  38:5 52:13 53:15,19
  55:2 71:24

                B

back  12:19 32:18 55:4
  61:1,18 70:18

band  15:2,20,22
  16:11,14
bandwidth  24:14
based  4:12 22:9 33:6
basically  44:19 46:10
  59:7
basis  9:13
began  21:20
begin  31:9
beginning  19:19 20:25
behalf  7:25 17:16
bell  32:6,16,21
  44:12,13,25 55:4
  68:2
Biomolecular  10:9
bond  44:17
bottom  63:23
box  34:3 36:5
boxes  29:5
brand  22:21
break  6:2,6,8 23:15
  69:12
breaks  6:4
briefly  63:24
bring  16:3 38:18,24
  39:2 43:8,15
brought  3:10 40:12
BSL  22:25
bucket  44:23
business  12:20,21
  13:7,19 14:13,24
  15:7,24 16:15,19
  17:21 18:1,13 22:2,
  17,23 23:1,21 24:7,
  17,25 25:4 49:2
  69:20 70:25 72:1
buy  68:1
buying  44:20

                C

Caitlyn  74:3,24
call  62:20 71:5
called  3:2
Calls  53:4
cancer  19:21 20:1,13,
  21 32:6,7,16,22 33:1
  44:13,25
cards  41:14

cards/flexible  64:25
case  4:3 7:16,22 8:1
  64:23
caused  66:15,19
causing  66:1,4 69:7
celebration  45:9,11
center  11:21
certify  74:3,10,14,17
chain  12:9 50:19
  63:18 75:17,19
chance  17:4 30:9,20
  50:14 62:9,10 63:11
change  16:7 28:16,22
  29:3 30:1 34:3 35:21
  36:4 42:22
changed  34:22
changing  42:18
characterize  48:15,
  17,18
check  28:20
checked  28:22 29:5
  34:4,23 35:23 36:6
chefs  11:16
Chemical  10:9
chemo  32:7
CHEMUNG  74:2
Cindy  17:16 50:22
  62:20 63:24
circumstance  32:14
circumstances  3:15
  12:25 68:8
clarification  64:2
clarify  27:6 32:11,19
  33:5 34:11 65:3
  66:23 70:6
clear  5:16
close  11:9,24
coach  59:7,9,10
coaching  67:4
college  10:10 12:20,
  21 13:7 15:23 17:20
  18:1,13 22:1,17
  23:11,21 49:2
colleges  15:25 60:19
comfortable  22:11
command  12:9
commission  73:23
common  59:5 60:2
compensation  18:6
  24:1,4

Lucinda Allen
December 03, 2019

3

complain  37:24 39:16,
 21 40:1 41:6,10,19
 42:12,17 51:25 53:9
 59:17 71:3
complained  42:8 50:4
 69:15,18
complaining  51:20
complaint  7:24 8:11
 52:14
complaints  53:21
 54:9,12 56:15 57:21
 58:7,11
complete  28:23
completed  45:3
comply  41:23
concentrate  20:9
concern  43:20,23
 45:19 46:7,12
concerned  47:5
concerns  38:12,17,18,
 21,24 39:2,5,11
 40:8,13,18 43:8,14,
 16,18 45:14 48:14
 49:14,19 50:24 57:4,
 7 61:25 64:14 70:1
confidence  9:14 48:2
conjecture  37:6
considered  12:9 51:11
constitutes  74:11
consult  68:23
continued  61:14
contributors  11:19
 12:1
conversation  8:9
 19:11,14 46:6 54:2
 58:13 62:21,24 63:1
conversations  52:11
copied  63:20 70:11,
 14,23 71:19
copy  17:9
Cornell  3:10 10:6,7,
 13,19,20 11:1,2,12
 17:25 24:4 25:23
 26:4 27:1 29:16
 31:16 56:7 61:15,22
 71:13
corporation  4:10
correct  10:23,24
 11:17 17:17,21,22
 21:10 23:17,22,23
 36:12,17 53:17 56:25

correction  73:9
corrections  73:8
correspondence  71:19
counsel  9:19 50:7
 74:18,20
Counselor  22:4
COUNTY  73:4 74:2
couple  3:8 8:23 26:12
 70:18
court  5:2 8:10
cover  21:25 22:16
create  16:8
current  10:7,17

