# EXHIBIT 6

 Cornell University

September 23, 2016

Denise Payne
Sage Hall
Ithaca, NY 14853

Dear Denise:

On behalf of Cindy Allen, it is my pleasure to confirm my verbal offer of the Data Analyst (with a University title of Data/Analyst II, Band E) position with the Decision Support Services in the Cornell College of Business (CCB) effective September 19, 2016. This is a part-time, hourly position with a pay rate of $25.00 per hour.

To ease your transition into this new role, your initial effort with this position will be 20 hours per week through December 31, 2016. You will remain employed in your position as the Business Simulation Lab Administrator (Research Aide III, Band C) position and your hourly rate of $23.00 will continue for that work. Through December 31st, you will be expected to work 10 hours per week with the BSL. Effective January 1, 2017 your schedule with the Decision Support Office will increase to 30 hours each week and your position with the Business Simulation Lab will be terminated.

Cornell pays overtime on all hours paid over 40 per workweek. If applicable, you will be paid overtime at the rate of 1.5 times your hourly rate. During the period in which you have two positions, your overtime rate will be 1.5 times the weighted average of your hourly rates.

You will continue to be covered under the provisions of the endowed benefits program. If you have any questions, please feel free to contact Benefit Services at 255-3936 for a personal consultation.

To confirm your acceptance of this offer, please return a signed copy of this letter to Aimee Deriziotis (aimee.deriziotis@cornell.edu), 221 Sage Hall, no later than September 30.

Thank you for your willingness to consider this critical role as we build the Cornell College of Business. It is my hope you will find this to be an exciting opportunity.

Sincerely,


Kathy Doxey
Director of Human Resources
Cornell College of Business

My signature indicates my acceptance of this position and my acknowledgement that this is an at-will employment relationship. In addition, I understand I am not eligible for overtime pay. In compliance with New York State (NYS) Wage Theft Prevention Act I acknowledge that I have been informed in writing of my start date, rate of pay and pay frequency. Based on the translations provided by NYS, upon your request, Cornell will provide the required terms of the offer in one of the following languages:

Circle one:    Chinese    Korean    Haitian    Creole    Polish    Russian    Spanish


_____                    _____
Signature                                                               Date