# **EXHIBIT 8**

```
Subject: RE: today
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Tue May 09 08:39:23 UTC 2017
```

I've cancelled my lunch today.

Best,

**Denise Payne**
607.255.6689
dlp35@cornell.edu

**From:** Tammy Lindsay
**Sent:** Tuesday, May 9, 2017 9:25 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: today

Hi Denise:

Thanks for letting me know.  Are you planning to make it up today?  You are missing a lot of time and we are going to need to talk about your time off and your Kronos when we meet on Thursday. You are not reaching the 39 hours and are using your time as fast as you are accruing it unrelated to your medical.  I know you have a lot going on right now, but we need to talk about.

I have asked Sarah to hold off on having you go to the meeting until I have had a chance to meet with her on your training for surveys and rankings.  I'm hoping to meet with her tomorrow.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Denise Payne
**Sent:** Tuesday, May 09, 2017 8:55 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** today

Hi Tammy,

I'm having lunch with a former coworker today so it will likely be an hour instead of 30 minutes.

I'm also going to shadow Sarah at her meeting with Amanda Shaw today from 2-2:30pm.

Thanks,
D

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

**P000506**