# **EXHIBIT 9**



**Cornell University**
**Division of Human Resources**

Jill M. Tubbs
Disability Case Consultant
Medical Leaves Administration
395 Pine Tree Road, Suite 102
Ithaca, NY 14850
Phone: 607.255.2359
Fax: 607.255.1888
Email: jmt21@cornell.edu

August 2, 2017

Ms. Denise Payne
4309 Sweeney Rd
Cortland, NY 13045

Dear Denise,

This is a confirmation of the approval for reasonable accommodation(s) under the Americans with Disabilities Act (ADA). The following reasonable accommodations will be provided to allow you to perform the essential functions of Data Analyst II:

   Flexible working hours
   Flexible work space – work from home as needed
   Reduced hours when necessary

You have agreed that you will communicate your needs as far in advance as possible. For occasions when you aren't feeling well unexpectedly, you will let Cindy and Tammy know as soon as you are able, that you will be utilizing your accommodations.

The above reasonable accommodations will continue until such time that the documented disability changes, deteriorates, improves, or ceases. If this occurs, the employee will be asked to provide the Medical Leaves office with updated medical certification to make a further assessment and determine the ability to maintain or change these reasonable accommodations.

Additionally, reasonable accommodations will continue to be provided to the employee as a qualified individual with a disability, unless doing so poses an undue hardship on the employer. Such future re-evaluation of the University's ability to provide continuance of said reasonable accommodations may also be contingent upon a change in department operational requirements and/or change in essential function of the current job title.

Please contact Medical Leaves with any requests to alter these accommodations in any way, or with any concern about their implementation.

Sincerely,

Jill Tubbs

CC: Julie Weaver- HR, Tammy Lindsay- Manager   —Sent Electronically

052

Ex 6