# EXHIBIT 12

```
Subject: RE: Checking in
From:    Denise Payne <dlp35@cornell.edu>
To:      Laura E. Syer <les269@cornell.edu>
Time:    Fri Oct 13 07:05:19 UTC 2017
```

Thank you! That is the clarification that I was seeking, it makes sense for her to validate my work because she has access to all the emails/data. The data is also validated by the data providers from each department but with Cindy leaving we will need another set of eyes!

Best,
Denise

**Denise Payne**
607.255.6689
dlp35@cornell.edu

---

**From:** Laura E. Syer
**Sent:** Friday, October 13, 2017 8:03 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Cc:** Katherine A. Doxey <kam357@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>
**Subject:** Re: Checking in

Denise,
I am asking you to cc her on the things you would cc or send to me. At this point, I am not sure why you need information on Tammy's role? You should continue to work on surveys and rankings, cc Tammy and me. I need Tammy's help to validate your work as she is closer to the work than I am. As you know, surveys and rankings need numerous steps of validation and require much scrutiny. It is critical for a Business School.

Thank you for your cooperation during this time of transition,
Laura

On Oct 13, 2017, at 7:55 AM, Denise Payne <dlp35@cornell.edu> wrote:

> I will need further information regarding Tammy's role and how our projects will be divided, managed etc. There is no communication coming from her about anything that she is working on (actually this goes back to day one). It has been a very non-team oriented environment and several times I was asked by management to not discuss my work with my own teammates in BA. As you may know I am in the process of filing an EEOC complaint regarding Tammy and Cindy's treatment of me. The EEOC is waiting for my job description and for me to decide whether to proceed.
>
> Best,
>
> **Denise Payne**
> 607.255.6689
> dlp35@cornell.edu
>
> ---
>
> **From:** Laura E. Syer
> **Sent:** Thursday, October 12, 2017 10:15 PM
> **To:** Denise Payne <dlp35@cornell.edu>; Katherine A. Doxey <kam357@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>
> **Subject:** RE: Checking in
>
> Thanks, Denise. Yes, please keep me and Tammy in the loop.
>
> Best,
> Laura
>
> ---
>
> **From:** Denise Payne
> **Sent:** Thursday, October 12, 2017 9:28 AM

**To:** Katherine A. Doxey <kam357@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>; Laura E. Syer <les269@cornell.edu>
**Subject:** RE: Checking in

Thank you all.

Laura, at what point should I start looping you into my work (emails etc)? I have given you full access to the rankings calendar (rankings@business.cornell.edu) so you can see the important dates for rankings and surveys. We can talk about my other projects at our meeting!

Best,
Denise

**Denise Payne**
607.255.6689
dlp35@cornell.edu

---

**From:** Katherine A. Doxey
**Sent:** Thursday, October 12, 2017 5:26 AM
**To:** Denise Payne <dlp35@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>
**Cc:** Laura E. Syer <les269@cornell.edu>
**Subject:** RE: Checking in

Denise,

Thanks for your patience.  As you might imagine, Cindy's departure means we need to think about the structure and functions of the BA group again.  Both you and Tammy will report directly to Laura Syer in the interim and she will be setting up a meeting with you the week of the 23rd (she's got a packed schedule in the next couple of weeks) to discuss the roles and next steps.

Kathy

**From:** Denise Payne
**Sent:** Tuesday, October 10, 2017 4:43 PM
**To:** Julie K. Weaver <jkw82@cornell.edu>; Katherine A. Doxey <kam357@cornell.edu>
**Subject:** Checking in

Hi Kathy, Julie

I know that things are crazy/busy but I just wanted to check in because I haven't heard anything about my job description/reclassification? Also, please keep me in the loop on my temporary reporting structure once Cindy Allen leaves, I will have 4 rankings/survey submissions to complete between November-December.

Thank you!
Denise

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu