# EXHIBIT 13



| CORNELL UNIVERSITY POLICY LIBRARY | POLICY 6.10.9 |
|---|---|
| **Staff Transfer (Excluding Academic and Bargaining Unit Staff)** | Volume: 6, Human Resources<br>Chapter: 10, Encouraging Employee Growth<br>Responsible Executive: Vice President and Chief Human Resources Officer<br>Responsible Office: Recruitment and Employment Center<br>Originally Issued: March 1982<br>Last Full Review: February 13, 2017<br>Last Updated: February 13, 2017 |

## POLICY STATEMENT

Cornell University supports an environment that values the pursuit of career mobility and encourages staff members who express an interest, and have the abilities, to pursue appropriate vacancies to foster their career development. Toward that end, the university supports a staff member's efforts to transfer from one position to another.

## REASON FOR POLICY

Transfers are an important means of assuring the best possible match of university jobs to individual skills, of developing and expanding individual skills and experience, and of achieving university goals of equal employment opportunity and promotion from within.

## ENTITIES AFFECTED BY THIS POLICY

☑ Ithaca-based locations
☑ Cornell Tech campus
☐ Weill Cornell Medicine campuses

## WHO SHOULD READ THIS POLICY

– Unit administrators
– Unit heads
– Unit human resources representatives
– Regular, nonacademic, non-bargaining unit staff members
– Supervisors

## MOST CURRENT VERSION OF THIS POLICY

– www.dfa.cornell.edu/policy/policies/staff-transfer-excluding-academic-and-bargaining-unit-staff

Cornell Policy Library
Volume: 6, Human Resources
Responsible Executive: Vice President and Chief Human Resources Officer
Responsible Office: Recruitment and Employment Center
Originally Issued: March 1982
Last Full Review: February 13, 2017
Last Updated: February 13, 2017

POLICY 6.10.9

Staff Transfer (Excluding Academic and Bargaining Unit Staff)

## CONTENTS

**Policy Statement** _____ 1
**Reason for Policy** _____ 1
**Entities Affected by this Policy** _____ 1
**Who Should Read this Policy** _____ 1
**Most Current Version of this Policy** _____ 1
**Related Resources** _____ 3
**Contacts** _____ 4
**Definitions** _____ 5
**Responsibilities – Ithaca-Based Locations and Cornell Tech** _____ 6
**Principles** _____ 7
   Purpose _____ 7
   Eligibility _____ 7
   Release Time for Interviews on Campus _____ 7
   Reference Checking and Information Verification _____ 8
   Notification _____ 8
   Movement between Weill Cornell or eCornell and Ithaca Campus, or Vice Versa _____ 8
**Procedures – Ithaca-Based Locations and Cornell Tech** _____ 9
   Applying for Transfer _____ 9
**Index** _____ 10

Cornell Policy Library
Volume: 6, Human Resources
Responsible Executive: Vice President and Chief Human Resources Officer
Responsible Office: Recruitment and Employment Center
Originally Issued: March 1982
Last Full Review: February 13, 2017
Last Updated: February 13, 2017

POLICY 6.10.9

Staff Transfer (Excluding Academic and Bargaining Unit Staff)

# RELATED RESOURCES

**University Policies and Information**

University Policy 6.6.1, Filling Vacancies (Excluding Academic and Bargaining Unit Staff)

University Policy 6.6.2, Reference Checking and Information Verification

University Policy 6.9, Time Away from Work (Excluding Academic and Bargaining Unit Staff)

University Policy 6.12, Separations, Voluntary and Involuntary, Including Layoff

Cornell University Statement on Diversity and Inclusiveness

Credited Service Information

HR Tools

Jobs at Cornell

President's Statement on Affirmative Action

Professional Development Resources

Provisions for Handling Transfers from the Weill Cornell Medicine

**University Forms and Systems**

Workday

Cornell Policy Library
Volume: 6, Human Resources

Responsible Executive: Vice President and Chief Human Resources Officer

Responsible Office: Recruitment and Employment Center

Originally Issued: March 1982

Last Full Review: February 13, 2017

Last Updated: February 13, 2017

POLICY 6.10.9

Staff Transfer (Excluding Academic and Bargaining Unit Staff)

## CONTACTS

Direct any general questions about this policy to your college or unit administrative office. If you have questions about specific issues, contact the following offices.

| Subject | Contact | Telephone | Email/Web Address |
|---|---|---|---|
| **Policy Clarification, Exceptions, and Interpretation** | Unit Human Resources Representative | Unit-specific | hr.cornell.edu/find-your-hr-representative |
| | Recruitment and Employment Center | (607) 254-8370 | mycareer@cornell.edu |
| **Career Services Consultations** | Career Development Services | (607) 254-6400 | |
| **Movement between Weill Cornell or eCornell and the Endowed or Contract College Ithaca Campus, or Vice Versa** | Recruitment and Employment Center | (607) 254-8370 | mycareer@cornell.edu |
| **Transfers from the Contract Colleges to Endowed Ithaca, or Vice Versa** | Benefit Services | (607) 255-3936 | hr.cornell.edu/benefits-pay |

