# EXHIBIT 14

Subject: RE: Follow-up / Additional hours at Johnson
From:    Denise Payne <dlp35@cornell.edu>
To:      Katherine A. Doxey <kam357@cornell.edu>
Time:    Mon Jun 20 08:28:11 UTC 2016

Hi Katherine,
I am in today if you would like to meet, I will be here until 1:30ish. I may also be in Weds-Fri of this week.

Thanks,
Denise

**From:** Katherine A. Doxey
**Sent:** Tuesday, June 14, 2016 9:39 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: Follow-up / Additional hours at Johnson


Denise,

I am so sorry to hear this.  We normally would meet with anyone who will be out of work due to medical issues just to walk through the STD benefit and your accruals.  Can you let Julie Weaver or me know when you might be able to stop by for a quick chat?

Kathy

-----Original Appointment-----
**From:** Denise Payne
**Sent:** Monday, June 13, 2016 1:23 PM
**To:** Katherine A. Doxey
**Cc:** Margaret B. Shackell
**Subject:** Declined: Follow-up / Additional hours at Johnson
**When:** Wednesday, June 15, 2016 11:00 AM-11:45 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 221 / Kathy's Office


Dear Katherine,

Margaret may have already mentioned this to you, on Friday I was diagnosed with breast cancer, I don't have many details yet and I likely cannot meet with a surgeon until Wednesday. I will need to use vacation or HAP time in the next coming weeks for Dr. visits and surgery. I am really not able to come on-site because this is taking quite an emotional/mental toll. I am able to do some work from home.

I am hopeful that I will be back to work sooner rather than later, I have read that many people can work through chemo. I am not sure if I even need chemo yet, but I'm preparing for the worst. I will keep you and Margaret posted, let me know if there is anything else I need to do.

Best,
Denise

**P000122**