# EXHIBIT 15

```
Subject: Re: Dr. appointment in am; work from home in pm
From:    Laura E. Syer <les269@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Wed Nov 08 12:33:48 UTC 2017
```

Hmm - I thought we reviewed those when we met last. Please resend me your outstanding questions. As I mentioned, we are working on how we move forward so some questions I just don't have answers to yet. Other questions are easier to answer (like this one).

Many thanks for your patience as we work through this situation.

Warm regards,
Laura

On Nov 8, 2017, at 12:00 PM, Denise Payne <dlp35@cornell.edu> wrote:

> Thanks Laura, I was just confused because I haven't received responses to my previous process questions! I know you're busy, we can touch base at some point.
>
> Best,
>
> **Denise Payne**
> 607.255.6689
> dlp35@cornell.edu
>
> _____
>
> **From:** Laura E. Syer
> **Sent:** Wednesday, November 8, 2017 9:43 AM
> **To:** Denise Payne <dlp35@cornell.edu>
> **Cc:** Katherine A. Doxey <kam357@cornell.edu>; Julie K. Weaver <jkw82@cornell.edu>
> **Subject:** RE: Dr. appointment in am; work from home in pm
>
> Hi All,
> I did not have access to Denise's time card to approve. Until I can get access (and training – it's been years since I have been in the system), I asked Tammy to send me a screenshot of the timecard (which she did). Tammy is not a decision maker, nor has she ever been.
>
> Denise, I am happy to answer any questions you have with my processes directly – just feel free to reach out and ask.
>
> Warm regards,
> Laura
>
> -----Original Appointment-----
> **From:** Katherine A. Doxey **On Behalf Of** Denise Payne
> **Sent:** Wednesday, November 8, 2017 9:24 AM
> **To:** Laura E. Syer
> **Subject:** FW: Dr. appointment in am; work from home in pm
> **When:** Wednesday, November 8, 2017 12:00 AM to Thursday, November 9, 2017 12:00 AM (UTC-05:00) Eastern Time (US & Canada).
> **Where:**
>
> You aren't having Tammy approve Denise's time off, are you?
>
> -----Original Appointment-----
> **From:** Denise Payne

**Sent:** Monday, November 06, 2017 8:44 AM
**To:** Denise Payne
**Cc:** Laura E. Syer; Katherine A. Doxey; Julie K. Weaver
**Subject:** FW: Dr. appointment in am; work from home in pm
**When:** Wednesday, November 08, 2017 12:00 AM to Thursday, November 09, 2017 12:00 AM
(UTC-05:00) Eastern Time (US & Canada).
**Where:**


Hi Julie, Kathy,

I'm not sure if this email will show but Laura has forwarded my time off to Tammy.

Can we follow-up this week on my position and reporting lines? I feel very uncomfortable having
Tammy approve and manage my time off based on her prior treatment of me and the open
EEOC complaint.

Thanks,
Denise

-----Original Appointment-----
From:   Denise Payne
Sent:   Monday, October 2, 2017 12:55 PM
To:     Denise Payne
Cc:     Laura E. Syer
Subject:        Dr. appointment in am; work from home in pm
When: Wednesday, November 8, 2017 12:00 AM to Thursday, November 9, 2017 12:00 AM
(UTC-05:00) Eastern Time (US & Canada).

Where:

I need to be in Syracuse at 8:30am so will need to move our 1:1 this day.

Dr. appointment 8am-11am and then I will log in to work.

Thanks,
Denise

**P000102**