# **EXHIBIT 16**

**Denise Payne**

| | |
|---|---|
| From: | Lucinda M. Allen |
| Sent: | Tuesday, July 11, 2017 3:18 PM |
| To: | Denise Payne |
| Cc: | Tammy Lindsay |
| Subject: | Re: Feedback |

Hi Denise

Happy to talk when I get back.
Have a good remainder of the week.

Cindy

Sent from my iPhone - please excuse typos

> On Jul 11, 2017, at 3:09 PM, Denise Payne <dlp35@cornell.edu> wrote:
>
> Hi Cindy,
>
> When we met briefly last Friday you mentioned that I am making a lot of mistakes, this is just a reminder that I will need further clarification and examples to understand and improve.
>
> When we discussed my timecard/flexible work arrangement you also mentioned that may be the cause of my mistakes so I am hoping you can give me more information and clarify that statement as well.
>
> Thank you,
>
> Best,
> Denise

1

P000168