# EXHIBIT 17

**From:** Denise Payne
**Sent:** Monday, July 31, 2017 5:19 PM
**To:** Julie K. Weaver <jkw82@cornell.edu>
**Subject:** RE: pay rate

Thanks Julie. Can I ask why the SIP wasn't calculated on the new rate? I'm assuming that I got a SIP, I saw a slight increase in my pay but was never told.

**Denise Payne**
607.255.6689
dlp35@cornell.edu

**From:** Julie K. Weaver
**Sent:** Monday, July 31, 2017 3:16 PM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: pay rate

Denise,
Market data is reviewed and updated on a scheduled basis. In response we evaluate the position of our employees relative to market and make adjustments as warranted. The pay range detailed below is a new release and we have not yet completed our analysis of JCB staff through which you would be flagged as an individual to address.

You'll receive a letter documenting our formal response in coming days. In summary we will implement a market adjustment and bring your pay to $25.88 effective 7/1, the date of release for this new market pay data.

Please let me know if you have further questions.

Julie

**From:** Denise Payne
**Sent:** Monday, July 31, 2017 10:34 AM
**To:** Julie K. Weaver <jkw82@cornell.edu>
**Subject:** pay rate

Hi Julie,

I am wondering why I am being paid less than the minimum amount in the range for my job? My current rate is $25.63

5

**P000169**

# Your Job: Data Analyst II

Supervisory Org: JCB - Business Intelligence
Job Family: Fin/Budget/Planning
Grade: E
Pay Range: $25.88 - $32.53
Not exempt from overtime pay

Summary:

Thanks,

Denise Payne
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu