# EXHIBIT 18

Subject: RE: Follow-up
From: Jill M. Tubbs <jmt21@cornell.edu>
To: Denise Payne <dlp35@cornell.edu>
Time: Mon Aug 14 14:58:03 UTC 2017

Sure, what time works for you?

-----Original Message-----
From: Denise Payne
Sent: Monday, August 14, 2017 3:56 PM
To: Jill M. Tubbs <jmt21@cornell.edu>
Subject: Follow-up

Hi Jill,

I followed up with my management and HR today but I don't think it went very well. For example, I am now seeing a chiropractor 3x a week for joint pain/muscle stiffness etc. and they are denying the flexibility of working the hours of 7:30am-4pm in order for me to attend those appointment outside of work hours and not use HAP time. They are also asking me if my symptoms/dr. appointments are related to my accommodation so you may be getting phone call about that.

They are pushing back on letting me flex my start time between the hours of 6am-10am even though they have no business need to do so (and my manager starts work at 4am).

Can we talk tomorrow? I am off to a dr. appointment.

Thanks,

Denise Payne
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326 dlp35@cornell.edu

**P000244**