# EXHIBIT 20

```
Subject: Re: How are you?
From:    Denise Payne <dlp35@cornell.edu>
To:      Jill M. Tubbs <jmt21@cornell.edu>
Time:    Wed May 10 10:58:34 UTC 2017
```

Hi Jill,

I'm doing well, at Upstate for transfusion today, I still get medicine every three weeks until October.

I'm working full time when there is enough work to do but it's been pretty slow lately.

Thanks for checking in,
Denise

On May 10, 2017, at 11:41 AM, Jill M. Tubbs <jmt21@cornell.edu> wrote:

    Hello Denise,

    Checking in to see how it's going since your return from vacation?   Are you back to work full time yet?

    Please let me know,

    Thank you

    Jill

    Jill M. Tubbs
    Medical Leaves Case Consultant
    Medical Leaves Administration
    Cornell University, Division of Human Resources
    395 Pine Tree Road, Suite 102
    Ithaca, NY 14850
    Phone 607-255-2359
    Fax 607-255-1888
    jmt21@cornell.edu

P000251