# EXHIBIT 22

**Denise Payne**

| | |
|---|---|
| **From:** | Denise Payne |
| **Sent:** | Tuesday, May 9, 2017 9:50 AM |
| **To:** | 'Cindy Allen' |
| **Subject:** | FW: today |

Hi Cindy,

Do you have some time to talk to me today? I have some concerns with the turmoil of this team and how it may impact my health…

Thanks,

**Denise Payne**
607.255.6689
dlp35@cornell.edu

---

**From:** Denise Payne
**Sent:** Tuesday, May 9, 2017 9:31 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** RE: today

I would love to make up time if you give me some work to do? Cindy indicated that I may not be working on the Tableau project so I don't want to do any more work on that-there hasn't been any data put on the server anyway. Sarah has put a bunch of stuff on the server for rankings and surveys so I will be going through that until I hear from you.

I would really love to shadow her today with Amanda, I need to start making those connections if I will be doing rankings and surveys! I guess I don't know what harm there is in accompanying her to a meeting? I'm starting to feel very isolated here….

**Denise Payne**
607.255.6689
dlp35@cornell.edu

---

**From:** Tammy Lindsay
**Sent:** Tuesday, May 9, 2017 9:25 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: today

Hi Denise:

Thanks for letting me know.  Are you planning to make it up today?  You are missing a lot of time and we are going to need to talk about your time off and your Kronos when we meet on Thursday. You are not reaching the 39 hours and are using your time as fast as you are accruing it unrelated to your medical.  I know you have a lot going on right now, but we need to talk about.

I have asked Sarah to hold off on having you go to the meeting until I have had a chance to meet with her on your training for surveys and rankings.  I'm hoping to meet with her tomorrow.

1

P000313