# EXHIBIT 24

**Denise Payne**

| | |
|---|---|
| **From:** | Tammy Lindsay |
| **Sent:** | Wednesday, July 5, 2017 11:01 AM |
| **To:** | Denise Payne |
| **Cc:** | Lucinda M. Allen; Julie K. Weaver; Katherine A. Doxey |
| **Subject:** | RE: Today |

Denise -   I have copied Julie and Kathy so they can respond to some of your questions.  As far as time that Cornell is giving you, I'm not sure if there is any left.  I will let Julie and Kathy respond to that and maybe they can clarify the PML and if it is paid time.   I sent you another email that clarifies previous discussions and emails we had regarding working remotely.   I'm also not sure if there is any formal accommodation that we can make, other than clarifying the expectations. I'll also let HR respond to that.  I'm out this week, but feel free to talk to Cindy, Julie or Kathy or call me if you have any questions.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu


-----Original Message-----
From: Denise Payne
Sent: Wednesday, July 05, 2017 10:41 AM
To: Tammy Lindsay <tsl33@cornell.edu>
Cc: Lucinda M. Allen <lma36@cornell.edu>
Subject: Re: Today

Hi,

Just a heads up that I will be forwarding your email to HR and my medical leaves admin in a bit to request formal accommodation for my work schedule during my cancer treatment. I don't understand how to get pre-approval for working from home if I don't know how I will feel ahead of time? I thought the open ended work from home agreement would cover this? I know that the agreement needs updating but I would hope that there would be some flexibility during this time that I need it.

Can you explain further why you don't feel comfortable with me working from home? The specific work that I need to get done today is as follow:

1. Get updated student data from Gayle for FT EMA; enter into portal and print to PDF-send to Cindy for review 2. Reach out to Sarah to get the final spreadsheets for Faculty List and publications for FT EMBA; forward to Andrew Karolyi for review (just an FYI, not approval); upload spreadsheets into the portal.
3. Update the course eval spreadsheet from Cindy.

Also, I understand that I don't have the full HAP time, Cornell has been accommodating my cancer treatment either with donated leave or perhaps PML? I would like some help with this, I will ask HR and medical leaves to give me the proper code/instructions.

Best,
Denise

> On Jul 5, 2017, at 10:11 AM, Tammy Lindsay <tsl33@cornell.edu> wrote:
>
> Hi Denise:
>
> As I said before, the working at home needs prior approval so I am not going to approve you working from home today.  Also with you being sick and putting your time in before you work it, and with the end of the pay period today, I do not feel comfortable with you working from home.  The course evaluation stuff can wait until you are in the office.  Can you tell me what you need to do for the financial times?
>
> The timecard does need approval today.  HAP time is fine for your treatment.  However, you have added 7 hours.  There are a couple issues with this.  First, you do not have 7 hours in HAP time.  This will put you in the negative again.  You only have 3.07.  I have added 3.07.  Also, because you worked extra hours during other days, you cannot put in a full day for that because it will put you in overtime.  Because you didn't actually work a full 39 or more for overtime, you can only put in up until 39 hours for that week.  I have changed the following:
>
> For Friday, 6/23 I changed HAP from 7 to 3 (the only hours you have available).  I added 2.65 hours of vacation to cover you up to the 39 hours for that week.  I removed your two hours of working for today from home because I am not approving it. I changed your vacation time to 3.50 and added the 3.25 HAP that you have now for this morning.   This gives you a total of 39 hours per week for a total of 78.  Let me know if you have any questions.  I have copied Cindy so you can let us know what needs to be done today for Financial Times.
>
>
> Tammy Lindsay
> Associate Director
> Business Analytics
> Cornell SC Johnson College of Business
> 237 Statler Hall, Ithaca, NY  14850
> Phone: 607.254.8954
> Email: tsl33@cornell.edu
>
> -----Original Message-----
> From: Denise Payne
> Sent: Wednesday, July 05, 2017 9:46 AM
> To: Tammy Lindsay <tsl33@cornell.edu>
> Subject: Re: Today
>
> Update, I'm not feeling well enough to drive in today. I do have some work to get done for financial times ranking and for Cindy's spreadsheet so I put two hrs on my timecard for later. I will have to use vac time for the rest of today if that's ok.
>
> Does the timecard need approval today? I'm not sure what code I'm supposed to use for my treatment on the 23rd so I put HAP for now.
>
> Thanks,
> Denise
>
>> On Jul 5, 2017, at 8:50 AM, Tammy Lindsay <tsl33@cornell.edu> wrote:

2

**P000321**

\>\>
\>\> Okay.
\>\>
\>\> Tammy Lindsay
\>\> Associate Director
\>\> Business Analytics
\>\> Cornell SC Johnson College of Business
\>\> 237 Statler Hall
\>\> Ithaca, NY 14850
\>\> Phone: (607) 254-8954
\>\>
\>\>\> On Jul 5, 2017, at 8:20 AM, Denise Payne <dlp35@cornell.edu> wrote:
\>\>\>
\>\>\> Hi Tammy,
\>\>\>
\>\>\> I'll be in late today, getting some bloodwork in Cortland. I should
\>\>\> be in by 9:30-10am
\>\>\>
\>\>\> Thanks,
\>\>\> Denise
\>

3

**P000322**