# EXHIBIT  25

```
Subject: Work today
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Tue Feb 21 09:09:49 UTC 2017
```

Hi Tammy, I will be working from 8-2:30pm today because my treatment appointment was cancelled.

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

P000365

```
Subject: update-time off
From:    Denise Payne <dlp35@cornell.edu>
To:      Margaret B. Shackell <shackell@cornell.edu>
Time:    Mon Oct 10 10:02:00 UTC 2016
```

Hi Margaret,

I will working today and Tuesday of this week (and possibly Wednesday am). I start my new chemo treatment Thursday, I will keep in touch and let you know where I am at with the annual report!

Best,
Denise

P000366

```
Subject: update-time off
From:    Denise Payne <dlp35@cornell.edu>
To:      Margaret B. Shackell <shackell@cornell.edu>
Time:    Mon Oct 10 10:02:00 UTC 2016
```

Hi Margaret,

I will working today and Tuesday of this week (and possibly Wednesday am). I start my new chemo treatment Thursday, I will keep in touch and let you know where I am at with the annual report!

Best,
Denise

P000367

```
Subject: Heads up
From:   Denise Payne <dlp35@cornell.edu>
To:     Margaret B. Shackell <shackell@cornell.edu>
Time:   Thu Sep 01 07:47:18 UTC 2016
```

I was admitted to hospital yesterday at Upstate so I'm pretty much out of commission for a bit. More side effects from chemo.

D

P000368

```
Subject: Checking in
From:    Denise Payne <dlp35@cornell.edu>
To:      Margaret B. Shackell <shackell@cornell.edu>
Time:    Wed Aug 03 13:58:11 UTC 2016
```

Hi M,

Just wanted to touch base, things are going well, I had ~like~ every scan available this week (PET/CT, brain MRI)and the results were all negative for cancer! Huge relief. Still proceeding with chemo starting tomorrow, scans can't show individual cancer cells so it's necessary.

I'm working now for the next few hours and I should be able to work this Friday and next Monday 8/8, vacation next Tues-Fri. Hoping to wrap up the annual report, sorry it's taking so long.

Take care, and we'll talk soon,
Denise

P000369

```
Subject: In Monday
From:    Denise Payne <dlp35@cornell.edu>
To:      Margaret B. Shackell <shackell@cornell.edu>
Time:    Mon Jun 20 08:37:16 UTC 2016
```

Hi Margaret,

I am at work today, I may also be in Wednesday-Friday.

For today I am going to work on the following:
1. Updating MTurk records on dropbox (I wasn't able to merge pdf's from home).
2. Turning in receipts from Chicago
3. Researching TurkPrime and some other turk tools from the workshop, creating a summary list of our lab capabilities for researchers
4. Testing TurkGate with the mturk discount code to see if they work together
5. Hopefully meeting with Katherine Doxey about my upcoming time off


Later this week:
1. Clean out lockers, attach the new label holders that I got last fall
2. Work on annual report (I am thinking that we need to show data from year-year as a comparison, instead of just one year's worth of data)
3. Look for a good time tracking tool for RA's


Best,
Denise

```
Subject: RE: vacation days
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Tue Jun 27 12:59:24 UTC 2017
```

Yes, these are fine.  Just put them on my calendar.  Thanks.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Monday, June 26, 2017 2:07 PM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** vacation days

Hi Tammy,

Can I get the following days off in August:

August 4th, 7-9th (4 days total)

Can I work from home on August 10th?

Thanks,

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

## Ingrid Fernandez

**Subject:**              Work from home

**Start:**                Thu 8/10/2017 12:00 AM
**End:**                  Fri 8/11/2017 12:00 AM
**Show Time As:**          Tentative

**Recurrence:**           (none)

**Meeting Status:**       Not yet responded

**Organizer:**            Denise Payne

**P000373**

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Dr. Appointment 10:40am-11:40am |
| **Start:** | Fri 8/11/2017 12:00 AM |
| **End:** | Sat 8/12/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

I returned at 12:06pm so I will be working until 3:50pm (7 hrs)

P000374

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Accommodation-working 8:45am to 2:30pm |
| **Start:** | Thu 8/17/2017 12:00 AM |
| **End:** | Fri 8/18/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Tammy,

I am leaving at 2:30pm because I am not feeling well.