_____

                D

data  14:21,23 17:20,
 25 19:19 21:1 23:18,
 21 25:4 46:16 48:25
 67:21
date  3:20 12:15,16
 14:16 26:8 27:9
 31:1,2,7,9,10 32:5
 35:2,4,10,15 36:11,
 12,15,16 39:1 40:21
 41:1,2 53:22,23
dated  27:1 50:21
 62:16 75:17,18,19
dates  21:14 40:25
day  6:5 9:17 73:16
day-to-day  12:5
 47:11,14
days  25:24
Dean  24:17
December  21:2
defendant  4:3
definite  33:3
degrading  52:3,4
degree  9:23
Denise  3:9 9:6 12:12
 30:25 31:7 32:5
 48:12,20 49:4,10
 50:18 52:6 55:12,16
 61:12 62:16
Denise's  9:14 28:9
department  13:5,6,9,
 15,17,19 14:13,24
 15:1,7 16:15,20
 18:15,18 19:17 20:14
 24:7 25:5 69:20
 70:25 72:1

departure  60:17,25
depends  49:1
deposed  3:16,19 4:21
 7:16
deposition  4:19,24
 6:22 7:11,21 26:24
 73:6 74:4,7,11,15
description  27:3
 75:16
descriptions  16:8
designation  26:16
detailed  35:20
develop  66:20 67:3
developed  48:21,23
 49:15
developing  43:16
 45:14 52:9 60:3
developmental  52:11
diagnosed  19:21
diagnosis  20:1,22
differentiation  16:11
difficult  5:16 43:21
digital  4:10
direct  11:25 24:10
 55:18
directly  11:19 24:8
 25:12 39:10 74:21
director  10:8,21
disability  54:23
disbanded  60:18,21
disbanding  60:10
disbandment  61:13
disclosed  20:2
discriminated  71:13
discriminating  54:17
discrimination  4:6,
 11,12,13
discuss  14:4,7 18:3,6
 23:25 27:24 28:14
 29:1,12,23 39:5,11
 45:18 47:7,17 48:13
 49:8 59:1 65:8,11
 69:5
discussed  8:17 19:1,
 14 24:3 31:23 40:7
 64:25
discussing  65:15,19,
 22
discussion  13:2,4
 15:11,12,17 17:23

Lucinda Allen
December 03, 2019

4

18:9 19:3 31:14
**discussions** 27:16,20
  28:7 31:18 32:2
  57:20
**doctor** 29:9 33:22
**doctor's** 28:12
**document** 26:20,22
  27:14 48:8 62:12
  63:13,14
**documentation** 38:15
**documents** 7:13 8:20,
  22 26:13
**Doxey** 17:13,15 18:10
  19:9,14 20:19,21
  54:2,4 56:14,25
  57:2,6,20 58:10,23
  59:20,25 69:24
**draft** 36:23
**drafted** 37:3,11,15
**duly** 3:3 74:5

---

**E**

---

**e-mail** 9:5,8,11,13
  48:1,5,24 49:11
  50:17,18,21 51:2,19
  62:15 63:17,20,23
  64:8,20,23 70:12,22,
  23 71:5 75:17,18,19
**e-mails** 8:23 9:2,18
  50:20 70:12
**earlier** 47:25
**earn** 9:23
**earned** 9:25
**easier** 17:1
**easy** 37:23
**education** 9:21
**effective** 27:8,10
  31:1 35:2 36:11,15
  41:1
**elaborate** 55:15 57:6
**employed** 10:3,5 21:8
  25:4
**employee** 18:14,18,19
  20:12 24:25 33:12
  59:6 60:3 74:18,19
**employees** 11:21 12:1,
  4,5,6 14:25 15:19
  24:14,15
**employment** 21:1 67:21