Cornell Policy Library
Volume: 6, Human Resources
Responsible Executive: Vice President and Chief Human Resources Officer
Responsible Office: Recruitment and Employment Center
Originally Issued: March 1982
Last Full Review: February 13, 2017
Last Updated: February 13, 2017

POLICY 6.10.9

Staff Transfer (Excluding Academic and Bargaining Unit Staff)

## DEFINITIONS

These definitions apply to terms as they are used in this policy.

| | |
|---|---|
| **Transfer** | Movement of a regular staff member from one regular position to another without a break in continuous service. |
| **Unit** | A department, college, school, program, division, research center, business service center, or other entity that is responsible for an individual's employment. |
| **Unit Human Resources Representative** | The primary human resource administrator at the unit level. |

| | |
|---|---|
| Cornell Policy Library | POLICY 6.10.9 |
| Volume: 6, Human Resources | |
| Responsible Executive: Vice President and Chief Human Resources Officer | Staff Transfer (Excluding Academic and Bargaining Unit Staff) |
| Responsible Office: Recruitment and Employment Center | |
| Originally Issued: March 1982 | |
| Last Full Review: February 13, 2017 | |
| Last Updated: February 13, 2017 | |

## RESPONSIBILITIES – ITHACA-BASED LOCATIONS AND CORNELL TECH

The major responsibilities each party has in connection with this policy are as follows:

| | |
|---|---|
| **Hiring Supervisor** | Carefully plan and execute a hiring strategy that takes into account the selection procedures and guidelines stated in this policy. |
| | Seek the guidance and advice of the unit human resource representative, the affirmative action unit representative and/or the Recruitment and Employment Center before and during the recruitment and hiring process in accordance with this policy. |
| **Recruitment and Employment Center (REC)** | Provide advice and guidance to unit administrators, as requested, regarding internal movement, Equal Employment Opportunity issues, Affirmative Action requirements, search strategy, and selection process in accordance with this policy. |
| **Supervisor** | Allow for staff growth by encouraging internal mobility. |
| **Unit Head** | Communicate policy provisions to staff members within the unit. |
| **Unit Human Resources Representative** | Provide guidance and collaborative assistance to hiring supervisor regarding search strategies, internal movement, Equal Employment Opportunity issues and Affirmative Action requirements before and during the recruitment and hiring process. |
| | Work with the affirmative action unit representative to ensure policy compliance. |

Cornell Policy Library
Volume: 6, Human Resources

Responsible Executive: Vice President and Chief Human Resources Officer

Responsible Office: Recruitment and Employment Center

Originally Issued: March 1982

Last Full Review: February 13, 2017

Last Updated: February 13, 2017

POLICY 6.10.9

Staff Transfer (Excluding Academic and Bargaining Unit Staff)

## PRINCIPLES

**Purpose**

College/unit heads and supervisors are expected to create and foster an environment that supports and rewards the pursuit of career mobility and to encourage staff members who express an interest, and have the abilities, to pursue appropriate vacancies to foster their career development. Discussion between an employee and his or her present supervisor regarding career development is encouraged, prior to an employee pursuing another opportunity. The knowledge of a staff member's pursuit of a transfer should not in any way negatively affect his or her current standing, treatment, or other conditions of the present position.

**Eligibility**

Career moves need to be carefully planned, as future career moves will depend upon successful performance and demonstrated success in creating a solid and stable work history. University employees who have completed six months of service in their current positions may apply and be considered for openings at the university. Because frequent movement may negatively impact overall career success, employees are encouraged to spend more time (one-two years) in a position before seeking a transfer.

In special circumstances, and with the support of the current supervisor and/or current unit human resources representative or designee, an employee may seek a transfer prior to completing six months of service in his or her current position. The justification for an exception must be documented by the current unit and retained in the unit file for one year.

**Release Time for Interviews on Campus**

In support of Cornell's staff transfer policy and in keeping with business needs, reasonable time off is granted for on-campus job interviews. A staff member may also be granted such release time to discuss career opportunities in confidence with his or her unit human resources representative or designee and/or consultant in Career Development Services and/or the Recruitment and Employment Center. This discussion may include issues of personal and professional development, impact of career changes on family or personal life, and individual job search counseling.