Denise

1

P000375

## Ingrid Fernandez

**From:**          Tammy Lindsay <tsl33@cornell.edu>
**Sent:**          Friday, August 18, 2017 3:09 PM
**To:**            Denise Payne
**Subject:**       Accepted: Working 7:30am-1:30pm

1

P000376

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Tammy Lindsay <tsl33@cornell.edu> |
| **Sent:** | Thursday, September 14, 2017 6:31 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Accommodation-leaving work early (at 3:15pm) |

1

P000377

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Tammy Lindsay <tsl33@cornell.edu> |
| **Sent:** | Friday, August 18, 2017 3:09 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Working 7:30am-1:30pm |

1

P000378

## Ingrid Fernandez

| | |
|---|---|
| **From:** | Tammy Lindsay <tsl33@cornell.edu> |
| **Sent:** | Thursday, September 14, 2017 6:31 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Accommodation-leaving work early (at 3:15pm) |

1

P000379

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Denise Payne <dlp35@cornell.edu> |
| **Sent:** | Thursday, August 3, 2017 12:55 PM |
| **To:** | Tammy Lindsay |
| **Cc:** | 'Cindy Allen' |
| **Subject:** | ADA accommodation |

Hi Tammy,

I am leaving early today (1:15pm) due to fatigue from treatment yesterday.

Thanks,
Denise

1

P000380

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | dlp35@cornell.edu |
| **Sent:** | Thursday, July 27, 2017 8:34 AM |
| **To:** | Tammy Lindsay |
| **Cc:** | Lucinda M. Allen |
| **Subject:** | Today |

I'll be out sick today.

Denise

**P000381**

# Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Work from Home |
| **Start:** | Mon 9/11/2017 12:00 AM |
| **End:** | Tue 9/12/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Please note, I had to cancel this Dr. appointment because I will be out of town.

Requesting vacation 8am-12pm and then work from home 12pm-4pm.

Thanks!
Denise

P000382

**Subject:** Re: Today

Ok - feel better!

On Nov 7, 2017, at 3:49 PM, Denise Payne <dlp35@cornell.edu> wrote:

    I am leaving at 4pm today because I'm not feeling well.

    Thanks,
    Denise

```
Subject: RE: Time
From:    Laura E. Syer <les269@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Tue Dec 12 12:00:32 UTC 2017
```

No problem Good luck with the move. Those are never easy! Positive thoughts for a smooth transition.

Best,
Laura

---

**From:** Denise Payne
**Sent:** Tuesday, December 12, 2017 11:47 AM
**To:** Laura E. Syer <les269@cornell.edu>
**Subject:** Time

Hi Laura

I'm going to be using some vacation time in the next few weeks because we are moving. I will be out today and either working from home tomorrow or in the office (depending on the weather).

Thanks,
Denise

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Tammy Lindsay <tsl33@cornell.edu> |
| **Sent:** | Friday, July 7, 2017 9:22 AM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Out for Dr. Appointment-leaving at 11:30am |

P000385

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Working from Home |
| **Start:** | Thu 3/9/2017 12:00 AM |
| **End:** | Fri 3/10/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Treatment from 3:45pm-5:30pm

1

**P000386**

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Denise working from home-AM only |
| **Start:** | Wed 3/15/2017 12:00 AM |
| **End:** | Thu 3/16/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Hi Tammy,

I changed my radiation schedule for this day because we have a BA meeting in the afternoon and I don't want to miss it!

Hope it's ok to work from home in the AM?

Thanks,
Denise

1

P000387

## Ingrid Fernandez

**Subject:**            Working from Home

**Start:**              Thu 3/16/2017 12:00 AM
**End:**                Fri 3/17/2017 12:00 AM
**Show Time As:**       Tentative

**Recurrence:**         (none)

**Meeting Status:**     Not yet responded

**Organizer:**          Denise Payne


Treatment from 3:45pm-5pm

1

**P000388**

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Working from Home |
| **Start:** | Thu 3/23/2017 12:00 AM |
| **End:** | Fri 3/24/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Treatment from 3:45pm-5pm

**P000389**

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Working from Home |
| | |
| **Start:** | Thu 3/30/2017 12:00 AM |
| **End:** | Fri 3/31/2017 12:00 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Denise Payne |

Treatment from 3:45pm-5pm

P000390

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Denise working from home |
| **Start:** | Wed 4/12/2017 12:00 AM |
| **End:** | Thu 4/13/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

P000391

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Tammy Lindsay <tsl33@cornell.edu> |
| **Sent:** | Tuesday, January 17, 2017 4:12 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Vacation |

P000392

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | FW: Dr. appointment in am; work from home in pm |
| **Start:** | Wed 11/8/2017 12:00 AM |
| **End:** | Thu 11/9/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Hi Julie, Kathy,

I'm not sure if this email will show but Laura has forwarded my time off to Tammy.