**end** 27:9 28:16,23
  29:3 30:2 34:3,23
  35:6,12,18,22 36:5
  42:13
**ends** 68:4,12
**engaging** 53:16
**Engineering** 10:9,10
**enter** 26:3
**entered** 26:6,10 33:1,
  6 34:17
**entire** 67:21
**entry** 43:5
**environment** 50:4
  53:21
**error** 48:12
**errors** 47:2,16,17,23
**events** 52:6
**eventually** 14:12
**Examination** 3:5 75:3
**examined** 3:3
**examples** 55:23 64:2
**excess** 67:2
**excessive** 43:18,24
  67:2
**excited** 45:9
**excuse** 34:1 39:20
  66:6
**exhibit** 17:2,5 26:14,
  24 29:20 30:23 31:4,
  10 32:12 33:15 34:2,
  18 35:2,4,10,15,22
  36:1,2,6,10,13,14
  37:3,11,14 38:3 40:3
  41:1,3 50:9,10,12,15
  62:6,8,10 63:7,9
**exhibit-wise** 30:12
**exhibits** 30:7,21
**expires** 73:23
**exploratory** 13:2,4
  14:5 15:11 17:23
  19:24,25
**express** 70:22 71:4,
  11,18
**extent** 20:16 22:10,
  19,22 38:10 43:11
  48:9 71:15

---

**F**

---

**face-to-face** 70:16

71:4
**fact** 21:5 24:5
**fair** 7:20,23
**fall** 12:24
**familiar** 12:12 22:7
**family** 16:2 44:16
  68:3,11
**February** 27:2,8,10
  37:23 38:1,7 39:15
  67:11
**feel** 48:20,22
**feeling** 59:7
**felt** 44:15,16 55:12,
  17,24 56:4,6 69:6
  71:6,13
**figure** 16:3 60:6
**figuring** 23:7
**filed** 7:25
**fill** 14:8 34:5 36:9
  44:3
**financially** 74:20
**fine** 26:19
**finish** 5:12,14 8:6
**finished** 32:21 33:1
  51:7 68:11
**fitness** 6:13
**flex** 26:3 30:25 31:6,
  15,19 32:8 33:15
  34:8,18 37:12,22
  38:1 40:2 56:11 71:7
**flexible** 25:16,19,24
  27:1,17 35:6,11,18
  36:20 41:7 42:13
  65:11,22 66:10,15,19
  67:1
**focus** 37:21
**Focussing** 23:1
**follow-up** 28:12 29:9
**followup** 45:5 64:9
**form** 13:12 18:20
  20:7,15 22:3 27:4
  33:9,17 38:9 43:10
  44:8 46:19 48:7
  52:16 53:4 54:19,25
  61:16 68:18 71:12,14
**formal** 15:9
**formed** 12:20,22,23
  13:5 14:6 15:24
  16:16
**foundation** 22:4

Lucinda Allen
December 03, 2019

5

frame  14:18 32:15
  33:4
frankly  18:12
Friday  63:25 64:9,17
  65:7,12
front  48:8
full  32:18 47:5 55:8
fully  45:10 47:1
functions  60:18

_____

G

Gabrielle  3:9
gave  44:11
geared  57:15
general  14:17
generally  21:15 45:7
  54:11,13
give  11:6 14:17 55:22
  65:2 67:17,19,23
giving  54:23 69:4
good  3:7 49:23
ground  4:24
group  14:6 16:2,3
  19:2,5 22:21 23:4,5,
  8,10 25:2 43:22
  46:13 49:15,23 60:6,
  7,11,16,21,23,25
  61:9,14 66:22
grouped  34:13
growing  49:14
guess  40:17 57:12
guessing  37:7
guidelines  4:25

_____

H

hand  17:1
handed  50:11 62:7
  63:8
handle  9:15 47:1
  49:18
handling  18:13,16
happen  59:23
happened  57:17 60:16,
  20 63:16 64:17 65:6,
  7
happy  6:3,6
hard  67:3

health  20:10 50:5,25
  51:15,22,23
hear  56:5
heard  13:20,24
hearing  56:3
held  10:18,25 11:12
hereto  73:9
higher  12:9
highest  9:21
home  30:1 42:9
hoping  65:2
Hotel  11:14,22 24:16
hourly  33:12
hours  7:8 38:13
  41:16,17 42:23 43:5
house  44:20 67:25
  68:10
HR  13:2,21 18:12,16,
  17 19:4 40:13 50:7
  56:5 58:7,11 59:15,
  17
human  13:13,23 53:16,
  20 54:5,9,12 56:10,
  15,20,24 57:3,21
  58:4,16,19,24 59:2