Requests for release time will be approved on an individual basis by the staff member's supervisor. Release time should be entered in the time collection system as "paid leave." If staff members do not wish to request paid release time, they may request health and personal leave, vacation, or leave without pay.

| | |
|---|---|
| Cornell Policy Library<br>Volume: 6, Human Resources<br>Responsible Executive: Vice President and Chief Human Resources Officer<br>Responsible Office: Recruitment and Employment Center<br>Originally Issued: March 1982<br>Last Full Review: February 13, 2017<br>Last Updated: February 13, 2017 | POLICY 6.10.9<br><br>Staff Transfer (Excluding Academic and Bargaining Unit Staff) |

## PRINCIPLES, continued

| | |
|---|---|
| **Reference Checking and Information Verification** | Satisfactory reference checks are a condition of employment. The individual in charge of the search is responsible for verification of the applicant's background and credentials. For information on checking references and performing the necessary information verifications, including background checks, refer to University Policy 6.6.2, Reference Checking and Information Verification. |
| **Notification** | A nonexempt staff member who transfers to another position is expected to provide written notification to his or her supervisor at least ten working days prior to the start date of the new position. An exempt staff members who transfers to another position is expected to provide written notification at least one month prior to the start date of the new position.<br><br>In the event that there are institutional considerations or significant penalties to the organization losing a given employee, the losing and gaining organizations should work together to ensure that institutional objectives are met without penalizing the successful candidate. The Office of Human Resources, Organizational Development Services can facilitate these discussions. Employees who are pursuing or have accepted new positions are expected to continue to fulfill the requirements of their current positions. |
| **Movement between Weill Cornell or eCornell and Ithaca Campus, or Vice Versa** | When an employee moves from Weill Cornell Medicine or eCornell to endowed Ithaca or contract colleges of Cornell University, credited service is calculated in accordance with the provisions outlined on the Credited Service definition and FAQ webpage at hr.cornell.edu/hr-policies/nonacademic-staff/definitions. |

| | |
|---|---|
| Cornell Policy Library<br>Volume: 6, Human Resources<br>Responsible Executive: Vice President and Chief Human Resources Officer<br>Responsible Office: Recruitment and Employment Center<br>Originally Issued: March 1982<br>Last Full Review: February 13, 2017<br>Last Updated: February 13, 2017 | POLICY 6.10.9<br><br>Staff Transfer (Excluding Academic and Bargaining Unit Staff) |

## PROCEDURES – ITHACA-BASED LOCATIONS AND CORNELL TECH

**Applying for Transfer**

Available positions are posted on the *Jobs at Cornell* website. Employees may find opportunities within their own units or elsewhere at the university. For each position for which a staff member wishes to apply, the staff member must do so as instructed in the job advertisement (for example, using the online application process). Career opportunities may also be discussed in confidence with any of the following individuals:

- Your current supervisor
- The current unit human resources representative or designee
- A consultant in Career Development Services
- A consultant in the Recruitment and Employment Center

| | |
|---|---|
| Cornell Policy Library | POLICY 6.10.9 |
| Volume: 6, Human Resources | |
| Responsible Executive: Vice President and Chief Human Resources Officer | Staff Transfer (Excluding Academic and Bargaining Unit Staff) |
| Responsible Office: Recruitment and Employment Center | |
| Originally Issued: March 1982 | |
| Last Full Review: February 13, 2017 | |
| Last Updated: February 13, 2017 | |

# INDEX

Affirmative action ....................................................... 6
Applicant .................................................................... 8
Background check ...................................................... 8
Benefit Services ......................................................... 4
Career development ............................................... 1, 7
Career Development Services .......................... 4, 7, 9
Continuous service .................................................... 5
Credited service .................................................... 3, 8
eCornell .................................................................. 4, 8
Equal Employment Opportunity .............................. 6
Hiring supervisor ....................................................... 6
Job interview ............................................................. 7
Jobs at Cornell website ......................................... 3, 9
Notice ........................................................................ 8
Organizational Development Services .................... 8
Paid leave .................................................................. 7
President's Statement on Affirmative Action ......... 3

Professional development resources ....................... 3
Recruitment and Employment Center ......... 4, 6, 7, 9
Reference check ......................................................... 8
Release time .............................................................. 7
Statement on Diversity and Inclusiveness .............. 3
Supervisor ................................................... 1, 6, 7, 8, 9
Unit human resources representative .. 1, 4, 5, 6, 7, 9
University policies
   6.12, Separations, Voluntary and Involuntary, Including Layoff .................................................. 3
   6.6.1, Filling Vacancies ........................................... 3
   6.6.2, Reference Checking and Information Verification ...................................................... 3, 8
   6.9, Time Away from Work .................................. 3
Weill Cornell Medicine ................................ 1, 3, 4, 8
Workday .................................................................... 3
Written notification ................................................... 8