Can we follow-up this week on my position and reporting lines? I feel very uncomfortable having Tammy approve and manage my time off based on her prior treatment of me and the open EEOC complaint.

Thanks,
Denise

-----Original Appointment-----
From: Denise Payne
Sent: Monday, October 2, 2017 12:55 PM
To: Denise Payne
Cc: Laura E. Syer
Subject: Dr. appointment in am; work from home in pm
When: Wednesday, November 8, 2017 12:00 AM to Thursday, November 9, 2017 12:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where:


I need to be in Syracuse at 8:30am so will need to move our 1:1 this day.

Dr. appointment 8am-11am and then I will log in to work.

Thanks,
Denise

P000393

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Laura E. Syer <les269@cornell.edu> |
| **Sent:** | Tuesday, November 7, 2017 3:58 PM |
| **To:** | Denise Payne |
| **Subject:** | Re: Today |

Ok - feel better!

On Nov 7, 2017, at 3:49 PM, Denise Payne <dlp35@cornell.edu> wrote:

> I am leaving at 4pm today because I'm not feeling well.
>
> Thanks,
> Denise

1

P000395

## Ingrid Fernandez

| | |
|---|---|
| **From:** | Laura E. Syer <les269@cornell.edu> |
| **Sent:** | Wednesday, November 8, 2017 12:57 PM |
| **To:** | Denise Payne |
| **Subject:** | Re: Today |

Thanks so much,
Laura

On Nov 8, 2017, at 12:29 PM, Denise Payne <dlp35@cornell.edu> wrote:

> Thank you! Unfortunately, I'm still pretty sick so I could only put in about an hour today. My timecard is all updated and approved.
>
> I hope to be in tomorrow.
>
> Best,
> Denise
>
> **Denise Payne**
> 607.255.6689
> dlp35@cornell.edu
>
> ---
>
> **From:** Laura E. Syer
> **Sent:** Tuesday, November 7, 2017 3:58 PM
> **To:** Denise Payne <dlp35@cornell.edu>
> **Subject:** Re: Today
>
> Ok - feel better!
>
> On Nov 7, 2017, at 3:49 PM, Denise Payne <dlp35@cornell.edu> wrote:
>
>> I am leaving at 4pm today because I'm not feeling well.
>>
>> Thanks,
>> Denise

1

P000396

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@cornellprod.onmicrosoft.com> on behalf of Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, November 3, 2017 5:28 PM |
| **To:** | Denise Payne |
| **Subject:** | Meeting Forward Notification: Dr. appointment in am; work from home in pm |

## Your meeting was forwarded

Lucinda M. Allen  has forwarded your meeting request to additional recipients.

**Meeting**

Dr. appointment in am; work from home in pm

**Meeting Time**

Wednesday, November 8, 2017, 12:00 AM to Thursday, November 9, 2017, 12:00 AM.

**Recipients**

Denise Payne

Laura E. Syer

All times listed are in the following time zone: (UTC-05:00) Eastern Time (US & Canada)

Sent by Microsoft Exchange Server

P000397

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Laura E. Syer <les269@cornell.edu> |
| **Sent:** | Tuesday, November 14, 2017 5:25 PM |
| **To:** | Denise Payne |
| **Subject:** | Re: Friday am |

Thanks, Denise

On Nov 14, 2017, at 3:38 PM, Denise Payne <dlp35@cornell.edu> wrote:

> Laura,
>
> I have a parent-teacher conference Friday morning at 9:15am, I will plan to work a bit from home
> beforehand and then come in!
>
> Thanks,
> Denise
>
> Denise Payne
> Data Analyst II
> Business Analytics
> Cornell SC Johnson College of Business
> 237 Statler Hall, Ithaca, NY 14853
> Phone: 607.255.6689 | Mobile: 607.423.7326
> dlp35@cornell.edu

P000398

**Ingrid Fernandez**

| | |
|---|---|
| **From:** | Denise Payne <dlp35@cornell.edu> |
| **Sent:** | Monday, November 20, 2017 11:57 AM |
| **To:** | Laura E. Syer |
| **Subject:** | today |

Hi Laura,

I think I'm getting a stomach bug so I'm heading home. I will be happy when my immune system gets back to normal, at this point I'm catching everything my kids bring home :\

Thanks,
Denise

Denise Payne
Data Analyst II
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326 dlp35@cornell.edu

P000399

## Ingrid Fernandez

| | |
|---|---|
| **From:** | Laura E. Syer <les269@cornell.edu> |
| **Sent:** | Thursday, December 7, 2017 9:27 AM |
| **To:** | Denise Payne |
| **Subject:** | RE: Thursday |

Ok -- feel better.