_____

I

IDENTIFICATION  50:10
  62:6 63:7
identified  17:11
  26:25
identify  30:13,24
  31:6
II  14:21,23
immediately  49:13
impact  50:25
improve  64:3
inadvertently  9:5
incite  49:7
include  29:3
independently  47:1
indicating  29:15,19
  55:4,9
indirectly  74:21
individual  11:19,25
  19:2 58:1 61:3
individuals  15:24
  23:9 49:6

informal  15:10
information  3:13 4:10
  8:18 47:5 65:3
inhibit  6:14,17
initial  33:15
institute  9:24 11:21
intend  9:8
intended  9:10 13:8,9
interested  74:20
interpret  49:3
interpretation  52:6
  66:2
interview  15:6,9,10
interviewing  14:20
issue  24:14 52:13
issues  38:5 47:7 49:8

_____

J

January  21:23
job  9:15 10:18 15:3,7
  16:2 18:10 41:15
  43:21 61:4,6 69:9
jobs  15:5 16:9
join  14:12
joined  16:19
Julie  56:14 58:1
July  63:21 64:6
  65:14,18,21 75:19
June  62:17,25 75:18

_____

K

Kathryn  17:13
Kathy  19:9 54:2
  56:14,24
keeping  16:4 26:15
kind  70:17
knew  20:12 28:10,11
  44:1 47:15
knowing  18:15
knowledge  13:9 15:1
  21:6 33:2 45:1 68:17
  70:21 71:3

_____

L

lack  38:23 39:6,7
  48:1 67:3

Lucinda Allen
December 03, 2019                                          6

laid  60:22 61:2,7,9,
  21 71:25
land  68:1,10
lawsuit  3:10,13,15
  4:8,14,17
lay  11:11 22:4
learned  56:23
learning  58:10
leave  21:10,13,20,24
  22:6,15 26:3 43:19
  44:23 55:13,17,24
  60:12
leaving  60:10
letter  17:11,16
  20:20,24
letters  17:9
letting  16:5
level  9:21 15:2,3,20,
  22 16:14 30:3
levels  16:1,12
liking  54:14
limit  10:21 37:17
limited  39:14
Lindsay  24:22,24
  25:6,9,14 27:22,25
  28:7,9,14 29:2,12,13
  31:19,24 32:2 37:25
  38:6,20,24 39:12,17,
  22 40:1,7 41:6,10,19
  42:9,12,17 43:8,14
  44:11 45:21,22 46:5
  47:20,22 52:1,22
  53:9 54:17,23 55:3,
  14,16,18,22 56:4,14
  57:5,8 58:18 59:1,
  10,12,14 61:12,14
  62:16,19,25 63:3,20
  69:24 71:6,20
Lindsay's  39:5 43:23
  45:14,19 46:7,12
  69:25
literally  70:9
long  7:6 10:11,13,25
  15:12 25:8
longer  34:21
lot  23:6 47:2 49:1
  63:25 64:7 67:18
  70:11
lots  53:6
Lucinda  73:12 75:4

## M

made  67:3
make  5:1,10 37:23
  49:16 66:1,4,15 69:7
making  63:25 64:7
manage  30:3
managed  52:7,15
manager  11:20 25:1
managers  11:17,25
  12:3,6 42:21
March  10:15
mark  50:8 62:5
marked  17:2 26:13,14
  30:6 50:10,12 62:6,7
  63:7,8
Master's  9:22 10:1
maximum  11:23
meant  6:11 9:12 48:1
mechanisms  42:6
medical  21:10,12,20,
  24 22:15 26:2 43:19,
  25 44:2 45:20 46:8
  55:13,17,24
medications  6:14,17
meet  6:25 12:14,25
  13:3,14,23 14:1
meeting  7:3,6,9 8:17,
  19 19:24 20:1 49:24,
  25 56:9,13 64:5,16,
  19 65:6,7,12 69:22,
  23 70:2,11
meetings  7:1 56:20
  60:8
members  46:13
mentioned  52:18 53:8,
  15 63:25 64:13 65:1
met  3:7 6:23 8:12
  9:18 12:18 13:18
  14:3 63:24
midway  28:19
minute  23:15
minutes  3:8 15:14
mistakes  64:1,7 65:2
  66:1,5,16 69:7
month  6:24 7:9 8:12
  9:19 53:25
Move  42:1

moved  15:1,2,4 23:9
  61:4

## N

named  58:1
nature  54:8,11
nay  69:2
necessarily  54:14
needed  20:9 29:25
  32:9,10 33:13 44:16,
  17
needing  30:1
non-exempt  33:12
non-leave  44:23
non-medical  44:7
  67:2,7,12,15 68:8,25
  69:6
non-responsive  42:2
normal  8:9 16:6
NOTARY  73:20
notes  36:10,15
notice  74:16
notification  29:11,
  13,24,25 38:13,21
  39:6 40:9
notify  18:19
November  60:13
Number  32:13 75:16