-----Original Message-----
From: Denise Payne
Sent: Thursday, December 7, 2017 8:31 AM
To: Laura E. Syer <les269@cornell.edu>
Subject: Thursday

Laura,

I will be out sick today, I just need to finish up the US News submission for Tammy to take to Amanda (it should only take 15 minutes).

Denise

Denise Payne
607.255.6689
dlp35@cornell.edu

-----Original Message-----
From: Laura E. Syer
Sent: Tuesday, December 5, 2017 6:13 PM
To: Denise Payne <dlp35@cornell.edu>
Subject: RE: work from home Wednesday

HI Denise,
This sounds good from my end. Thanks so much for keeping me in the loop!
Laura

-----Original Message-----
From: Denise Payne
Sent: Tuesday, December 5, 2017 4:23 PM
To: Laura E. Syer <les269@cornell.edu>
Subject: work from home Wednesday

Hi Laura,

I would like to work from home tomorrow, here is list of things I'm working on:

1. Prepare the raw data package for Tammy/Amanda to review for USNews/Times Higher Ed 2. Work through the enrollment data inconsistencies with Paula at the Johnson Registrar 3. Update the survey portals if we get the data from Lisa Pastrick, Ben Davis 4. Keep working on the annual rankings/surveys schedules for each data provider 5. Email Times

1

**P000401**

Higher Ed to determine if they will use our 2012 alumni data and discard our 2013/2015 data because we didn't meet minimum participants

Thanks!
Denise

Denise Payne
Data Analyst II
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326 dlp35@cornell.edu

**P000402**

| | |
|---|---|
| **Subject:** | Denise-working from Home |
| **Start:** | Wed 1/18/2017 7:30 AM |
| **End:** | Wed 1/18/2017 8:45 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

CV: review and document discrepancies w/ Johnson website profile

1

P000403

| | |
|---|---|
| **Subject:** | Denise-Dr. Appointment |
| **Location:** | Syracuse |
| | |
| **Start:** | Wed 1/18/2017 9:00 AM |
| **End:** | Wed 1/18/2017 12:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Denise Payne |

P000404

| | |
|---|---|
| **Subject:** | Denise-out for Dr. Appointments |
| **Location:** | Syracuse |
| | |
| **Start:** | Thu 1/19/2017 8:00 AM |
| **End:** | Thu 1/19/2017 2:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Denise Payne |

1

P000405

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, August 25, 2017 10:43 AM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Vacation day |

P000406

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Tuesday, August 29, 2017 1:17 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Dentist appointment-9:45am |

P000407

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Wednesday, September 6, 2017 2:17 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Denise out AM |

P000408

**From:**          Lucinda M. Allen <lma36@cornell.edu>
**Sent:**          Friday, August 25, 2017 10:43 AM
**To:**            Denise Payne
**Subject:**       Accepted: Work from Home

P000409

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, August 25, 2017 10:43 AM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Work from home-afternoon only |

P000410

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, August 25, 2017 10:43 AM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Denise out for treatment |

P000411

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, September 15, 2017 2:44 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Requesting 3 hours vacation (AM) to take a test for my masters program; work 11am-4pm |

P000412

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, August 25, 2017 10:43 AM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Dr. Appointment In late |

P000413

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Monday, September 25, 2017 6:38 PM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Not feeling well, leaving a bit early |

1

P000414

| | |
|---|---|
| **Subject:** | out sick partial day; also working from home |
| **Start:** | Tue 9/26/2017 12:00 AM |
| **End:** | Wed 9/27/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

I logged on around 11:15am to work on the following:

1. finish Faculty/Publication list for FT MBA ranking, calculate International and Female, send to Sarah for quick review 2. Resend doodle poll for PR-Entrepreneurship meeting in Oct.