## O

Object  13:12 18:20
  20:7,15 22:3 27:4
  33:9,17 38:9 43:10
  44:8 46:19 48:7
  52:16 53:4 54:19,25
  61:16 68:18 71:14
objection  16:21 19:16
  22:18 34:9 46:23
occurred  64:20
October  21:20 31:2,8
  36:12,16
odds  68:4,12
offend  6:12
offer  17:11 18:10
  20:20,24 23:17
offering  17:19
office  14:2

Lucinda Allen
December 03, 2019

7

ongoing  4:14
opinion  46:15,22 64:6
opinions  53:6
opportunity  44:17
opposed  9:6
organization  23:8
  24:12 28:10
organizational  16:7
oversight  12:5 13:10
overtime  29:21

---

**P**

pages  28:24 75:3
paragraph  29:22
part  34:21 45:10
  66:12
parties  41:22 74:19
party  3:24 9:7
Payne  3:9 7:15 9:6
  12:12,14 13:1,14,20,
  24 14:1,4,12,21
  15:6,17 16:14,19
  17:12,20,24 18:11
  19:4,16,19 21:9,24
  22:14 23:5,17,20
  24:6 25:3,8,12 26:1,
  2 27:18 29:25 30:25
  31:7,15 34:7,17,25
  35:5,11,17 36:19
  37:24 38:6 39:7,16,
  21 40:1,9,22 41:5,
  10,19 42:8,12,17
  43:9,24 44:6,24
  45:13,19,25 46:2,6,
  11 47:8,23 50:1,4,21
  51:10,14,25 52:14
  53:16,20 54:5,16,22
  55:24 56:4,6,10,14,
  21,24 57:3,4 58:15,
  19,24 59:2,15,18
  60:20 61:12,21 62:16
  63:1,18,23 64:5
  65:25 67:6,12,15
  69:6,14 70:9,21
  71:2,11,18,25
Payne's  3:15 7:25
  8:11 20:21 21:1
  26:24 31:19,23 32:3
  33:15 46:16 47:11
  48:2,14 54:9 56:15
  57:7,20 58:7,10

59:21,25 61:25 65:9,
  15,19,22 66:3,14,19
  68:24 70:1
PENCE  8:5 13:12 16:21
  18:20 20:7,15 22:3,
  18 26:15,18 27:4
  30:10,15,18 32:11
  33:9,17 34:9 38:9
  43:10 44:8 46:19,23
  47:12 48:7 52:16
  53:4,11 54:19,25
  61:16 66:6,9 67:8
  68:18 71:14 72:6
pending  6:7
people  5:17 22:24
  23:2,3 52:22 60:24
  61:4,6,8
perfectly  57:18
perform  49:9
performance  46:16
  47:7 48:14 59:21,25
  62:1 64:15 69:9 70:1
period  22:6 24:10,19
  37:21 38:7 39:14,20,
  25 40:19,22 41:5,9,
  18 42:3,8,11,16 43:6
  47:12,13 53:11,24
  57:15 66:7,11 67:9,
  20,22 68:16
periods  37:19
permitted  42:22
phone  71:5
place  19:11 21:25
  32:9 74:16
placing  18:17
plaintiff  4:2,4
Plaintiff's  50:12
plan  45:4
planning  60:8
play  13:16
point  5:20 11:18,24
  23:7,24 41:13 42:5
  49:17 50:3 53:13
  66:8
policy  25:23 29:16
  42:24 43:2,3
portion  28:13
posed  5:23
position  10:7 11:13
  14:8,21,23 16:8
  17:20 18:3

positions  10:18,20
  11:21 24:13
post  55:8,10
potential  13:17
pre-approval  38:22
  40:8 41:24 53:2
  54:15
pre-approved  38:15
preface  8:15
prepare  6:21 7:11
present  15:16 43:20
pretty  35:20
previously  17:2,11
  23:11 26:13,14 30:6
  52:18
prior  11:13 13:18,22
  19:19 20:20 26:24
  29:10,13,24,25 60:9
  65:14,18,21
privileged  8:17
procedure  41:17
produced  47:15
project  24:16 47:1
  61:19
proper  56:6
providing  71:20
PUBLIC  73:20
purchasing  68:10
put  18:14 32:7 44:4,
  17 61:21