1

**P000415**

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Friday, August 25, 2017 10:42 AM |
| **To:** | Denise Payne |
| **Subject:** | Accepted: Denise out for treatment |

**P000419**

| From: | Lucinda M. Allen <lma36@cornell.edu> |
|---|---|
| Sent: | Monday, October 9, 2017 8:35 AM |
| To: | Denise Payne |
| Subject: | Accepted: Accommodation |

P000420

| | |
|---|---|
| **Subject:** | Accommodation |
| **Start:** | Mon 10/9/2017 12:00 AM |
| **End:** | Tue 10/10/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

I'd like to work from home today, I may need to take 1-2 hrs off this afternoon to rest.

I worked on the following at home yesterday:

1. Finished verification of FT MBA international student data, sent to Kim Szpiro for final check 2. Review of FT MBA international Faculty, numbers not lining up so I emailed Sarah 3.  Reached out to data providers to get final data for FT MBA, entered all data to date into the FT portal

Thanks,
Denise

P000421

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Tuesday, October 17, 2017 10:32 AM |
| **To:** | Denise Payne |
| **Subject:** | Re: Today |

Okay.  Could you tell me status if the P&Q document ?  Is it updated so I can send to Lynn ?  Thanks. Cindy

Sent from my iPhone - please excuse typos

On Oct 17, 2017, at 10:21 AM, Denise Payne <dlp35@cornell.edu> wrote:

> Hi Cindy I'm heading home because I'm not feeling well.  I'll likely logon later- I'll update your calendar.
>
> D

P000422

| | |
|---|---|
| **Subject:** | Accommodation: HAP time and work from home |
| **Start:** | Tue 10/17/2017 12:00 AM |
| **End:** | Wed 10/18/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Worked from home: 4:30pm-5:45pm: reviewed previous GMAC submissions, updated P&Q submission, emails.

1

**P000423**

| | |
|---|---|
| **From:** | Lucinda M. Allen <lma36@cornell.edu> |
| **Sent:** | Wednesday, October 18, 2017 8:49 AM |
| **To:** | Denise Payne |
| **Subject:** | RE: Today |

Thank you.  If this was related to your accommodation, could you add these times (today and yesterday) on my calendar?
Cindy


*Lucinda M. Allen*
Executive Director
Academic Operations, School of Hotel Administration
Business Analytics, SC Johnson College of Business
Cornell University
146 Statler Hall
Ithaca, NY  14853
Ph.: 607-255-3448

---

**From:** Denise Payne
**Sent:** Wednesday, October 18, 2017 8:30 AM
**To:** Lucinda M. Allen <lma36@cornell.edu>
**Subject:** Today

Cindy,

I tried to make it in this morning but I'm not feeling well so I'm heading home. I will be online today after 10am working on the following:

1. Finish data request for THE
2. Review P&Q data
3. GMAC- review survey, reach out to stakeholders

Thanks,
Denise

1

**P000424**

| | |
|---|---|
| **Subject:** | Requesting vacation day |
| **Start:** | Fri 10/20/2017 12:00 AM |
| **End:** | Sat 10/21/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Heading out of town this weekend, hoping to take this day off.

Thanks,
Denise

P000425

| From: | Lucinda M. Allen <lma36@cornell.edu> |
|---|---|
| Sent: | Monday, October 2, 2017 1:49 PM |
| To: | Denise Payne |
| Subject: | RE: Dr. appointment in am; work from home in pm |

Hi Denise,

I actually have a team meeting with Laura in NYC that week.  So, I'll need to move lots of things.

Cindy

Lucinda M. Allen
Executive Director
Academic Operations, School of Hotel Administration Business Analytics, SC Johnson College of Business Cornell University
146 Statler Hall
Ithaca, NY  14853
Ph.: 607-255-3448


-----Original Appointment-----
From: Denise Payne
Sent: Monday, October 02, 2017 12:55 PM
To: Lucinda M. Allen
Subject: Dr. appointment in am; work from home in pm
When: Wednesday, November 08, 2017 12:00 AM to Thursday, November 09, 2017 12:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where:

I need to be in Syracuse at 8:30am so will need to move our 1:1 this day.

Dr. appointment 8am-11am and then I will log in to work.