---

**Q**

question  5:13,15,21,
  23 6:7,8 8:6 20:16
  22:8,11,13 38:10
  42:3,6 43:11 49:4
  61:2 71:15
questions  3:12 5:3
  6:11,15,18 37:18
  47:4 52:22,23 57:14
  70:18 72:5
quickly  24:11
quote  55:18

---

**R**

rang  32:15,21 44:12,
  13,24 55:4 68:2

Lucinda Allen
December 03, 2019                                                    8

rankings  48:25 49:1,9
reaching  13:23 54:5
  57:3
read  32:10 73:6
reads  50:22
reason  6:3
reasons  68:25 69:7
recall  3:14,20,21
  7:7,17 9:1,9,17,20,
  25 11:4 12:15,16,17,
  22 14:11,15,16,20,22
  15:8,10,13,15 16:14,
  17,19,23 17:8 18:2,
  5,8,12 19:3,10,12,
  13,15 20:23 21:12,
  15,18 22:10 24:9,20
  25:10,13 26:6,8,9,
  11,21 27:13,15 28:1,
  5 31:3,12,17,22 32:1
  36:21 37:2 38:4
  39:4,13,19,23 40:6
  41:8,13 42:10,15,19
  48:9 50:6 51:2,3,9,
  12,14,20 52:2 53:14,
  24 54:4,21 56:8,9,
  13,22 57:22 58:8,12,
  14,21,23 59:11,19
  62:2,24 63:15 64:5
  65:10,13,15,18,22
  69:1,14,17,23 70:2,3
  71:1,8,22
receiving  51:2,3
receptive  52:12
recognize  50:17
  63:13,14
recollection  22:15
record  3:8 23:16
  29:17 30:12,24 31:5
  32:20 69:13 74:11
recorded  74:7
redirect  72:7
reduced  74:8
reentry  28:10
referencing  64:17
  65:8
referring  32:12 43:4
  63:4
related  44:20 46:15
  48:24
relative  74:18,19
release  55:7,8

released  45:10 55:7
remain  21:8
remainder  21:22
remained  16:6
remaining  16:7 60:22,
  24 61:4,6
remember  21:14 32:5
  39:1 48:3 53:22,23
  54:3 57:10,18,19
  59:4 70:12
reminder  64:1
remote  28:13,16,23
  29:4,6,8 32:8 33:7,
  13
remotely  25:25 39:18
  41:20
renewal  31:15,19,23
  32:3,20
renewed  34:8 35:1
repeat  5:22 22:13
  35:13
repetitive  37:18
rephrase  13:22 23:20
replaced  60:14,15
report  24:7,10 25:5
  28:13 39:10 47:9
reported  11:19 24:19
  25:9,12
reporter  5:2,17 8:10
reporting  25:14 52:24
reports  11:23,25
  47:15
represent  3:9 21:19
  26:23
represented  22:5
request  29:21 44:3
  52:9
requested  42:25 68:24
required  52:20
requirement  41:25
rescinded  34:7
reserve  72:7
residual  16:6
resigned  61:5
resources  13:13,23
  53:17,20 54:6,9,12
  56:10,16,21,24 57:3,
  21 58:4,16,19,24
  59:3

respect  29:24 43:23
responded  58:13
response  5:8 20:5
  53:7 58:10 59:11
responses  5:4,11 49:6
responsibilities
  48:19
rest  43:22
restate  54:10
returned  26:2
review  7:13 8:14,20,
  22 17:3 30:5,8,20
  31:1,9 32:5 33:11
  36:12,16,25 41:14
  50:13,14 62:8,10
  63:10
reviewed  8:3,11 9:2,
  18 47:25 52:19
reviewing  42:21
Rochester  9:24
role  10:11,17,22,23
  11:1 13:17 17:25
  19:20 23:18,21,25
  41:15 45:15
roles  11:11,15
rules  4:24
run  40:17 49:5,9
rung  32:6
running  38:15