Thanks,
Denise

1

P000426

Subject: RE: Denise out for treatment
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Tue May 09 11:05:06 UTC 2017

You organized it so I didn't think I could remove it but it let me.  It was an every Wednesday cancellation so must have been one when the days changed or something.  It's gone now so shouldn't interfere anymore.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Tuesday, May 09, 2017 12:02 PM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** RE: Denise out for treatment

I don't see it on my calendar and I don't think I can cancel for you. I think you have to click on remove from calendar

**Denise Payne**
607.255.6689
dlp35@cornell.edu

---

**From:** Tammy Lindsay
**Sent:** Tuesday, May 9, 2017 11:59 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: Denise out for treatment

What is the cancelled one on my calendar for tomorrow?  Could you remove that one if it no longer applies?  Thanks.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Tuesday, May 09, 2017 11:14 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** RE: Denise out for treatment

I'm out for treatment tomorrow so that one is correct. My June treatment got moved to a Friday instead of Wednesday (june 2nd)

**Denise Payne**
607.255.6689
dlp35@cornell.edu

---

**From:** Tammy Lindsay
**Sent:** Tuesday, May 9, 2017 11:12 AM
**To:** Denise Payne <dlp35@cornell.edu>
**Subject:** RE: Denise out for treatment

```
Subject: Working from Home
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Mon Feb 20 13:04:40 UTC 2017
```

Treatment from 3:45pm-5:30pm

Working: 8am-2:30pm

## Denise Payne

**Subject:**                   Denise out for treatment
**Location:**                  Upstate

**Start:**                     Wed 2/15/2017 12:00 AM
**End:**                       Thu 2/16/2017 12:00 AM
**Show Time As:**              Free

**Recurrence:**                Weekly
**Recurrence Pattern:**        every 3 week(s) on Wednesday

**Meeting Status:**            Meeting organizer

**Organizer:**                 Denise Payne
**Required Attendees:**        Tammy Lindsay


Not working this day

P000429

```
Subject:Â, Re: Monday
From:Â, Â, Â, Â, Tammy Lindsay <tsl33@cornell.edu>
To:Â, Â, Â, Â, Â, Â, Denise Payne <dlp35@cornell.edu>
Time:Â, Â, Â, Â, Mon Feb 13 07:55:01 UTC 2017
```

---

Yes

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall
Ithaca, NY 14850
Phone: (607) 254-8954

> On Feb 13, 2017, at 7:53 AM, Denise Payne <dlp35@cornell.edu> wrote: >
> Hi Tammy,
>
> Can I work from home today? I've got one sick kid and the roads look terrible. >
> I'm still finishing SHA faculty reports and I've got that other project you sent me to verify titles. >
> D

P000430

```
Subject: Late!
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Tue Jan 24 08:38:17 UTC 2017
```

Running a bit late due to weather!

Denise

P000431

## Ingrid Fernandez

| | |
|---|---|
| **Subject:** | Work from home-all day |
| **Start:** | Tue 9/12/2017 12:00 AM |
| **End:** | Wed 9/13/2017 12:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Denise Payne |

Update, two Dr. appointments this afternoon. Work at home 7:30am-2:00pm and then out.

**P000432**

```
Subject: Today
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Mon Aug 28 06:40:58 UTC 2017
```

I'll be in around 830 today.

Denise

P000483

```
Subject:Ã, RE: Dr. appointments
From:Ã, Ã, Ã, Ã, Denise Payne <dlp35@cornell.edu>
To:Ã, Ã, Ã, Ã, Ã, Ã, Tammy Lindsay <tsl33@cornell.edu>
Time:Ã, Ã, Ã, Ã, Fri Aug 11 08:42:05 UTC 2017
```

I will add the appointment for today but the others are outside my working hours.

Denise Payne
607.255.6689
dlp35@cornell.edu

-----Original Message-----
From: Tammy Lindsay
Sent: Friday, August 11, 2017 9:41 AM
To: Denise Payne <dlp35@cornell.edu>
Subject: RE: Dr. appointments

Please make sure you add these appointments to my calendar as well. Thank you.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

-----Original Message-----
From: Denise Payne
Sent: Friday, August 11, 2017 8:37 AM
To: Tammy Lindsay <tsl33@cornell.edu>
Subject: Dr. appointments

Hi Tammy,

I need to go to a Dr. Appointment in Ithaca from 10:40-11:40 today but I will make up the time.

In addition, I need to change my standard hours to MWF: 7:30am-4pm and T/TH: 8:30am-5pm in order to attend my chiropractor appointments in Ithaca without using HAP time.

Thanks!