_____

S

sake  8:9
salary  16:11
save  73:7
School  11:14,22 24:15
Science  9:22
scream  49:21
screamed  49:19
screaming  64:10
scrutinizing  39:22
  41:10
section  34:2
seek  18:17,22,24
seeking  50:7
send  9:8 48:5
separate  7:1
separately  51:19
September  17:12

Lucinda Allen
December 03, 2019                                              9

series  50:20
serving  23:25
set  44:5
sexual  4:13
shape  71:12
share  19:23
shared  19:22
Shaw  9:10,12 48:1,6,
  13
Shaylor  74:3,24
sheet  73:9
short  24:19
show  26:12 30:4
Showing  30:6
sign  41:15,16 72:7
signature  31:7 35:4,
  10,15 40:21 41:2
signed  36:19 37:1
significant  66:11
similar  4:23
situation  59:6
skills  9:14 43:17
  45:15 48:2 66:20
smoothly  5:1
spanning  66:10
speak  13:14 16:18
  19:7 20:19,21 45:13,
  24 46:3,11 57:19
  58:6,15,18 59:20,24
  61:24
speaking  5:17 51:9
  64:9
special  32:14
specific  11:4,6
  12:15,16 14:8,16
  18:3 29:24 39:1
  48:21,24 52:13
  53:22,23 64:8
specifically  17:24
  26:21 29:5 34:24
  35:19 38:20 40:10
  41:12 42:15,25 45:6,
  8 52:2 54:10 56:19
  60:1 65:10 69:1
  70:12 71:10
specifics  9:20 20:2
  25:10 36:21 40:14
  50:6 54:3 55:23
  56:22 57:11 58:12,14
  59:4 67:17

speculation  53:5
speed  43:22 46:13
  47:6 52:10 60:4
spend  44:14
split  21:2,5,17
spoke  46:2,3 47:22
  51:12 59:2,15
spring  12:24
staff  38:16
standard  28:16,22
  29:3 32:8 33:7 34:3,
  22 35:22 36:5 41:17
start  10:17 11:5 29:3
  30:2 34:3,22 35:6,
  12,18,22 36:5 42:13
started  24:6
starting  19:17 20:13
starts  17:15
STATE  73:3 74:1
statement  65:3
states  20:25
stating  51:15
stenotype  74:8
strategic  60:8
strategically  49:5
stream  64:23
strike  4:16 14:3
  16:18 20:19 21:8
  26:1 35:1 42:1 47:10
  53:8 55:15 59:24
submitted  71:25
submitting  48:25
SUBSCRIBED  73:15
substance  9:3,17 28:6
  32:1
suing  4:7
suit  4:5,6,20
summarizing  55:20,21
summer  69:25
supervise  47:10
supervised  11:15,16,
  17,18,20 12:3
supervising  42:20
supervision  74:9
supervisor  38:16
  47:19 52:7
supervisors  41:14,16
supervisory  10:22,25
  11:5,11

support  24:17 28:9
supportive  33:23
supposed  21:16 22:1,
  16 41:14
surrounding  3:15
sworn  3:3 73:15 74:5

——————————————

                T

taking  5:3 43:24
  45:19 46:8 52:8,21
  68:10 70:8 74:4
talk  8:8 9:16 17:25
  29:7 43:1 49:13,22
  50:23 59:5 60:2,9
  62:20
talked  14:5 29:6,7,10
  60:4 69:4
talking  32:24 34:9
  36:1 38:3 60:10
Tammy  24:21,24,25
  25:5 38:19 47:19
  55:12 57:5 61:12
  62:16 68:22,23
task  9:15 16:1 48:19,
  21
tasks  23:4,6 48:22
  49:18
teaching  11:16
team  45:11 50:24
  51:11,16,21
Technology  9:24
temporary  61:18
ten  11:9,25 15:14
terms  18:6 41:23 49:2
  52:24
testified  3:4 71:23
testify  3:13 6:13
  74:5
testimony  74:12
thing  70:5
things  16:4 22:20,23
  23:10 43:18 44:20
  47:3 49:5 52:3
  67:18,23 69:3 70:14
thinking  70:16
thought  13:16 16:2,23
  47:3 49:16
time  3:18 4:16 5:20
  6:2,6 8:3,10 10:19
  11:18,24 13:8 14:7,