Denise Payne
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326 dlp35@cornell.edu

Subject:Â, RE: Monday
From:Â, Â, Â, Â, Tammy Lindsay <tsl33@cornell.edu>
To:Â, Â, Â, Â, Â, Â, Denise Payne <dlp35@cornell.edu>
Time:Â, Â, Â, Â, Mon Jun 12 06:09:23 UTC 2017

Okay, feel better. Talk to you soon.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

-----Original Message-----
From: Denise Payne
Sent: Monday, June 12, 2017 6:50 AM
To: Tammy Lindsay <tsl33@cornell.edu>
Subject: Monday

Tammy,

I've got a stomach bug so I can't make it in today. My son had it over the weekend but he's better so I hope it goes away soon.

D

P000497

```
Subject: leaving early
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Mon Jun 05 15:22:55 UTC 2017
```

Tammy, my husband is sick and I'm worried, hope you don't mind me heading home early? I will likely work later on some R&S in prep for our meeting with Cindy tomorrow.

Thanks,

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

**P000500**

```
Subject:Â, RE: Running late
From:Â, Â, Â, Â, Tammy Lindsay <tsl33@cornell.edu>
To:Â, Â, Â, Â, Â, Â, Denise Payne <dlp35@cornell.edu>
Time:Â, Â, Â, Â, Tue May 30 07:46:59 UTC 2017
```

Okay, thanks.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

-----Original Message-----
From: Denise Payne
Sent: Tuesday, May 30, 2017 8:46 AM
To: Tammy Lindsay <tsl33@cornell.edu>
Subject: Running late

I should be in by 9:30, my phone died so I overslept!

D

```
Subject: leaving hour early
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Thu Apr 27 14:06:44 UTC 2017
```

Hi Tammy,

I'm getting a migraine from allergies and will likely leave soon, hope I can make up the time when I feel better and when we get some data to work with!


**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

```
Subject: hours today
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Wed Apr 12 13:05:21 UTC 2017
```

Hi Tammy,

I'm likely only going to get in 5-6 hours today, my appt. took long in Syr and the realtor took an hour!

Have a great vacation!


**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

P000514

```
Subject: RE: hours
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Mon Apr 10 14:34:25 UTC 2017
```

Sure

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Monday, April 10, 2017 3:19 PM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** hours

Hi,

Are you ok with me doing 7 hrs/day this week?

The full days have been a bit much, I usually go home and straight to bed but I'm getting stronger every day!

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

Subject: RE: checking in
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Fri Apr 07 04:16:54 UTC 2017

---

Congratulations!  Yes that will be fine for next week.  Just put it on my calendar.  Thanks.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Tuesday, April 04, 2017 4:22 PM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** checking in

Hi Tammy,

I am done with radiation, woohoo! I will be onsite for the rest of this week. I may need to work from home next Wednesday the 12th because I have a Dr. Appointment in SYR if that's ok?

See you soon,


**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

P000516

```
Subject: Re: Today
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Thu Mar 30 18:49:42 UTC 2017
```

Okay.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall
Ithaca, NY 14850
Phone: (607) 254-8954

On Mar 30, 2017, at 4:04 PM, Denise Payne <dlp35@cornell.edu> wrote:

> Hi again,
>
> I didn't make it back online, I've got a migraine- probably from my treatment this week. They are giving me a script so it should be better tomorrow!
>
> D
>
> On Mar 30, 2017, at 10:29 AM, Denise Payne <dlp35@cornell.edu> wrote:
>
>> Hey, I am feeling sick so I'm going to take some anti-nausea and lay down for a while. Hopefully back online later this afternoon.
>>
>>
>> **Denise Payne**
>> Dat  Ann DDI yss
>> Bii enc_CorSJuuJBh
>>
>> **From:** Tammy Lindsay
>> **Sent:** Thursday, March 30, 2017 8:11 AM
>> **To:** Denise Payne <dlp35@cornell.edu>
>> **Subject:** Re: Today
>>
>> Okay. I'll talk to you at some point. I'm going to do some Tableau training today to kind of get me going a little. Do you have a link to one that you did?  I'm also going to do the virtual one the week of April 17
>>
>> Tammy Lindsay
>> Associate Director
>> Business Analytics
>> Cornell SC Johnson College of Business
>> 237 Statler Hall
>> Ithaca, NY 14850
>> Phone: (607) 254-8954
>>
>> On Mar 30, 2017, at 7:56 AM, Denise Payne <dlp35@cornell.edu> wrote:
>>
>>> Hi Tammy,
>>>
>>> I cancelled my attendance at the speaker series today because I'm just too
```

tired, the last few weeks of radiation are kicking my butt! I will be working
at home though..

D

**Denise Payne**
g f 2 s3 Sf 7H2
, hHSJHH3Sf 72CH
NorSJusYNs1o4SHbSsNoud8Jso5 hHSJHH
Aet sY2 2JrsPf us64f Cf :s0 . s9| l ne
M4oSJbsDat  Ann DDl ysdp o@JbsDat  | Ae t eAD
Buienc_CorSJuuJBh