Lucinda Allen
December 03, 2019

10

17  17:3  21:1,5,9,17,
23  22:6,14  23:7,24
24:20  25:3,11  28:16,
22,23  29:4  30:2,5,7
32:15,18,20  33:4
34:3,15,23  35:22
36:5  37:19,21  38:7
39:14,20,25  40:18,22
41:5,9,14,18  42:3,5,
7,11,14,16  43:5,6,
18,24  44:3,6,10,11,
12,18,19,21,22  45:20
46:8  47:12,13  50:3,
23  52:8,9,21  53:2,3,
10,11,24  54:13  55:14
57:5,15  60:25  61:9,
15  62:8  63:9  66:7,
11,13  67:2,7,8,12,
15,19,20,22,24  68:8,
15,24  74:15
timecard  39:22  41:11
42:18  52:19  65:9,15,
19
timecards  42:21
times  25:13,24  27:24
28:3,11  31:22  35:7,
12,18  47:4  57:19,23
59:24  68:16
today  3:11  4:25  6:5,
13,15,19  7:10  8:10
50:23  70:19
today's  6:22
told  7:17  20:8  45:23,
24  49:14  54:5  55:12,
16  57:4  58:23  64:19
68:7
top  36:10,14  50:20
63:20
transcript  5:9,16
7:21
translate  5:9
treatment  20:4,13,22
44:14  45:4
treatments  32:7,16,22
33:2,21  44:25  68:12
trial  4:17
trip  68:1,2,11
true  72:2  73:7  74:11
truth  74:6,7
truthfully  6:18
Tuesday  62:16

turmoil  50:24  51:11
turn  31:8
type  4:5  40:18
types  69:3
typewriting  74:8

                U

uh-huh  5:6,8  15:21
17:18  21:4  27:12
28:25  32:23  34:20
36:18  45:2  46:1
51:1,8  53:18  57:16
62:23  63:19  64:18
68:9,14
ultimately  61:9
uncomfortable  59:7
uncommon  33:13,16
uncustomary  70:14
undergoing  20:13
33:21
understand  5:21  6:15
20:16  36:22  38:10
42:4  43:11  51:18
57:14  64:3  70:17
71:15
understanding  25:19,
21  52:25  53:1  55:6
understands  22:11
understood  5:24
University  3:11  10:6,
14,19
unpaid  44:19
unrelated  43:19,25
44:1  45:20  46:8

                V

vacation  44:15
Valerie  6:23  7:1
8:13,19
verbal  5:5
verbally  70:10,16,22
71:4
Vinci  3:6,9  8:4  23:14
26:17,19  29:17
30:13,17  34:16  42:1
50:8  62:5  66:8,12
69:12  72:4  75:4

                W

wait  8:5  66:23
walked  49:20,24  64:11
wanted  28:9  49:16
68:1,2,4
Weaver  56:15  58:2,6
61:24  69:24
week  44:15
wished  20:8
withdraw  8:14
woman  24:21
work  21:25  22:16
24:17  25:16,20  26:3
27:1,17,24  28:7,13,
17,23  29:4,6,8,21
30:1,25  31:6,20
32:3,8,18,25  33:7,15
34:8  35:3,4,6,12,18
36:20,23  37:4,12,25
39:18  41:7,20  42:9
43:17  45:10  46:16
47:2,11,14  50:4
52:24  53:21  55:7
56:11  58:4  59:21,25
61:14,22,25  64:25
65:11,23,25  66:4,10,
15,19,25  67:1,4
69:16,19  70:1,24
71:7,21
worked  10:13  12:1
41:16,17  42:23  43:5
working  25:24  33:13
38:13,14  51:16,20
52:1  57:5,7
would've  60:2
write  64:24
writes  62:20  63:24
writing  41:24
written  29:14,15,18
wrong  33:20

                Y

yay  69:2
year  3:21,23  9:25
11:4  12:17  53:25
years  10:12,15  11:9
57:17

Lucinda Allen
December 03, 2019                                                          11

**yell**  49:21
**yelled**  49:19
**yelling**  64:10
**YORK**  73:3 74:1