```
Subject: Updates
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Thu Mar 16 10:33:01 UTC 2017
```

Hi Tammy,

I can come in Friday, but not until 12;30-1pm, depending on how long radiation takes....they've been making me wait 20-40 each time which sucks.

Tableau: I really like this tool, I've watched a lot of the training videos and I'm ready to build something, it would be nice to have actual data that we will need for KPIs to practice on. But, I don't want to spend too much more time on this tool if we aren't going to use it. Maybe I can go out and get the published ranking data and start on that?

Tony Simons CV, I can finish entering this today.

Johnson presentations: this is going slowly, I am still in the B's and not finding much information on their CV's to fill in the blanks. I can work on this today if you want me to keep going.

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

```
Subject: RE: schedule
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Mon Mar 06 07:26:33 UTC 2017
```

Okay, I will send you more work in a bit.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Monday, March 06, 2017 7:20 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** schedule

Hi Tammy,

I can't see my doctor until Wednesday to reassess my shingles and clear me to be around pregnant people. I have work to keep me busy most of today but not tomorrow. Wednesday I am out for treatment but I can come in on Thursday!

Let me know if this works.

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

Subject: RE: today
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Fri Mar 03 07:22:45 UTC 2017

Okay.  Yes getting there.  I really want to be laying on the couch!!

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

**From:** Denise Payne
**Sent:** Friday, March 03, 2017 7:20 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** FW: today

Actually starting at 7:15am, I just logged on a few minutes ago, hope you are feeling better!!

**Denise Payne**
Dat  Ann DDI yss
Bui enc  CorSJuuJBh

**From:** Denise Payne
**Sent:** Friday, March 3, 2017 7:19 AM
**To:** Tammy Lindsay < tsl33@cornell.edu >
**Subject:** today

Hi Tammy,

I need to change my hours today because they changed my radiation appointment time. I will be working from 7-8:30am and then 10:30am-3:30pm

Thanks,

**Denise Payne**
g f 2̸ s3 Sf u7H2
, hHSJHH3 Sf u72CH
NorSJuuYNs1o4SHbSsNoud8Jso5; hHSJHH
Aet sY2̸ 2JrsPf uus624f CI :s0 . s9| l ne
M4oSJbsDat  Ann DDI ysdp o@ubsDat | Ae teAD
Bui enc  CorSJuuJBh

P000521

```
Subject: RE: today
From:    Tammy Lindsay <tsl33@cornell.edu>
To:      Denise Payne <dlp35@cornell.edu>
Time:    Wed Feb 22 09:40:37 UTC 2017
```

Okay thanks.

Tammy Lindsay
Associate Director
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY  14850
Phone: 607.254.8954
Email: tsl33@cornell.edu

---

**From:** Denise Payne
**Sent:** Wednesday, February 22, 2017 9:39 AM
**To:** Tammy Lindsay <tsl33@cornell.edu>
**Subject:** today

Hi Tammy,

They added a Dr. Appointment after my radiation so I may not be back to work until 3pm (instead of 2pm)

**Denise Payne**
Data Analyst
Business Analytics
Cornell SC Johnson College of Business
237 Statler Hall, Ithaca, NY 14853
Phone: 607.255.6689 | Mobile: 607.423.7326
dlp35@cornell.edu

```
Subject: Sharing invitation: Denise Payne - Calendar
From:    Denise Payne <dlp35@cornell.edu>
To:      Tammy Lindsay <tsl33@cornell.edu>
Time:    Thu Jan 12 15:04:42 UTC 2017
```

Denise Payne (dlp35@cornell.edu) has invited you to view his or her Microsoft Exchange Calendar. For instructions on how to view shared folders on Exchange, see the following article:

http://go.microsoft.com/fwlink/?LinkId=57561

*~*~*~*~*~*~*~*~*~*

Just sharing my calendar, I have put some of my medical appointments on there. See you Tuesday!

Denise